IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE BOEING COMPANY, SUCCESSOR-IN-INTEREST TO ROCKWELL INTERNATIONAL CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 91-1362 C<br>(Judge Lettow) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), defendant respectfully submits this unopposed motion for an extension of time to respond to Plaintiff's Motion For Summary Judgment And Memorandum In Support Thereof, served May 25, 2006. Defendant requests an extension of 6 days, to and including July 27, 2006, to file its response. Plaintiff does not oppose this request. This is defendant's third request for an enlargement regarding this motion.

As grounds for defendant's request for an extension, defendant states as follows:

1. Plaintiff served its motion on May 25, 2006. By prior unopposed motions, defendant requested enlargements through July 21, 2006.

2. The undersigned counsel of record completed a draft of the response by July 17, 2006, and submitted it for review within the Department of Justice. That review process is currently ongoing. Accordingly, defendant seeks this extension of 6 days to allow for completion of the review process, any necessary revision, and compilation of the final version of its

response.

6. On July 19, 2006, the undersigned was advised by Richard J. Ney, Esq., lead counsel for Plaintiff, that Plaintiff does not object to the requested enlargement of 6 days.

WHEREFORE, defendant respectfully requests that the Court extend the time for defendant to file its response to Plaintiff's Motion for Summary Judgment by 6 days, to and including July 27, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

DONALD E. KINNER
Assistant Director

s/ John A. Kolar

JOHN A. KOLAR
DONALD WILLIAMSON
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 305-9301
Attorneys for Defendant

Dated: July 20, 2006