IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 91-1362 C

(Filed: July 20, 2006)

THE BOEING COMPANY, SUCCESSOR-IN-INTEREST TO ROCKWELL INTERNATIONAL CORPORATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion for Summary Judgment, filed July 20, 2006. Defendant's response is currently due on July 21, 2006. Defendant seeks an enlargement of six days to file its response. For good cause shown, the motion is GRANTED. Defendant's response to plaintiff's motion for summary judgment is now due on or before July 27, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge