EXHIBIT 22

CERTIFIED COPY



No. 91-1362 C

UNITED STATES CLAIMS COURT

-oOo-

ROCKWELL INTERNATIONAL CORPORATION, :
:
Plaintiff, :
:
vs. :
:
UNITED STATES OF AMERICA, :
:
Defendant. :

==========================================================

DEPOSITION OF

EDWARD S. GOLDBERG

Tuesday, November 10, 1992

Reno, Nevada

Reported by:

NANCY J. REIGLE, CSR #266, RPR, CP
CALIFORNIA CSR #7643

TEARNEY & TEARNEY
Certified Shorthand Reporters

for me to say. I wasn't familiar with what was going on, and I knew that I would have to find out what was going on when I became the manager of Rocky Flats the next day.

Q What was explained to you at this meeting would be your responsibilities at Rocky Flats?

A That I would be the manager of Rocky Flats, that I would be responsible for interface with the FBI and EPA to assure a smooth process, and responsible for the operation of the plant, and I would be reporting directly to Mr. Tuck.

Q Who told you you would be reporting directly to Mr. Tuck?

A Mr. Moore to the best of my knowledge, deputy secretary.

Q Were you told you would not be reporting to Mr. Twining?

A Yes.

Q Well, you said at the meeting it was explained that Mr. Twining's responsible for the Rocky Flats Plant; is that right?

A At that time. On the next day I would be responsible for Rocky Flats Plant but receiving administrative assistance from Albuquerque in everything that I might need, any assistance that I

might need.

Q So at the meeting did Mr. Moore state that beginning June 6th the Rocky Flats Plant would be reporting directly to Mr. Tuck?

A No. I would be reporting directly to Mr. Tuck. The plant would still need to have assistance from Rocky Flats in the administrative and in some of the technical aspects.

Q Do you mean assistance from Albuquerque?

A Albuquerque, yes.

Q Before June 6th was it your understanding that Mr. Twining had complete responsibility for the Rocky Flats Plant?

A Yes.

Q And beginning June 6th Mr. Twining no longer had complete responsibility for Rocky Flats Plant; is that right?

A He did not have complete responsibility; he did retain some official duties.

Q Had you had any experience prior to June 6th of 1989, in dealing with the FBI or the EPA?

A I had had dealings with the EPA at the Handford plant, and we had dealings with the FBI on occasion with regard to security clearances and emergency procedures.

from Mr. Charles Troell to Bruce Twining dated July 10th, 1989.

Please review the document and tell me if you have ever seen this before.

(Exhibit 49 was marked.)

THE WITNESS: I do not recall that I have seen this thing. I don't know that I have not, but just sitting here looking at it I don't recall.

BY MR. KELLEY:

Q Let me direct your attention to the second page of the memorandum where it indicates that you have proposed an overall numerical rating of 87 for Rockwell's award fee.

A It says that, yes.

Q By July 10th of 1989, then had you proposed an overall rating for Rockwell's award fee?

A To the best of my knowledge I just don't remember. All I can do is read what it says there. I don't even recall the 87, although there was a numerical number.

I just-- it's too long-- too far away to recall those kinds of details.

Q When did you first learn that you would become involved in Rockwell's award fee?

A It was sometime during the early period

that I was there that I was asked by headquarters, I believe it was Mr. Tuck, it could have been Mr. Duffy, but I just don't recall, was asked to review the award fee for the period October 1st through March 31st.

Q You were requested then by either Mr. Tuck or Mr. Duffy to review Rockwell's award fee; is that right?

A Yes.

Q Were you requested by Mr. Twining to review Rockwell's award fee?

A I don't recall what Mr. Twining's part in it was, but he certainly was cognizant of what I was doing.

Q Were you requested by Mr. Tuck or Mr. Duffy, either both of them or just one of them, to review Rockwell's award fee?

A Best of my knowledge it was one, but I don't remember which one, I mean, each one was cognizant of what was going on.

Q What were you told to do with respect to Rockwell's award fee?

A I was asked to review it.

Q What were you asked to review?

A I was asked to review it in light of the new information that was being developed by the

a package at that time?

A Not that I recall.

Q Were you provided with that package shortly thereafter?

A I don't know when it came. It was just sometime in early June, early part of my tenure there.

Q Did Mr. Tuck or Mr. Duffy describe to you how you should go about reviewing Rockwell's award fee?

A No.

Q What was the period of the award fee for which you were to review?

A The best of my knowledge it was the period October to March, somewhere in there.

Q October 1988 through--

A Yeah.

Q --March of 1989?

A Yes.

Q Is that the-- was that the first half of the fiscal year of 1989?

A Yes, I believe that's correct.

Q What did you do after Mr. Tuck or Mr. Duffy requested that you review Rockwell's award fee?

A I talked with Mr. Barkmeier, the best of my recollection, and-- and asked him to review the award fee in light of the new information that had been

Q Before you sent your final recommendation to Mr. Twining, did you review any documents other than the documents contained in the package you received from Albuquerque?

A I reviewed all the work of my team and Mr. Barkmeier's work.

Q Did you review documents other than what Mr. Barkmeier presented to you?

A I reviewed what Mr. Barkmeier had and the documents of my team's appraisal of the Rocky Flats Plant at that time.

Q And what do you mean by your "team"?

A This is the team that came in when I came to Rocky Flats to look at the environment, safety and health aspects of the operations of the plant, and it went back through the award fee period and the time period that was pertinent to the events that were taking place at Rocky Flats.

Q Is this the team that started on June 6th?

A Yes.

Q Of 1989?

Was that team referred to as the tiger team?

A No. It was the first Tiger Team, the forerunner, but the name Tiger Team did not come up

until, oh, maybe a month or two later.

Q What was the name of the team?

A Didn't really have a name. It was a team put together to establish an environmental, safety and health baseline and give me an idea of what was going on at the Rocky Flats Plant.

Q Was this team established by Secretary Watkins?

A As the Secretary of Energy, he certainly had responsibility for everything that occurred, and the team assignments came down in that manner.

Q In what manner?

A In the establishment of myself as the manager, and then a group of people would come and help me establish a baseline and appraise the operations of the plant.

Q When did that team present its report?

A Oh, we received information, we, myself and the other management people of the department were receiving information on a timely basis. Each group presented me information at a daily, weekly basis as to what was going on in the plant and where were the areas that we had to concentrate our efforts for improvement.

Q Did the team come up with a final report?

A No, I don't believe there was a final. At

A About the award fee? No.

Q Did you ever tell Mr. Sanchini approximately what award fee you were recommending?

A No.

Q Did you ever tell Mr. Sanchini anything about what award fee Rockwell might be getting?

A No.

Q Did you ever speak to anyone else at Rockwell about Rockwell's award fee?

A I do not believe I did. I do not recall any conversations that I had with anyone of the Rockwell Rocky Flats operation other than Mr. Sanchini. I do not recall that any conversations were had with the corporate people. I just don't remember, but I think he was the only person that I talked with.

Q What happened with your recommendation after you sent it to Albuquerque?

A It was my understanding in-- I don't specifically recall the details that my recommendation was agreed to by Mr. Twining. I don't have any direct knowledge except the conversation. I don't recall seeing the piece of paper.

Q Are you saying that you think he did agree with your recommendation, or not?

A Yes, sir, I think he did agree.

pretty segregated process where people in the field did their work and then referred it to headquarters.

Q Did you ever tell anyone other than Mr. Tuck at headquarters what your recommendation on Rockwell's award fee would be?

A I don't think so, but I just don't recall the specifics. Ordinarily I would not have, but I do not recall any conversations that I had that I did mention that. I just don't remember.

Q Did Mr. Tuck ever express to you that he considered the award fee grade given by Mr. Twining too high?

A To the best of my knowledge I was asked to review the award fee. There were no statements as whether the award fee was too high, too low, or what. I just don't recall any statements that were made to that affect. It's been three years and I don't recall all the specifics of everything I was told, but I just don't recall anybody ever saying hey, this is too high, go take a look at it, or this is too low, or whatever. It was "please review the award fee and provide your recommendation to Mr. Twining."

Q Did you understand at any point that there was an impasse between Albuquerque and headquarters in connection with Rockwell's award fee?

document is undated.

Have you ever seen this document before?

A I can't recall that I've ever seen this document. It looks like a part of a document. I don't know what it is.

Q Let me direct--

A I don't know what this is.

Q Let me direct your attention to page three of the document. The last question which asks: "Who made the final decision on the amount of the award fee?"

Please read aloud the final sentence in the answer to that question.

A "Because of the unusual circumstance involving questions about ES&H practices at Rocky Flats, Admiral Watkins became personally involved in the deliberations."

Q Were you aware that Admiral Watkins became personally involved in the deliberations regarding Rockwell's award fee?

A It's my opinion that Admiral Watkins was personally involved in everything that went on at Rocky Flats from the day the FBI and EPA entered the plant.

Q Why was that?

A I gave him a daily report every day.

Q You spoke daily with Admiral Watkins?
A No, I gave him a report in writing.
Q In writing.
Did you ever speak to Admiral Watkins directly and give him a report orally?
A I spoke with him directly from time to time; not very often, but from time to time. My main vehicle of contact was Mr. Tuck.
Q Did you ever speak directly with Admiral Watkins about Rockwell's award fee?
A I don't recall that I did. It's just something I just don't remember. It certainly wasn't in any great detail if I did, but I don't remember.
Q Did any of your written reports, your written daily reports to Admiral Watkins discuss Rockwell's award fee?
A I don't remember.
Q Is it possible that they did?
A I wouldn't think so, but I just don't remember.
Q You don't think that it's likely they discussed the award fee?
A I don't think it's likely, but I don't remember.
Q Did your daily written report go to anyone

# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA and
UNITED STATES OF AMERICA, ex rel.
JAMES S. STONE, )
)
Plaintiffs, )
)
vs. ) 89 M 1154
)
ROCKWELL INTERNATIONAL CORPORATION, et al., )
)
Defendants. )

---

TRIAL TO JURY - DAY 15
TRANSCRIPT OF PROCEEDINGS

---

Proceedings held before the HONORABLE RICHARD P. MATSCH, U.S. District Judge for the District of Colorado, beginning at 8:30 a.m. on the 16th day of March, 1999, in Courtroom C-204, United States Courthouse, Denver, Colorado.

APPEARANCES

For the Plaintiffs:
Maria T. Vullo, Esq.
Jeannie S. Kang, Esq.
Matthew Chevez, Esq.
Robert E. Montgomery, Jr., Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
Suite 2607
New York, New York 10019

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

injuring the environment, safety and health of the people here at Rocky Flats.

Q Is "ground truth" a phrase that you have used from time to time?

A "Ground truth" is terminology used often in the military to find out from grassroots information what's really going on and does that match what management is telling you. And so "ground truth" to me meant let's put in the experts on the ground, which were then very inadequate at Rocky Flats, to understand the technologies that were involved. Were safe practices being followed? Was there a strict conduct of operations? Was there radiologic controls in being and in place? Was there oversight? We'd long since gone through Three-Mile Island, and DOE had not complied with the lessons learned at Three-Mile Island. So--and I knew that when I went in and took over, it was one of the reasons I told President Bush I would try to clean up the mess. But I said, "You have 40 years here of sovereign immunity and a different kind of a culture, and I'm going to have to clean it up." And so that was the context in which these statements were made to Beall and so forth.

Q Okay. And did you send your people into Rocky Flats so that you could have reported to you the ground truth from them?

A Exactly, independent of whatever the Department of

Justice was doing, which I felt was their business. We would help them in any way possible, but obviously I didn't want to interfere with their process, which was very focused on certain allegations. I had to know about other things. And so I sent my own team in, it was an assessment team, the precursor to the first Tiger Team that I set up to look at all of our sites across the nation.

Q Was it your judgment at that time, sir, that the DOE staff at Rocky Flats and even the people in Albuquerque for DOE did not have a full grasp of the ground truth at Rocky Flats?

A Absolutely.

Q Did you form any views as to the reasons why you believed that was the case?

A You have to grow up in the nuclear business to understand how you must trust people but also you have to verify. The two-man rule always applies. Two people check a valve, two people check the lineup, two people check everything. This is the way it goes. And a lot of industry doesn't like that, they don't like the oversight. But I'm afraid it's necessary in this business. It's a unique business, and there's a--we have a scientifically illiterate society that doesn't understand it. And I understand that, and that's why I'm in the education business, because I believe it's so critical for modern technology to understand