EXHIBIT 24

United States Government

Department of Energy

# memorandum

Rocky Flats Office

DATE: JUN 16 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: Admiral James D. Watkins, Secretary
Office of the Secretary, S-1, HQ

Ed Goldberg and Larry Weiner will attend a luncheon meeting with Congressman David H. Skaggs and local community leaders on 6/19/89 to discuss efforts to guarantee a safe water supply for local communities. A representative of the U.S. Army Corps of Engineers, Omaha District, also has been invited to attend.

Building 771 closed down all operations today in preparation for a plant wide maintenance steam outage that will occur over the weekend. Production will resume with the midnight shift on Monday. The major lines that will be running next week include hydrofluorination, reduction, spray leach and anion exchange.

Rockwell is preparing to sample ponds A-3, A-4, B-5 and C-2 in conjunction with the EPA on Monday, June 19, 1989. Samples will be collected by a Rockwell subcontractor and will be split with the EPA. EPA has requested to videotape the sampling for record. The samples will be analyzed in accordance with a Clean Water Act Section 308 Order and results will be required prior to EPA authorization to discharge offsite is obtained.

The Inspector General was notified that a Rockwell employee has admitted to the embezzlement of funds from the accounting department.

The excavation job south of Building 123 that was shut down by DOE on 6/13/89 was inspected by DOE Safety representatives on 6/16/89. As a result of the inspection, DOE has given Rockwell approval to restart the job effective immediately.

A spill of approximately 150 gallons nitrate salt solution occurred in the liquid waste treatment facility, Building 374, on 6/15/89. Preliminary evaluation of the cause of the spill indicated a combination of operator error and equipment failure. The spill was contained within the building. The spilled liquid and clean up solutions were collected and cycled through the waste process system.

The Information Systems Management Group completed the "Waste and Environmental Management System" and is now in the data collection phase. This computerized system will provide waste tracking and environmental monitoring electronic database and report preparation capabilities for the plant when all the data are loaded.

The Mechanical Interactive Graphics Implementation team was assembled and the kick-off meeting was held this week. The team, consisting of IBM and Rockwell International personnel, will bring the new CAD/CAM system into production by the end of July. CATIA, the IBM CAD/CAM system, will replace the current Control Data system. CATIA uses 3-D models to drive production of weapons parts. It will revolutionize the way parts are manufactured at Rocky Flats since all machine tools and coordinate measuring machines will be driven directly from geometry created by the CAD system.

Implementation of an on-line real-time Classified Document Control system for improving traceability and inventory control has begun. The new system enables individual custodians to originate, copy and transfer documents immediately. The system will further enhance productivity, timeliness and control.

<u>Environmental Team Assessment</u>

Team members participated in negotiations with Governor Romer and Department of Health representatives regarding a formal agreement between the State and DOE. The agreement calls for DOE to perform a number of environmental and health-related activities, and provide financial assistance to support the monitoring and oversight activities of the towns around RFP and the State.

EPA/NEIC sampling is proceeding at a faster pace. Over 100 samples have been have been collected. Splits for a majority of the samples have been provided to DOE and shipped to INEL for analysis.

Medical Department staff routinely dispose of out-of-date drugs in the toilet. This is not a good practice and should be stopped immediately. A new procedure for disposal of out-of-date drugs will be developed by Rockwell for the DOE Office Manager's review and approval.

An air monitoring specialist from K-25 arrived on 6/15 to scope out the air monitoring the Environmental Team is contemplating. Two stack monitoring specialists from K-25 will arrive on 6/19.

Ralph E. Erickson
for Edward S. Goldberg
Acting Area Manager

cc:
J. Tuck, S-3, HQ
T. E. Wade, DP-1, HQ
B. G. Twining, Mgr., AL

United States Government | Department of Energy

# memorandum

Rocky Flats Office

DATE: JUL 1 1 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: Admiral James D. Watkins, Secretary
Office of the Secretary, S-1, HQ

Construction work on top of the 776/777 roof has been stopped pending resolution of reported toxic vapors on the roof detailed in a Colorado Department of Health report by Al Hazle. It appears that engine exhaust from compressors on the north side of the building may be one source of carbon monoxide and a sickening smell. There is also a process vent which has descaling agents in the exhaust stream. Workers have complained of dizziness and nausea while working on the roof. Rockwell has been directed to take corrective action which we will review prior to authorizing restart.

On July 10, two Glovebox Overheat Alarms were received from the same point in Building 771, Room 114, 50 minutes apart. The alarms were the result of a detector probe which was defective due to corrosion. Line 3 is out-of-service and in the process of being removed. The faulty probe was jumpered out of service since there are three other detectors in the line. Five minutes after the second alarm, about 8:25 p.m., a Boulder Daily Camera reporter who had monitored our radio transmissions called to find out about the problem.

In January 1989 RFAO suggested Rockwell employee James Koffer be nominated to compete for the DOE In-House Energy Management (IHEM) Awards Program. Winners of these awards would represent DOE in competition for the Federal-wide Energy Efficiency awards. Mr. James Koffer has been selected to receive an Individual Award from the Federal Interagency Energy Policy Committee. The Award recognizes the contribution made to the efficient use of energy within the Federal sector during 1988. This year, the Federal Energy Efficiency Awards will be presented to 15 individuals, 15 organizations, and one special awardee at a luncheon ceremony to be held during Energy Awareness Month. The ceremony will begin at 12:00 noon on Friday, October 27, 1989, in the Caucus Room 325 of the Russell Senate Office Building in Washington, DC. Mr. Koffer is being notified and invited to attend the ceremony and receive the Award.

The foundry/fabrication, molten salt extraction, and pyrochemistry areas continue to be shutdown for inventory.

Due to the need to minimize TRU waste generation, some restoration/replacement activities in Building 771 have been curtailed. Also,

recovery of lean residues (combustibles, etc.) has been curtailed because these materials produce a large waste volume. Historical TRU waste generation rates have been on the order of 50 cu. yd./month; currently, the allocation to Building 771 is 18 cu. yd./month.

The audit team is scheduled to complete the onsite portion of the NEPA review and will provide a verbal debrief/closeout for RFO management on Wednesday (7/12).

The sampling team is currently performing field reconnaissance of potential sediment sampling locations to be sampled this week. Stack and vent sampling for volatile organic chemicals was started today.

The aerial radiological survey team has flown north-south lines from Indiana Street (2 miles east of the plant center) westward to the water tower at the west side of the plant site. Preliminary results of the initial portions of the 2 week helicopter survey will start to be compiled and made available to DOE on Wednesday or Thursday.

Ralph E. Erickson
for Edward S. Goldberg
Acting Area Manager

cc:
J. Tuck, S-3, HQ
T. E. Wade, DP-1, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL

United States Government — Department of Energy

# memorandum

Rocky Flats Office

DATE: JUL 1 2 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: John L. Meinhardt, Acting Assistant Secretary, Defense Programs, DP-1, HQ

The final contractor outage for the Environmental Hazard Elimination project was conducted July 1 for transformer 707-4. This project was initiated to remove all PCB-containing transformers, clean up any spillage (with EPA approvals), and install new transformers that are PCB-free. The Plant Power group will need one more outage at 707 to remove by-pass cables they installed at 707-2 and 707-5. This completes all major construction for the project. The contractor is currently working minor punchlist items.

Authorization was issued to start Engineering Sciences, the BOA contractor, working on Title II design activities for the Remedial Action 881 Hillside project. This project will treat and reinject all contaminated ground water in the 881 hillside area. Phase I construction package for the new building is scheduled for completion August 15. Phase II construction package for the ion exchange system and the remainder of the project is scheduled for completion November 29. Phase I construction may start as early as September 1989.

The fixed price contractor has started the design phase on the TRUPACT Shipping Facility. The review package is scheduled for delivery 28 days after award of contract, or July 13. Also, the contractor is starting to bring personnel onsite for training and preliminary site work.

The second and final pour was completed June 29 for the Building 865 Hot Isostatic Press (HP) pad. The HIP move-in and major component assembly is scheduled to commence July 25. J. A. Jones planned on contracting this phase of the HIP project to a heavy equipment rigging and millright contractor. However, three contractors who previously expressed interest have now declined due to adverse publicity. J. A. Jones will now lease the needed equipment and complete the unloading, move-in and major component assembly with J. A. Jones personnel.

On July 10, the Colorado Water Quality Control Commission adopted water quality control standards for application to Walnut and Woman Creeks which drain the Rocky Flats Plant and are tributary to Great Western Reservoir (prior to Broomfield's construction of an earthen diversion

canal) and Standley Lake, respectively. The standards are: 1) an upgrade to the stream classification to that for public water supply use, 2) statewide organic standards that were previously only proposed, 3) agricultural standards for five metal, 4) organic chemical standards based on fish toxicity 5) radiological standards based on concentration guides agreed to in the CDH/DOE Agreement in Principle. These measures were adopted using public health and safety provisions of the State's Administrative Procedures Act and can be petitioned at any time. The DOE and the CDH are meeting on July 13 to discuss implementation of these measures and their impact on an agreement regarding sampling of onsite holding ponds.

The environmental team completed duplicate (State and DOE) volatile organic chemical sampling on the 1, 1, 1 trichloroethane degreasing tank exhaust stack on the west outside wall of Building 444 and the main plenum of Building 774. The team also pulled duplicate tedlar bag samples and performed pre- and post-sampling velocity profiles. A moisture and gas analysis test was also run on stack gas.

The Airborne Measurement System (AMS) helicopter has surveyed approximately 30% of the facility. The helicopter is experiencing a loss of navigational signal due to interference in the vicinity of the water tower on the plant. The helicopter has moved to other areas including the west buffer zone and areas 4-7 miles east of the site pending location and suspension of the interfering signal. Our office received inquiries from a few local citizens residing in the areas east of the site regarding the helicopter fly-overs. One individual said the helicopter was not flying 250 feet intervals but had flown the same path over her home about six times. We provided information on the surveys and apologized for any inconvenience.

The environmental team reviewed Building 367, a pesticide storage building, and found a release of liquid materials inside the building. The released material was dimethyl thiuron disulfide in concentrated form. The release was cleaned up by chemical operations personnel approximately 3 hours after discovery. Current storage practices in 367 are extremely sloppy. There is no inspection schedule and released material may leak from the building before discovery. The audit team is working with permanent RFO staff to address the situation.

Today we faxed a copy of a proposed press release to Chris Sankey, CP, on the settlement agreement we expect to sign with Rockwell and the State of Colorado on Thursday or Friday. We intend this press release to be our only announcement on the settlement agreement and do not intend to respond to any further media inquiries. We expect to release the announcement when it is signed by DOE (Ed Goldberg will be the last party

JUL 12 1989

to sign the agreement). CP's review and comments are required no later than COB Thursday, July 13.

Edward S. Goldberg
Acting Area Manager

cc:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL

JUL 14 1989

United States Government | Department of Energy

Rocky Flats Office

# memorandum

cc: DAS's SUP's Ghetti Borsi Sha Ri

DATE: July 13, 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: John L. Meinhardt, Actg Asst Secretary for Defense Programs, DP-1, HQ

Volatile organic samples were collected from a stack/vent in Building 460. The sampling event was conducted with CDH oversight. Duplicate/split samples were provided to the State. Preliminary analytical results of the first set of ambient air monitoring samples have been received and are being reviewed by the team.

The aerial radiological helicopter survey is now 65% complete. The problem with interference with the helicopter's navigational aid is not yet resolved (will experiment with turning off paging system). A "hot spot" was noted off-site at the corner of Highway 93 and Leyden Road (verified visually as mine waste).

The audit team is continuing to document the audit findings identified over the last five weeks of investigation.

The first bi-weekly report from Rockwell International is attached as per agreement.

The U. S. Army Corp of Engineers (USACE) will be conducting a "Periodic Inspection" of Rocky Flats dams, beginning on July 24 and concluding July 26, 1989. Periodic inspections occur at five (5) year intervals with "annual inspections" conducted every year between the "Periodic Inspections". The "Periodic Inspection" is more detailed than the "Annual Inspection" and includes a report containing such items as as-built drawings, construction history, construction materials, hydrologic descriptions, geologic descriptions, operation, maintenance and inspection histories, and recommendations to correct deficiencies or to conduct more detailed investigations.

Sally Lewis, the State Engineer, Division of Water Resources, will attend the USACE opening meeting on Monday. She will also inspect the Landfill Dam on Monday and will attend the Wednesday exit briefing of the Corps. Ms. Lewis advised us that the State is planning to lower the classification rating of all of the series A, B, and C dams to Category

IV except for the three primary dams A-4, B-5, and C-2. (For Category IV dams the State does not require annual inspection.)

Edward S. Goldberg
Acting Area Manager

Attachment

cc w/att:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL

United States Government Department of Energy

# memorandum

Rocky Flats Office

DATE: July 24, 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: John L. Meinhardt, Actg Asst Secretary for Defense Programs, DP-1, HQ

RFO and Rockwell representatives are meeting with Governor Romer's Scientific Advisory Panel this afternoon to provide information and get further acquainted.

Rama Sastry of EH-341 arrived today to review the Indicator Pilot Program with RFO.

Stream sediment samples were collected on July 7 in Walnut Creek upstream and downstream of the Rocky Flats site by representatives of the Rocky Mountain News and Channel 9. Analysis of the samples by a commercial laboratory in Boulder "found no recordable levels of organic chemicals, no dangerous levels of toxic metals, and no high levels of radioactivity." These findings were reported in the Rocky Mountain News of July 23, 1989, page 7. Elevated levels of lead downstream of the site near Indiana Street were attributed to exhaust from automobiles using leaded gasolines. See attachment.

A third scientist from Los Alamos National Laboratory has arrived at the RFO to assist in technical programs. Robert Behrens, who is an expert in dissolution technology, arrived today and will assist in baselining the PRMP technology and will support enhancement of Pu recovery operations in Building 771.

Two ATMX railcars of TRU waste were shipped on Thursday, July 20. These arrived at Salt Lake City at about 1:30 pm, on Friday, and were to be switched to another train for movement to INEL. The two cars arrived at INEL at 6:00 am, July 23.

<u>Future</u>

Governor Roy Romer will visit Rocky Flats Plant the afternoon of August 4. He is scheduled to visit Buildings 371, 771, and 776. His topics of interest include residue storage, stack sampling, and the recovery incinerator.

Admiral M. J. Barr will visit Rocky Flats Plant on July 27. He will be briefed on Pu recovery operations including a discussion of the incinerator head-end process, waste operations, and status and issues in ES&H. Following the briefings, he will tour Buildings 707 (manufacturing) and 771 (recovery).

Edward S. Goldberg
Acting Area Manager

Attachment

cc w/att:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL
R. P. Berube, EH-20, HQ

**United States Government** **Department of Energy**

# memorandum

**Rocky Flats Office**

cc: DAS's
SOD's
Ghetti
Shaheen
Berry
Rdr

**DATE:** August 2, 1989

**REPLY TO ATTN OF:** OAMO:GJW

**SUBJECT:** Daily Report for Rocky Flats Office

**TO:** John L. Meinhardt, Actg Asst Secretary for Defense Programs, DP-1, HQ

Utilities personnel suspect a major leak in the fuel oil day tank at Building 443. Oil was pumped from the tank starting August 1 [illegible] after which it will be inspected to determine the source of the leak.

At 3:15 p.m. on August 1, one wire of the three phase 13.8 KV feed at H frame 515/516-1 behind Building 771 burned apart and fell to the roadway. Power to Building 771 was lost. Personnel were asked to leave the Radiation Control Area of Building 771 while the building was on emergency power and Plant Power repaired the line. The power bump caused false fire alarms in Buildings 707, 704, and 771. The Fire Department responded and cleared the alarms. Repairs were completed and power restored in 1 1/2 hours. An Unplanned Event Notification was made.

RFP has received the official cancellation notice for the SP831, and has begun shutdown activities on that program.

The final Tool Made Sample (TMS) for the SP949S was concluded on July 27, 1989 and was highly successful. The Sandia Qualification Team complimented the Rockwell weld engineers, metallographers, and the quality engineer for an excellent job. Production welding on the SP949S will continue at full pace based on these favorable results.

Fifty-two W87 reservoirs were shipped to the Savannah River Plant with apparent weld contamination problems. New low sulfur weld wire being used at RFP appears to be the culprit. SNLL approved the use of this material and even performed a TMS review on this product, but have subsequently withheld their approval when analytical test results of the weld wire were completed and presented to the lab by Rockwell.

These fifty two units are on hold at Savannah River until further testing by SNLL and Rockwell ascertains the impact of the weld contamination. Rockwell is attempting to meet schedule requirements by supplying additional units that have been welded with approved high sulfur weld wire.

for Edward S. Goldberg
Acting Area Manager

cc:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
A. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL
R. P. Berube, EH-20, HQ
R. W. Barber, EH-34, HQ

United States Government | Department of Energy

# memorandum

Rocky Flats Office

DATE: August 4, 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: John L. Meinhardt, Actg Asst Secretary for Defense Programs, DP-1, HQ

Governor Romer visited the Rocky Flats Plant today and received tours of Building 371 and 771. Discussion topics included stack sampling, RCRA regulated storage, recoverable residue storage, and recovery processing including the recovery incinerator in Building 771.

State Health Department personnel were provided with a copy of the draft DOE Assessment of Environmental Conditions at the Rocky Flats Plant for review.

RFO and Rockwell personnel met with Broomfield and Westminster water quality personnel to discuss their use of a sampling protocol similar to that which was agreed to by DOE and the State Health Department. The community personnel will be invited to observe the groundwater monitoring of wells along Indiana Street.

The DOE, EPA and State negotiating teams met August 3 in the first negotiating session on the DOE Federal Facility Agreement for Rocky Flats. The identification and assignment of individual waste units to RCRA or CERCLA jurisdiction was discussed. All parties agreed to review the Hanford site Agreement to identify and extract usable portions of that document for incorporation into the Rocky Flats Agreement. EPA is considering alternatives to allowing State involvement in CERCLA activities through a memorandum of agreement. DOE counsel opposed this approach because it was not consistent with EPA policy and furthermore the statutes do not permit EPA to delegate this authority to a state. Today's discussions will focus on the Hanford protocol.

Yesterday's item noting completion of Tractor #24 was premature. Final Acceptance of Tractor 24244 was denied August 3, 1989, by DOE RFO QA and Rockwell Final Product Acceptance (FPA) due to nonconformance with Sandia Quality Operations Instructions and Drawing Specifications.

The following discrepancies were noted:

- Glad hand modifications to the street side of the tractor were not accomplished.

- The proper seal was not installed as required by Drawing S97556.
- Incorrect issue of Record of Assembly (ROA) was used.
- Numerous pen and ink changes to the top drawings were not deviated by a Modification Center Change Order (MCCO).
- Administrative errors in the documentation of the ROA compounded the problems associated with the rejection of this equipment.
- The Conventional Tractor Upgrade to the Marmon tractors is at mid-point of the contract, and the number of problems that have been encountered with the acceptance of the last four tractors are almost identical to the problems listed above.

On August 3, 1989, machining operations in Module "C" of Building 707 were shut down by Rockwell due to the drain lines being clogged with chips in these processing modules. This is a potential nuclear safety concern.

FUTURE

Governor's Scientific Panel was invited to visit the Rocky Flats Plant in order to receive information first hand on the environmental monitoring programs conducted onsite. The date for this visit is being negotiated.

David P. Simonson
for Edward S. Goldberg
Acting Area Manager

cc:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL
R. P. Berube, EH-20, HQ
R. W. Barber, EH-34, HQ

United States Government | Department of Energy
Rocky Flats Office

# memorandum

DATE: August 9, 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: John L. Meinhardt, Actg. Asst. Secretary for Defense Programs, DP-1, HQ

The annual Security Survey of the Rocky Flats Plant by the DOE Albuquerque, Security and Nuclear Safeguards Division (DOE/AL, SNSD) scheduled for August 14, 1989, has been temporarily delayed to allow resolution of some safeguards situations. The survey is tentatively scheduled to begin on September 11, 1989, with the exact schedule to be negotiated between Rocky Flats and Albuquerque offices.

The LANL Rocky Flats Technology Office is assisting the Safeguards and Security Branch in forming a team of specialists to support Rockwell in the evaluation of some specific areas of concern in the materials control area. It is anticipated that this team will be formed and hold a "kick-off" meeting late next week, with an anticipated start date of late August with a completion date of November 1, 1989.

Edward Goldberg and RFO staff met with the Governor of Colorado and Colorado Department of Health staff today at the State Capitol. The topic of discussion was validation of State information supporting a Notice of Violation in characterizing and storing certain classes of materials containing recoverable quantities of plutonium. The State is asserting authority for regulation under provisions of the Colorado Hazardous Waste Act all residues that are not in-process secondary materials and which possess hazardous waste characteristics or contain listed hazardous materials. A copy of the Notice is attached. A second issue was clarification of our plans for treatment and discharge of water from Pond B-5, as discussed in yesterday's Daily Report, and to impress on them the urgency of the situation given the level of water in that detention pond.

Edward S. Goldberg
Acting Area Manager

Attachment

cc:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL
R. P. Berube, EH-20, HQ

United States Government — Department of Energy

# memorandum

Rocky Flats Office

DATE: August 18, 1989

REPLY TO ATTN OF: AAM:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: John L. Meinhardt, Actg. Asst. Secretary for Defense Programs, DP-1, HQ

The Annual Security Survey of the Rocky Flats Plant by the DOE Albuquerque, Security and Nuclear Safeguards Division (DOE/AL-SNSD) has been rescheduled for September 11, 1989.

The Rocky Flats Technology Office is assisting the Rocky Flats Office, Safeguards and Security Division in the support of a Rockwell study to evaluate some specific areas of concern in the materials control area. This team held its initial organization meeting today and will be continuing this effort with a full team meeting now scheduled for the week of September 18, 1989. DOE/HQ-OSS, DOE/RFO, Rockwell, and Los Alamos were represented at the meeting.

K. E. Dennison from DOE/HQ-OCDP will be arriving in early September for one month to assist the S&S Division in setting up a classification training and awareness program. Also, B. Smith from OPM (Denver Office) will arrive 8/21/89 for one month to assist S&S Division in reducing the backlog of security clearance interviews.

While switching the water supply from tank storage to pumped supply, a pressure surge damaged the plant water main at three locations. After isolating the three known breaks, the system was tested for its ability to hold pressure. It appears that due to the age of the system, the pressure surges from the pump may cause more damage. The system has been returned to tank storage. RFO has asked for an analysis of system reliability.

The Denver Post today printed an editorial castigating DOE for delaying construction of the supercompactor in order to prepare an Environmental Assessment. The editorial, which was faxed to Press Services this morning, said an EA is not needed and that DOE is just using it as an excuse to delay startup of the compactor.

FUTURE

Representatives of the Ahearne Committee will visit RFP on September 1 to review procedures and operations leading to certification of waste destined for the WIPP repository.

Members of the Secretary's blue-ribbon panel on WIPP are scheduled to visit RFP the week of September 11. We are planning an agenda similar to that for the Ahearne group.

Edward S. Goldberg
Acting Area Manager

cc:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL
R. P. Berube, EH-20, HQ
R. W. Barber, EH-34, HQ

United States Government — Department of Energy

# memorandum

Rocky Flats Office

DATE: August 21, 1989

REPLY TO ATTN OF: AAM:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: John L. Meinhardt, Actg. Asst. Secretary for Defense Programs, DP-1, HQ

On Saturday, August 19, two demonstrators arrived at the west access road and Highway 93. They departed after 30 minutes without incident. Again on Sunday, ten demonstrators arrived at the west access road and Highway 93. They stayed for 1 1/2 hours and departed with no problems reported.

On August 20, a laboratory furnace coolant line separated in Building 881 causing minor flooding of the mezzanine and rooms 317, 293, and 159. The SOE closed two supply valves and was able to stop the flow of coolant, but not before an estimated 25 gallons of liquid ran onto the floor. Custodial personnel responded to the plant to take care of the cleanup and the coolant was disposed of in a process drain, per instructions from Utilities and RCRA personnel.

Discussions with RFO, Rockwell, and Colorado Department of Health (CDH) are underway this afternoon regarding the status of the Building 374 process liquid waste evaporator. Rockwell has requested written concurrence from CDH for operation of the evaporator before restarting operations. In response to a CDH request for information on the purity of the condensate water, we are providing data from 1987 which was done as part of the waste stream characterization study. We have not routinely sampled the condensate water. As reported earlier, plant operations will have to be shut down by Wednesday unless the evaporator is restarted. Headquarters staff were not able to provide an interpretation of the RCRA that would eliminate potential liability for continued operations.

for David P. Simonson
Edward S. Goldberg
Acting Area Manager

cc:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL
R. P. Berube, EH-20, HQ
R. W. Barber, EH-34, HQ

United States Government | Department of Energy

# memorandum

Rocky Flats Office

DATE: JUL 1 0 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Daily Report for Rocky Flats Office

TO: Admiral James D. Watkins, Secretary
Office of the Secretary, S-1, HQ

Plans to establish a Los Alamos National Laboratory Technical Office in the RFO are being finalized. The first of the initial LANL cadre, Mr. Wolfgang Dworzak, is arriving July 11. Mr. Dworzak will lead the technology integration effort for the Plutonium Recovery Modification Project (PRMP).

On July 7, a maintenance electrician was momentarily exposed to nitric acid fumes when she was investigating an overheat problem on an acid tank in Building 460, Room 158 (Cleaning Area). The fumes caused an allergic reaction for the electrician. She reported to Medical and was released after rest and inhalation of oxygen. The faulty heater was "red tagged" and repaired today.

After completing OSHA training over the weekend, Rockwell is inspecting each of the maintenance and construction jobs involving trenching or heights in excess of 16 feet for safety compliance. Jobs are being released when the inspection confirms that appropriate safety and health measures are in place. The shutdown affected installation of DOE office trailers and stack sampling points for the Environmental Audit.

In anticipation of a FOIA request from Rockwell for all DOE documents seized by the FBI, RFO allowed Rockwell to retain the documents when the FBI left the site and to make a copy which will be Rockwell's copy if the FOIA request is approved.

At the request of the Colorado Department of Health a member of the environmental team made a presentation on Friday to the Rocky Flats Environmental Monitoring Council, Health Effects Subcommittee, on Pacific Northwest Laboratory's experience in setting up a technical steering committee for dose reconstruction. The committee was provided an abbreviated copy of the latest Hanford Environmental Dose Reconstruction Work Plan and a copy of the May Monthly Report.

The validity of the air effluent radiological monitoring data is in question because of weaknesses in probe placement and calibration of monitoring equipment. In addition, the validity of the ambient air radiological monitoring system is in question because the sampling systems are old and

require frequent maintenance, samplers do not have flow recorders and a study by the site has shown that there is no correlation between total long-lived alpha measurements and plutonium concentrations for ambient air monitoring. The audit team is working with RFO permanent staff to address this situation.

Some quantity of low-level waste has been misclassified as TRU-mixed wastes because of the limited number of waste codes which can be used in the segmented drum counter. Rockwell has developed a budget request for the additional memory required to accommodate additional waste codes. The audit team has been able to better define the quantity of low-level waste which has been misclassified as TRU waste and shipped to INEL. (See attached Summary Report).

FUTURE

We have been notified that Scientech, Inc. will start the nuclear safety appraisal at Rocky Flats on July 17. W. W. Kinney of EH-331 will be the HQ monitor. The State of Colorado has yet to name its representatives. Scientech is working with DP to attain clearance status for three of its nine team members who are not Q-cleared.

In response to an RFO request, the System Safety Development Center of EG&G, Idaho, will be conducting a MORT/AI Workshop August 21 through September 1 in Denver. RFO intends that the entire class will be comprised of RFO and Rockwell personnel.

Ralph E. Erickson
for Edward S. Goldberg
Acting Area Manager

Attachment

cc w/att:
J. Tuck, S-3, HQ
T. E. Wade, DP-1, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL

United States Government | Department of Energy

# memorandum

Rocky Flats Office

DATE: JUL 1 0 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Weekly Highlights for Rocky Flats Office

TO: Admiral James D. Watkins, Secretary
Office of the Secretary, S-1, HQ

The Rocky Flats Office (RFO) directed Rockwell to suspend all construction projects involving work in trenches or above the ground. Despite recent work stoppages and correspondence on the subject, violations of good safety practices in construction work have continued. Rockwell is to demonstrate that they have control over safety at construction sites before authorization to restart will be given.

On July 3, Congressman David Skaggs spent about three hours at Rocky Flats touring Buildings 371 and 374. His specific interests were not expressed prior to his arrival. The topics of interest turned out to be (1) the "large amount" of Pu residue on site, (2) the locations where the residue is stored and the conditions under which it is stored, (3) whether some of the residues are really economically recoverable given they have been in storage for so long, (4) the amount of Pu in waste vs. the amount contained in residue, (5) the sources of contents of waste containers vs. residue containers, (6) the procedure for determining and identifying whether a container goes to waste or is retained as residue, and (7) whether the plant could/would limit the amount of material it puts in a drum so that the drum would be classified LLW vs. TRU waste.

The Rocky Flats Plant (RFO) approved the proposal submitted by the U. S. Army Corps of Engineers (USACE) for studies of options to prevent Rocky Flats site runoff from entering Great Western reservoir. Great Western reservoir is part of the domestic water supply system for the City of Broomfield. USACE will submit their detailed scope of work, cost estimate, and schedule within 10 days.

Rockwell briefed the Rocky Flats Office (RFO) staff on the status of the supercompactor facility. The area preparation work has been completed on schedule, including setting the foundation and clearing obstacles in the existing building. The supercompactor equipment is expected to be delivered on July 14, 1989, and the on-site construction contractor is standing by to begin installation. The delivery of auxiliary equipment is now projected to be delayed two weeks, although a Rockwell onsite project manager is working with the vendor daily to expedite delivery. Because this equipment is construed as "hazardous waste treatment" under the RCRA law, a Part B permit request is in preparation for submittal to

the Colorado Department of Health (CDH) by August 1, 1989. The project is currently on schedule for completion by April 15, 1990.

A Settlement Agreement and Compliance Order on consent was negotiated with CDH to close out any questions regarding the interim status of the low-level radioactive mixed waste and transuranic mixed waste (hazardous waste) management areas at the Rocky Flats Plant. Approval to execute the agreement has been requested from the Secretary's office. If approval is received the agreement should be in place by July 11, 1989.

FUTURE

On August 2-3, Robert Civiak, OMB, will visit RFP for orientation and a tour of production facilities.

for Edward S. Goldberg
Acting Area Manager

cc:
J. Tuck, S-3, HQ
T. E. Wade, DP-1, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL

EXHIBIT 25

June 22, 1989

RFO:Goldberg:320-2025

DRAFT

Considerations Regarding Operation of Rocky Flats

John Tuck

ACTION STATEMENT

There is a serious concern regarding the adequacy of contractor management of the Rocky Flats Plant to assure continued safe operations. At present, there is insufficient formality of operations to be sure that the chance of a major event occurring has been precluded by the system in place. Management has not demanded that formality. A decision must be made regarding the most effective way to institute a major change in the contractor management philosophy related to the operation of this facility. .

DISCUSSION

We have lost confidence in Rockwell management's ability to manage this facility because there is considerable evidence of

- lack of clear lines of responsibility for safe operations

- lack of adequate procedures to assure safe operations

- lack of conformance to procedures

- lack of adequate mental discipline within the workforce. The work ethic is in question. There is not a uniform attitude of willingness to work hard to do it right because "that's what we stand for."

- lack of interest in improvement. There is a strong cultural sense that the plant has operated for 37 years and that there is no reason to change. New goals and reasons for change have not been effectively conveyed by management.

- lack of an adequate training program

- lack of adequate on-floor supervision

- lack of ability to apply root cause analysis to investigation of unplanned events and to implement lessons learned on a plant-wide basis. Approach has been to fix the immediate problem.

DRAFT

The following incidents/situations provide examples:

1. The Building 771 filter incident on June 21.
   - "filters are supposed to be changed every 6 months" but it had been 11 months since they were last changed
   - the entire chain-of-command was in the room and no one knew if and where the requirement to change every 6 months was specified
   - the Building Manager is not in the decision/information loop regarding the need to, or schedule for, changing the filters, i.e.
   - the Building Manager, after over a year of Rockwell trying to institute a total responsibility concept, is still not in control of his building. He is still not responsible for safe operations.

2. Two construction jobs were shut down on June 14 and 21 due to safety violations - excavations not shored, spoils too close to the trench, inadequate escape ladders, and inadequate barricades. These are "simple" operations which present very real risks to workers and other plant employees. One job was being done by Rockwell maintenance forces and the other by a Rockwell subcontractor. Rockwell was not in control in either case.

3. A lost time injury currently occurs every 8.7 work days!

4. The nitric acid spill in Building 771 during reschig ring inspection on April 13 and numerous other tank overflow incidents (most notably the chromic acid spill on February 28) indicate operators not being sure that their equipment and procedures are ready for safe operations.

5. Five years of failure to develop criteria for new plutonium recovery capability that meet safety, efficiency, and waste minimization objectives. Operating staff are still not involved in oversight of the installation of PROVE equipment or in the optimization of PRMP technologies.

6. A uniform, plant-wide system for managing TRU/mixed waste does not exist.

A new culture is clearly needed, beginning with management recognition of the philosophy and requirements for safe operation of this plant, but

including the resources needed to provide the physical restorations and training of many classes of workers in the definition of operational safety requirements and adherence to the limits of operations.

DRAFT

CONCERNS/SENSITIVITIES

- A change in the way of doing business is needed. A gradual and aggressive change is desirable. A rapid change in personnel, organization and/or responsibilities could in itself cause a degradation of operations and even an accident.

- If we elect to shut down, we need to have defined the criteria to start up first, or we may never be able to restart.

- It must be recognized that a nuclear facility and its critical systems are never "shutdown." Those very operations which contribute significantly to unplanned events, namely utilities and maintenance, would be least affected by a shutdown.

OPTIONS

There appear to be three options for effecting the management restructuring and increased discipline of operations:

1. Accomplish the changes while the plant continues to operate.
2. Shut down nuclear production operations and do not start up again until the changes have been accomplished.
3. Shut down all plant operations and do not start up again until the changes have been accomplished.

Each of these options could be accomplished with Rockwell as the contractor or with a new contractor.

Edward S. Goldberg
Edward S. Goldberg
Acting Area Manager