# Exhibit 26-B

# Section 5.0

# Waste Management

## 5.0 - WASTE MANAGEMENT

## SCOPE OF AUDIT

1. Review conformance of RCRA Treatment, Storage and Disposal (TSD) Units with U.S. EPA and CDH hazardous waste regulations.

2. Review conformance of RCRA TSD units with RCRA Part B Permit applications (hazardous, low-level, TRU mix) and RCRA requirements.

3. Review status of residue treatment and storage.

4. Review Waste Stream Characterization Study (WSC).

a. Review rationale for preliminary waste class designations.

b. Correlate analytical data with preliminary waste stream classifications.

c. Review and update process flow diagrams based on inspections.

d. Identify areas for waste minimization.

5. Evaluate the adequacy and implementation of the RCRA waste characterization program.

6. Review conformance status of RCRA issues in 1986 Compliance Agreement.

## WASTE MANAGEMENT FINDINGS

**AUDIT FINDINGS:**

| | |
|---|---|
| WM/AF-1 | Building 334 Satellite Accumulation Areas |
| WM/AF-2 | 750 Drum Pad Land Ban Storage |
| WM/AF-3 | Container Labeling - 90-Day Areas |
| WM/AF-4 | Building 884 Aisle Space |
| WM/AF-5 | Mixed Wastes Subject to Land Disposal Restrictions Storage Prohibitions - Buildings 561 and 774 |
| WM/AF-6 | Residue/Waste Issue Classification |
| WM/AF-7 | Hazardous Waste Facility Inspections |
| WM/AF-8 | Mixed Low-Level Waste Subject to Land Disposal Restriction - Vacuum Filter Sludge and Pondcrete |
| WM/AF-9 | Mixed Low-Level Waste Subject to Land Disposal Restriction - Saltcrete, Cemented Composite Chips, and Roaster Oxide |
| WM/AF-10 | Deficiencies in TRU and TRU Mixed Waste Characterization |

**BEST MANAGEMENT PRACTICES:**

| | |
|---|---|
| WM/BMP-1 | Management Approach to Environmental Programs |
| WM/BMP-2 | Waste Minimization Program |
| WM/BMP-3 | Deficiencies in Waste Stream Characterization Study (WSC) |
| WM/BMP-4 | Pondcrete and Saltcrete Solidification/Storage Deficiencies |
| WM/BMP-5 | RCRA Storage Area and Cargo Container Storage Deficiencies - 750 and 561 |
| WM/BMP-6 | Deficiencies at the 561 Container Storage Pad Staging Area |
| WM/BMP-7 | RCRA Part B Distribution |
| WM/BMP-8 | Regulated Material Procurement Control |
| WM/BMP-9 | Hazardous Waste Tank Overfill Controls & Alarms |
| WM/BMP-10 | Management Assessments for Long Range Planning |



SUBPOENA 1063RF EGG ITEM 15 5140718

| | |
|---|---|
| WM/BMP-11 | Management of Residue |
| WM/BMP-12 | Landfill Capacity Constraints |
| WM/BMP-13 | Standing Water in Building 664 |



SUBPOENA 1063RF EGG ITEM 15 5148719

**Audit Discipline** Waste Management

**Audit Finding Number** WM/AF-1

**Audit Finding Title** Building 334 Satellite Accumulation Areas

**Audit Finding and Applicable Reference**

Storage of containers of hazardous waste at Building 334 did not conform with RCRA regulations limiting quantities of waste in satellite accumulation areas to 55-gallons and removal of the full drum within three days. This condition may be related to delayed response by Waste Operations to removal requests and difficulties in identifying individuals responsible for drum removal (I-WM-28, WM-62). Examples of the problems which were observed are:

Building 334 - 1084 Satellite Accumulation Area

One 55-gallon Drum Solvent
One 55-gallon Drum Oakite

Both drums labeled hazardous.

Building 334 - 444 Satellite Accumulation Area

One 55-gallon Drum Solvent
One 55-gallon Drum Waste Coolant

Both drums labeled hazardous.

Building 334 - 1413 Satellite Accumulation Area

One 55-gallon Drum nonhazardous material (wires) in drum labeled hazardous

Two 55-gallon Drums of EP toxic (mercury) light bulbs

Nondesignated (Unofficial) Satellite Accumulation Area

Five 55-gallon drums of crushed fluorescent light bulbs (EP toxic for Mercury) and one drum of water coolant. All drums were labeled as hazardous but had no accumulation start date.

**Applicable Citation and Requirements**

40 CFR 262.34 allows the accumulation of up to 55-gallons of hazardous waste in a satellite accumulation area. However, once the 55-gallons is reached the generator must mark the container holding the excess accumulation with the date and remove the container within three days. Storage in 90-day accumulation areas is allowed for up to 90-days provided the containers are labeled as hazardous waste and the date upon which accumulation began is clearly marked on the container.



SUBPOENA 1063RF EGG ITEM 15 5140720

Recommendations

1) Remove the drums in excess of the 55-gallon limit from each of the authorized satellite accumulation areas to an authorized 90-day or permitted storage area.

2) Remove all drums from the unauthorized satellite accumulation area.

3) Mark accumulation start dates on all of the containers in excess of 55-gallons.

4) Establish a 90-day area at Building 334 in accordance with the Rocky Flats Plant (RFP) procedures and mark the accumulation start date on each of the containers.

5) A procedure should be established in which all generators responsible for satellite accumulation areas and 90-day areas have current names and phone numbers of persons responsible for sampling and removing drums.

6) Training of generators should be improved so that generators are more aware of satellite accumulation area requirements and the need to obtain 90-day accumulation-area designations when storage time limits in satellite areas are at risk of being exceeded due to factors such as process changes.

7) Post storage requirements at each satellite accumulation area (e.g., one drum limit, requirement to remove excess within three days), using large, easy to read, placards.

8) Increase the frequency of internal audits/inspections of the 90-day accumulation areas. Quarterly audits are currently being conducted by Waste Certification. The RFP plans to transfer this responsibility to RCRA/CERCLA with inspections/audits to be conducted on at least a monthly basis (I-RAD-31).



SUBPOENA 106 SEE EGG ITEM 15 5143721

| | |
|---|---|
| Audit Discipline | Waste Management |
| Audit Finding Number | WM/AF-2 |
| Audit Finding Title | 750 Drum Pad Land Ban Storage (Nonradioactive Hazardous Wastes) |

Audit Finding and Applicable Reference

Nonradioactive hazardous wastes are not being shipped off-site due to the lack of a reasonable upper limit for radioactivity. Shipments were suspended in 1988 at the recommendation of an auditor from the Albuquerque Operations Office that no containers with radioactive counts in excess of zero counts per minute be shipped (I-WM-33).

As a result of the suspension of shipments of hazardous waste to off-site commercial treatment/disposal facilities, containers of waste subject to the land ban have been in storage for longer than one year. Examples are as follows:

| Drum Number | Date* | Constituent |
|---|---|---|
| 87456.2 | 2/24/87 | Toner |
| 87429 | 5/8/87 | Waste Coolant |
| 88584 | 3/29/88 | Solvent |
| 89231.2 | 1/5/88 | Trichlor/Alcohol |
| 88378 | 4/20/88 | Acetone/Chlorinated Solvent |
| 87114 | 5/16/87 | Freon |
| 87052 | 5/22/87 | TCE |

*Date of accumulation start

These materials are not being stored solely for the purpose of facilitating proper treatment, recovery or disposal, which is the only purpose for which wastes subject to the land ban may be stored longer than one year.

Applicable Citation and Requirements

40 CFR 268.50 allows the storage by an owner/operator of a treatment, storage or disposal facility of land ban wastes for up to one year solely for the purpose of accumulation of such quantities of hazardous waste as necessary to facilitate proper recovery, treatment or disposal.

Recommendations

1) The Rocky Flats Plant (RFP) should establish a practical radioactivity limit, for nonradioactive hazardous wastes. Once the limit is established, the nonradioactive hazardous wastes should be shipped off-site for treatment or recovery.

**Audit Discipline** Waste Management

**Audit Finding Number** WM/AF-3

**Audit Finding Title** Container Labeling - 90-Day Areas

**Audit Finding and Applicable Reference**

Deficiencies in labeling of hazardous waste containers were observed in 90-day accumulation areas. Examples of the observed deficiencies include (I-WM-32, WM-62):

90-Day Area Building 444-1257

A drum containing hazardous magnesium solids did not have accumulation start date.

90-Day Area Building 447 Room 501

Drum #66331 did not have an accumulation start date. Drum #66333 had the initial accumulation start date scratched out.

90-Day Area Building 865

Drum #66766 had no date or information on tag. The operator stated that the drum had been in the accumulation area since April 2, 1989.

90-Day Area Building 707-1409

Drum #69284 lacked an accumulation start date.

**Applicable Citation and Requirements**

40 CFR 634 states that all containers holding hazardous waste in 90-day accumulation areas must have the accumulation start date marked on their hazardous waste label.

**Recommendations**

1) Provide enhanced training to waste generators to reinforce the RCRA labeling requirements for 90-day areas described in the Rocky Flats Plant (RFP) procedures and in RCRA regulations and limitations.

2) Post the storage and labeling requirements and limitations in each 90-day area, using large, easy to read, placards.

3) Increase the frequency of internal inspections/audits of the satellite accumulation areas. Quarterly audits are currently being conducted by Waste Certification. RFP plans to transfer this responsibility to the RCRA/CERCLA Office with inspections/audits to be conducted on at least a monthly basis (I-RAD-32).

**Audit Discipline** Waste Management

**Audit Finding Number** WM/AF-4

**Audit Finding Title** Building 884 Aisle Space

**Audit Finding and Applicable Reference**

The aisle space in the Building 884 mixed waste storage facility is insufficient to allow unobstructed movement of personnel, fire protection equipment, etc., in the event of an emergency. The current aisle space is approximately the space width of a drum. This deficiency was noted in an CDH inspection of June 13-17, 1988, (I-WM-33) and had not been corrected by July 6, 1989. There is a potential for similar conditions to occur in other storage facilities as capacity limits are approached. The overcrowding in Building 884 and consequent narrow aisle space results from the lack of available space in other RCRA storage facilities.

**Applicable Citation and Requirements**

40 CFR 265.35 requires the maintenance of sufficient aisle space to allow the unobstructed movement of personnel, fire protection equipment and decontamination, and fire equipment and decontamination equipment to any area of the facility in an emergency.

**Recommendations**

1) Provide sufficient aisle space by reducing the inventory in this area and shifting the placement of the remaining drums. This will require acquisition of additional storage space. The aisle space should be sufficient to allow a forklift with sideway forks to move in the aisle to remove individual drums, if necessary, without the need to move other drums.

2) Assess the future need for additional permitted storage facilities.

3) Increase the frequency of internal inspections/audits of mixed-waste storage areas. Quarterly audits are currently being conducted by Waste Certification. The Rocky Flats Plant (RFP ) plans to transfer this responsibility to RCRA/ CERCLA with inspections/audits to be conducted on at least a monthly basis (I-RAD-32).



SUBPOENA 1063RF EGG ITEM 15 5140726

| | |
|---|---|
| Audit Discipline | Waste Management |
| Audit Finding Number | WM/AF-5 |
| Audit Finding Title | Mixed Wastes Subject to Land Disposal Restrictions Storage Prohibitions - Buildings 561 and 774 |

Audit Finding and Applicable Reference

Drums and tanks containing land disposal restricted wastes have been in storage for longer than one year. The 561 cargo container storage area is used for storage of low-level mixed waste oils contaminated with solvents, solvents and organic wastes. Some of the wastes stored in the cargo containers are subject to land disposal restrictions for solvents effective November 8, 1986, and thus also subject to the one-year storage limitations. Examples of such drums include the following:

| Drum Number | Date* | Constituent |
|---|---|---|
| 88075 | 9/1/87 | Oil |
| 88453 | 3/22/88 | Freon |
| 87647 | 7/3/88 | Waste Oil |
| 85208 | 5/8/85 | Chlorinated Solvent |
| 88288.3 | 12/19/87 | Oil |

*Date of Initial Accumulation

Two 10,000 gallon tanks (T-102, T-103) located in Building 774 contain low-level mixed wastes (containing solvent contaminated oils) subject to land disposal restrictions. These wastes were originally destined for treatment in the Fluidized Bed Incinerator (FBI). In 1987 and early 1988, the Rocky Flats Plant (RFP) was proceeding with plans to conduct trial burns and eventually operate the unit until both DOE and regulatory agency concerns and requirements effectively put the project on hold. These low-level mixed waste storage tanks (T-102 and T-103) located in Building 774 contain solvent contaminated oils.

An unspecified amount of TRU mixed waste in storage at RFP may also contain solvents at levels subject to the land disposal restrictions including the one-year storage limitation. TRU-mixed waste containing solvents such as the drummed solidified organics waste from the organic and Sludge Immobilization System (OASIS) at Building 774 may have been in storage for longer than one year while awaiting the opening of the WIPP Facility.

These land disposal restricted materials are being stored due to the lack of currently available treatment, recovery or acceptable disposal alternatives. There are no commercial facilities permitted to receive mixed wastes. DOE low-level mixed waste treatment facilities at Oak Ridge Gaseous Diffusion Plant (ORGDP) and Los Alamos National Laboratory (LANL) are backlogged for several years (I-WM-33), and approval of the WIPP no-migration petition for TRU-mixed waste is pending.

Applicable Citation and Requirements

40 CFR 268.50 allows the storage (by an owner/operator of a treatment, storage or disposal facility) of land disposal restricted wastes for up to one year solely for the purpose of accumulation of such quantities of hazardous waste as necessary to facilitate proper recovery, treatment or disposal. Storage due to lack of proper recovery, treatment or disposal is not addressed.

Recommendations

1) In coordination with DOE-HQ Office of Environmental Guidance and Compliance, determine the feasibility of entering into a compliance agreement with the appropriate regulatory agency(ies) to obtain approval for the continued storage of TRU and low-level mixed waste subject to LDR restrictions until adequate/ suitable treatment, recovery, or disposal can be developed and put in place.

2) Review all processes which generate these types of low-level mixed wastes contaminated with solvents/organics to evaluate options for waste minimization/ elimination.

3) Pursue the possibility of shipping low-level mixed waste to another DOE facility with the capability and capacity to appropriately treat the waste to meet applicable LDR standards, (e.g., TSCA incinerator at Oak Ridge, low-level mixed waste incinerator at LANL, etc., as well as the Waste Experimental Reduction Facility at the Idaho National Engineering Laboratory [INEL] currently being evaluated by RFP).

4) Evaluate cost, time and technical feasibility of modifying the FBI to satisfy DOE and regulatory requirements and, if found appropriate, make necessary modifications and operate the unit to treat low-level mixed wastes.

**Audit Discipline** Waste Management

**Audit Finding Number** WM/AF-6

**Audit Finding Title** Residue/Waste Classification

**Audit Finding and Applicable Reference**

Certain processed materials currently classified as residue are in fact solid waste. If these wastes contain hazardous materials, they are subject to RCRA treatment, storage, and disposal regulations.

Production activities of the Rocky Flats Plant (RFP) create a variety of processed materials. Many of these materials contain sufficient concentrations of transuranics for the material to be considered as economically recoverable or above Economic Discard Limits (EDLs). Those materials with concentrations above EDLs are considered "residues" by DOE and stored for future recovery. Materials with concentrations of transuranics below EDLs are considered wastes by DOE. Residual processed materials at RFP are grouped into a series of Item Description Codes (IDCs), with the IDC consisting of a particular type of material. The IDCs are usually plant-wide and associated with a process stream. Each IDC containing transuranics has an associated EDL. The EDL is established annually by U.S. DOE based on the cost of producing plutonium and the recovery process cost.

There are some materials classified by RFP as residue that are below the EDL. During the Special Assignment Team Review, the contents of 550 drums classified as residue were reviewed. Fourteen (14) drums (IDC 414) were found to contain waste below the EDL but were classified as residues because they require processing before they could be shipped to a disposal facility. In addition to plutonium, these drums contain calcium which may qualify it as a RCRA-mixed waste. The reactive nature of calcium requires that the material be oxidized to conform with waste site acceptance criteria.

Eighteen (18) drums (IDCs 330, 336, 442, 480), which are below EDL are stored as residue because they contain too much enriched uranium to allow the packages to be shipped as exempt from fissile shipping requirements. The enriched uranium contents need to be reduced to below 15 grams per drum to satisfy the exemption limit. There is currently no action being taken to prepare this material for waste disposal.

Twelve (12) drums (IDCs 484, 485, 486, 487, 489), which are below EDL are stored as residue because they contain classified parts whose identification needs to be destroyed for security reasons before they can be discarded as waste. Although a process for destroying the identification of these drums has been approved by RFP security, these drums have not been prepared for disposal.

Twenty (20) drums below the EDL requiring relatively simple or no further processing were identified during the same review. These include IDCs 440, 336, 655, 441, 442, 368, 480, 301, 331, and 330.

The above mentioned categories of residues are arguably solid wastes and subject to RCRA regulations if hazardous. Currently, they are being stored in an unpermitted area which is not in conformance with RCRA requirements.

Applicable Citation and Requirements

40 CFR 261.2 states that solid waste is any discarded material that is not excluded.

40 CFR 261.3 states that a solid waste is a hazardous waste if it is not excluded and it meets any of the following criteria: 1) exhibits characteristics of hazardous waste, 2) it is a listed waste, or 3) it is a mixture of a solid waste and a listed waste.

DOE 5820.2A states that any material that is known to be or suspected of being contaminated with transuranium radionuclides shall be evaluated as soon as possible in the generating process, and determined to be either recoverable material, transuranic waste, low-level waste, mixed waste, or nonradioactive trash in order to avoid commingling the various material streams.

Recommendations

1) RFP should review residue materials and determine which drums of residue are classified as residue only for the purpose of processing into a suitable waste form. These drums of material should be evaluated for hazardous characteristics and, if hazardous, removed to appropriate RCRA interim status storage areas. This may require revision of Part A and Part B Applications.

2) The category of residues below EDLs and requiring no further processing should also be evaluated to determine which drums are hazardous and, if hazardous, removed to appropriate RCRA permitted storage areas. Revisions of Part A and Part B Applications may be required.

**Audit Discipline** Waste Management

**Audit Finding Number** WM/AF-7

**Audit Finding Title** Hazardous Waste Facility Inspections

**Audit Finding and Applicable Reference**

Current reports do not completely document the status of deficiencies identified during inspections. It is impossible to determine if each tank in Building 374 has been inspected daily because of the type of form used. The inspection form does not have separate columns for each tank. The form only indicates where problems have been observed. Once a problem has been detected, succeeding inspections do not always note that the problem still exists even though it has not been repaired. The date of the repair is not noted on the inspection form (WM-56). Consequently, inspection forms cannot be used to track the condition of the tanks or verify that repairs are being made in a timely fashion.

All deficiencies are not always noted on the form. For example, during the audit the level gauge on Tank 231A outside of Building 374 was inoperative. A review of the inspection reports showed that this deficiency was not noted in the daily inspections (WM-55).

**Applicable Citation and Requirements**

40 CFR 265.194 describes those items that must be inspected on a daily and weekly basis for tank systems. 40 CFR 265.15 describes general inspection requirements for RCRA facilities including recording inspections in a logbook and noting the date and nature of any repairs and remedial actions, and requiring the operator to remedy deterioration or malfunctions.

**Recommendations**

1) Inspection forms which allow checkoffs for each tank (e.g., one form with columns for each tank) should be developed. See attached example form.

2) Record on the inspection form which tank(s) have a problem each day until the problem is repaired.

3) Note on the inspection forms, the date on which repairs was made.

## Attachment

Unit Name: ______________________ Inspector: ____________________

Unit Number: ______________________ Signature: ____________________

Date: __________ Time: ______

| Inspection Item | Tank 1 Yes | Tank 1 No | Tank 2 Yes | Tank 2 No | Tank 3 Yes | Tank 3 No |
|---|---|---|---|---|---|---|
| 1) Overfill/spill control equipment operational | | | | | | |
| 2) Signs of hazardous waste release | | | | | | |
| 3) Improper maintenance of secondary containment | | | | | | |
| 4) Tank vents obstruction | | | | | | |
| 5) Temperature of tank outside allowable range, if applicable | | | | | | |
| 6) Pressure of tank outside allowable range, if applicable | | | | | | |
| 7) Leaking or damaged fittings or pipes | | | | | | |
| 8) Damage to level sensing devices | | | | | | |
| 9) Cathodic protection, if applicable | | | | | | |

Comments/Problems:

______________________________________________

______________________________________________

______________________________________________

Repair Date: ____________________

Note: This form is for illustration purposes only. Specific forms must be designed as appropriate for each facility and or tank system.

**Audit Discipline** Waste Management

**Audit Finding Number** WM/AF-3

**Audit Finding Title** Mixed Low-Level Waste Subject to Land Disposal Restriction - Vacuum Filter Sludge and Pondcrete

**Audit Finding and Applicable Reference**

Process knowledge and waste characterization data indicate that solidified vacuum filter sludge (by-pass sludge) and pondcrete may be prohibited from land disposal effective May 8, 1990. This is due to levels (i.e., concentrations in the waste and/or waste extract) of restricted waste present which exceed land disposal restriction (LDR) treatment standards.

1) Vacuum filter sludge generated and solidified at Building 374 is categorized as a mixed LLW waste containing solvents and possibly scheduled wastes under the LDR regulations. Available sampling and analysis data indicates that solvent levels in the solidified sludge meet the LDR treatment standards, however, no data is available on levels of LDR scheduled waste (i.e., cadmium) in the solidified sludge (WM-10). Based on process knowledge, the metal cadmium is known to precipitate out as part of the Building 374 liquid waste treatment process and concentrate in the vacuum filter sludge.

2) Pondcrete is the solidified mixture of (waste) sludge from the solar ponds and Portland cement. Pondcrete is categorized as a low-level mixed waste containing solvents under the LDR regulations. Available sampling and analysis data indicates that solvent and cyanide (total and amenable) levels in the pondcrete meet the LDR Treatment Standards (WM-3 and WM-4). However, analytical results of Extraction Procedure (EP) toxicity testing indicate levels of cadmium (i.e., a scheduled waste) in the pondcrete will exceed the LDR Treatment Standards effective for mixed waste on May 8, 1990 (WM-3). The Rocky Flats Plant (RFP) correspondence on hazardous constituents of low-level waste characterize the hazardous constituent concentrations of pondcrete as 42 ppm cadmium based on EP toxicity test results (versus the potentially more stringent TCLP test stipulated under the LDR regulations) (WM-11). The LDR Treatment Standard for cadmium concentrations in waste extract is 0.066 ppm for EPA Waste Codes F006, F007, F008, and F009 (40 CFR 268.41a). (F006 consists of wastewater treatment sludges from electroplating operations; F007, F008, and F009 are spent cyanide plating bath solutions, plating bath sludges, and stripping and cleaning bath solutions from electroplating operations where cyanides are used in the process.) The anticipated LDR Treatment Standard for cadmium to be proposed for characteristic wastes (D006) is 1.0 ppm.

RFP has recognized, and is currently addressing, the need to fully characterize low-level mixed waste potentially subject to land disposal prohibition in the Mixed Waste Management Plan and Waste Characterization Plan being developed/revised as part of the June 28, 1989, Agreement in Principal between DOE and the State of Colorado (WM-12). The Waste Characterization Plan is to be updated and revised by September 30, 1989, and development of the Mixed Waste Management Plan is to be completed by November 30, 1989.

Applicable Citation and Requirements

Pursuant to the Hazardous and Solid Waste Amendments of 1984, EPA Regulations set forth in 40 CFR Part 268, prohibit the land disposal of restricted hazardous wastes unless the wastes meet treatment standards promulgated under Subpart D of these regulations, unless a variance, extension, or exemption has been granted.

Recommendations

As part of the Waste Characterization Plan to be updated and revised by September 30, 1989, fully characterize the aforementioned low-level mixed wastes by conducting statistically valid sampling of the wastes using the appropriate LDR test methodology (i.e., TCLP), or total constituent analysis as applicable. Based on the waste characterization sampling and analysis results, implement, as appropriate and necessary, the best treatment alternative being evaluated in the Mixed Waste Management Plan scheduled for completion by November 30, 1989.

<u>Audit Discipline</u> Waste Management

<u>Audit Finding Number</u> WM/AF-9

<u>Audit Finding Title</u> Mixed Low-Level Waste Subject to Land Disposal Restriction - Saltcrete, Cemented Composite Chips, and Roaster Oxide

<u>Audit Finding</u>

Insufficient waste characterization data currently exist to adequately determine if the following low-level mixed waste streams are (or will be) prohibited from land disposal due to concentrations of restricted hazardous wastes exceeding the land disposal restriction (LDR) treatment standards:

1) Saltcrete, a solidified mixture of salt residue from the evaporation process at the liquid waste treatment facility (Building 374) and Portland Cement.

2) Cemented composite chips, a solidified mixture of metal chips, including stainless steel, uranium, aluminum, and beryllium with solvent contaminated cutting oil and Portland Cement packed in drums.

3) Roaster oxide chips (generated before January 1988), uranium metal chips oxidized in the Building 447 chip roaster and packed as uranium oxide in 30-gallon containers in 55-gallon overpack drums; prior to January 1988 metal chips were coated with solvents.

The Hazardous and Solid Waste Amendments prohibit the land disposal of hazardous wastes unless the wastes meet treatment standards established by the EPA under the LDR regulations. Based on process knowledge and/or preliminary sampling and analysis, these wastes are categorized as low-level mixed waste possibly containing solvents and/or scheduled wastes under the LDR regulations (WM-1, WM-2, and WM-11). Representative sampling and analysis data at RFP following LDR stipulated test methodology is limited or nonexistent, to date. RFP has recognized and is currently addressing the need to fully characterize low-level mixed waste potentially subject to land disposal prohibition in the <u>Mixed Waste Management Plan</u> and <u>Waste Characterization Plan</u> being developed/revised as part of the agreement in principal between DOE and the State of Colorado (WM-12).

<u>Applicable Citation and Requirements</u>

Pursuant to the Hazardous and Solid Waste Amendments of 1984, EPA Regulations set forth in 40 CFR Part 268 prohibit the land disposal of restricted hazardous wastes unless the wastes meet treatment standards promulgated under Subpart D of these regulations, unless a variance, extension, or exemption has been granted.

Recommendations

As part of the waste characterization plan to be updated and revised by September 30, 1989, fully characterize the aforementioned low-level mixed wastes by conducting statistically valid sampling of the wastes using the appropriate LDR test methodology (i.e., TCLP) or total constituent analysis as applicable. Based on the waste characterization sampling and analysis results, implement, as appropriate and necessary, the best treatment alternative being evaluated in the Mixed Waste Management Plan scheduled for completion by November 30, 1989.

**Audit Discipline** Waste Management

**Audit Finding Number** WM/AF-10

**Audit Finding Title** Deficiencies in TRU and TRU-Mixed Waste Characterization

**Audit Finding and Applicable Reference**

The current Rocky Flats Plant (RFP) practices for classifying wastes as TRU or TRU mixed may result in incorrect classification of wastes. Waste classification is determined by process knowledge and by assay. RFP material classifications which were created for nuclear accountability are called Item Description Codes (IDCs). IDCs are plant wide designations of a particular type of waste.

Each IDC has an associated EDL (Economic Discard Limit) for plutonium. If a container of waste has plutonium levels above the EDL, it is considered a recoverable residue and not a waste. Where the assay shows plutonium levels to be below the EDL, the container's contents are considered to be waste. The determination of the plutonium content is made by one of three types of counters. The Low Specific Activity Counter (LOSAC) and passive/active counter are used for counting non-line generated wastes. The LOSAC and passive/active counters can distinguish between low-level (<100 nanocuries/gram) and TRU (>100 nanocuries/gram) wastes. Segmented Gamma Scanners (SGS) are used for assaying line generated wastes. The SGSs cannot distinguish between low level and TRU wastes since they cannot determine Pu at the 100 nanocuries/gram level (I-WM-9, 15, 21, 29)

RFP assigns IDCs to specific classes of waste. This listing is based on conservative assumptions. If any IDC could be hazardous at any location, it is always designated as hazardous even though at some locations that waste would actually be nonhazardous. The SGS computerized counting program can handle only a limited number of IDCs due to limited computer memory. Therefore, the addition of an IDC to the SGS counting program to allow differentiation of wastes on the basis of the generation location requires deletion of an IDC. (The passive/active counter does not have this limitation.) A request has been made for funding to upgrade the SGS memory (I-WM-51).

The current practices at RFP also can have the potential to incorrectly designate low-level wastes as TRU. This may occur for materials which are counted on the SGS. The SGS is not sufficiently sensitive to differentiate between TRU and non-TRU concentrations. Under current practices as observed during the audit, once a material is counted by the SGS and shown to be below the EDL it is automatically considered a TRU waste. The use of this assumption may result in an unknown quantity of low-level waste being classified and handled as TRU waste. A review of assay results obtained from INEL, the storage site for RFP TRU and TRU-mixed waste, indicated that ten percent of the waste shipped to the site between 1981-1989 is low-level (WM-71).

Certain IDCs, below the EDL, generated at multiple locations would always be designated TRU mixed when counted on SGS even though at some locations they are nonhazardous or non-TRU. Examples are as follows:

| IDC | TITLE |
|---|---|
| 831 | Combustibles, Dry, TRU Waste |
| 832 | Combustibles, Wet, TRU Waste |
| 833 | Plastic (Teflon, PVC, Poly, etc.), TRU Waste |

**Applicable Citation and Requirements**

DOE Order 5820.2A states that any material that is known to be or suspected of being contaminated with transuranium radionuclides shall be evaluated as soon as possible in the generating process, and determined to be either recoverable material, transuranic waste, low-level waste, mixed waste, or nonradioactive trash in order to avoid commingling the various material streams.

**Recommendations**

1) Drums counted on the segmented gamma scanner that fall below the EDL should be recounted on the passive-active counter or LOSAC to distinguish whether the material is TRU or low-level waste. Additional passive-active drum counters or LOSAC should be acquired as necessary to facilitate this.

2) The number of IDCs should be expanded to improve the capability of distinguishing hazardous from nonhazardous material on the basis of generation location.

3) Process knowledge used to assign IDCs to waste classes should be updated and/or confirmed by sample analyses (see related finding WM/BMP-3).

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-1

**BMP Finding Title** Management Approach to Environmental Programs

**BMP Finding**

Implementation of the environmental programs at the Rocky Flats Plant (RFP) lacks coordination, and is hindered by poor communication. The lines of authority are fragmented, and not clearly defined. Examples of difficulties arising from this situation include:

1) The level of quality assurance applied to documentation related to environmental programs, such as RI/FSs, has not been adequate to meet the programs' needs (see Findings GW/BMP-4, IWS/AF-2, IWS/AF-4, IWS/AF-5, IWS/AF-6, SW/BMP-1).

2) There has not been adequate time allocated for the review of Environmental Restoration documents (see Finding IWS/BMP-2).

3) The RCRA/CERCLA Program is currently a part of Plutonium Operations and must compete with production activities for resources. In fiscal year 1989, eight priority RCRA/CERCLA tasks did not receive funding (I-WM-73).

4) The RCRA/CERCLA Program is supported by 77 full-time equivalent employees but only nine report functionally to the program manager. The manager stated that this situation hinders his ability to effectively manage RCRA/CERCLA activities (I-WM-73).

5) The analytical QA/QC programs are not coordinated between the three on-site laboratories that support the environmental programs (see Findings RAD/AF-3, RAD/AF-4, RAD/AF-5, QA/AF-1, QA/AF-2, QA/BMP-1).

6) Personnel are not fully aware of Plant policies and procedures that relate to environmental activities (see Findings SW/AF-6, WM/BMP-8).

7) Formal procedures and adequate training are lacking for many environmental activities (see Findings TCM/AF-4, TCM/AF-5, TCM/AF-6, TCM/AF-8, TCM/BMP-2, TCM/BMP-4, IWS/BMP-1, RAD/AF-2, RAD/AF-3, RAD/AF-4, RAD/AF-5, SW/AF-4, SW/BMP-3, WM/AF-1, WM/AF-3, WM/BMP-7, WM/BMP-8, QA/AF-1, QA/AF-2, Air/AF-2).

8) Deficiencies in waste storage areas, the Waste Steam Characterization Study, waste minimization efforts, and waste handling and management programs indicate a lack of overall waste management coordination (see Findings WM/AF-1, WM/AF-2, WM/AF-3, WM/AF-4, WM/AF-5, WM/AF-6, WM/AF-7, WM/AF-8, WM/AF-9, WM/AF-10; WM/BMP-2, WM/BMP-3, WM/BMP-4, WM/BMP-5, WM/BMP-6, WM/BMP-7, WM/BMP-8, WM/BMP-9, WM/BMP-10; TCM/AF-1).

9) There is no coordinated site-wide strategy for the implementation of the National Environmental Policy Action (NEPA/BMP-1).

## Applicable BMP and Recommendations

A well organized, coordinated approach should be taken in order to properly implement environmental programs.

1) A strategy should be developed and implemented to integrate the existing management and information systems.

2) Resources should be made available to support all priority tasks that are essential to the implementation of individual environmental programs.



SUBPOENA 1063RF EGG ITEM 15 5140241

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-2

**BMP Finding Title** Waste Minimization Program

**BMP Finding**

The Rocky Flats Plant (RFP) waste minimization program does not contain all the elements of the proposed U.S. EPA guidance on effective waste minimization programs published June 12, 1989, in the Federal Register. The 1984 Hazardous and Solid Waste Amendments (HSWA) require that generators of hazardous waste establish waste minimization programs. Generators are required to certify that they have waste minimization programs. The guidance published by U.S. EPA is intended to assist generators in establishing effective waste minimization programs not only for hazardous waste but for other media as well. As defined by U.S. EPA proposed guidelines, in the June 12, 1989, publication, effective waste minimization programs should have the following elements:

- Top Management Support
- Ongoing Waste Characterization
- Waste Minimization Assessments
- Generator Cost Allocation System
- Technology Transfer
- Periodic Program Evaluations
- Allocations of Resources

The RFP has established a waste minimization program which does address some of these elements. A chlorinated solvent substitution program has been established and resulted in a greater than 50 percent reduction in the use of solvents in the non-PSZ areas (WM-33). Specific goals for reduction in the use of chlorinated solvents and in reduction of water usage have been established (WM-33). However, the existing waste minimization program and implementation of the program has several deficiencies described as follows:

1) Top management support has not been demonstrated via a finalized written plant policy. A draft policy has been prepared (I-WM-2).

2) The Waste Stream Characterization Study (WSC) conducted in 1986/1987 has not been updated (see related finding WM/BMP-3).

3) Waste minimization assessments of process areas are not conducted on a periodic bases (I-WM-2).

4) RFP has not established a system for allocating the costs of handling waste to individual generators (i.e., buildings or processes). According to plant personnel, RFP accountants said that the accounting system does not allow such cost allocations (I-WM-2).

5) RFP does not have an ongoing program for transferring "experiences learned in waste minimization" from one program or building to other programs or buildings (I-WM-2).

6) RFP does not have a program for periodic evaluation of the waste minimization programs (I-WM-2).

7) RFP has not always allocated resources for implementation of waste minimization projects. The following projects have been identified by RFP but have not been implemented (I-WM-2, WM-67):

| | COST | WASTE MINIMIZATION PROJECT DESCRIPTION |
|---|---|---|
| A) | $131K | A centrifuge unit is needed to wash uranium chips prior to briquetting. The uranium briquettes are melted into ingots which can be recycled, if they meet the chemical purity specifications. If the ingots are waste, this waste is greatly reduced in volume over the current oxide waste form. The ingots will also meet the Nevada Test Site waste acceptance criteria which the uranium oxide waste does not. |
| B) | $200K | A pneumatic transfer system for Building 771 will reduce TRU waste generation by 60 drums per year by eliminating plastic waste from bag cuts. |
| C) | $200K | A passive neutron counter to assay packages of material as it is cut from a glovebox line will provide an accurate means of segregating TRU and low-level waste at the source. A study has shown this will reduce TRU waste by 13 percent for each glovebox where this system is used. |
| D) | $100K | Shredding equipment will size reduce plastic bottle waste in line 4 3AB&C, Building 771. There will be a reduction from one six-foot bag cut per shift (fills one drum) to one two-foot bag cut per shift. |
| E) | $150K | An aqueous cleaner for Model G, Building 707 will replace a solvent vapor degreaser to clean nonplutonium parts. This will result in approximately 50 to 100 gallon/month 1,1,1-trichloroethane volume reduction. |
| F) | $200K | A fire safety upgrade to certain areas in Building 707 is needed before a nonhazardous solvent substitute can be introduced into the glovebox lines to replace carbon tetrachloride. Carbon tetrachloride, a hazardous solvent, is currently used in the machining of plutonium. |

The equipment for items B and C is available, yet space and resources for implementation of these projects have not been allocated available. None of the other projects have been initiated (I-WM-2).

## Applicable BMP and Recommendations

The U.S. EPA publication in the Federal Register of June 12, 1989, describes EPA's proposed guidelines for establishing effective waste minimization programs. To comply with the EPA guidance, RFP should establish a waste minimization program with the following components:

Top Management Support

- Establish a written waste minimization policy signed by management.
- Implement the formal policy by establishing goals for all waste streams, designating building waste minimization coordinators and providing increased emphasis on waste minimization training.

Waste Stream Characterization (WSC)

- Revise and keep up-to-date the Waste Stream Characterization Study (see related finding WM/BMP-3).
- As a part of the WSC revision, identify points in processes at which wastes might be minimized .

Waste Minimization Assessments

- Ongoing reviews of processes should be conducted to identify points at which wastes may be minimized by such means as recycling of materials, substitution, equipment changes, etc. These reviews should be made part of the ongoing WSC re-evaluation.

Waste Management Costs

- Determine true costs of waste management including costs for personnel, recordkeeping, pollution control equipment, treatment and disposal, radiation protection measures, compliance, oversight, etc. This is a prerequisite for allocating costs to individual generators.

Cost Allocation

- Allocate "fully loaded" costs of waste management to the buildings and/or processes generating the wastes. One of the most effective means of reducing waste generation is to require individual generators to be responsible for the costs of waste disposal, with the costs being directly tied to their generation rates. The opportunity to reduce costs directly by reducing wastes generated will often inspire innovative thinking and much closer attention to details of material handling such as waste segregation and materials used. The availability of cost information also allows generators to justify process and/or material changes and/or substitution necessary to effect reduction in quantities and/or toxicities of wastes generated.

Technology Transfer

- Establish a formal program for the transfer of "lessons learned" at one building or process to other buildings or processes.



SUBPOENA 106328 EG&G ITEM 15 5140244

Periodic Program Evaluations

- Establish a program to perform periodic internal audits to evaluate the effectiveness, completeness and implementation of the overall waste minimization program.

Allocations of Resources

- RFP should review proposed waste minimization projects and allocate resources for their implementation.

Waste Minimization Coordinators

- Waste minimization coordinators should be appointed for each building. These coordinators should work with the RFP site waste minimization manager. They should also be assigned responsibilities related to the re-evaluation of the WSC (see related finding WM/BMP-3).

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-3

**BMP Finding Title** Deficiencies in Waste Stream Characterization (WSC) Study

**BMP Finding**

The Waste Stream Characterization (WSC) Study conducted in 1986 and 1987 does not accurately reflect the past or present Rocky Flats Plant (RFP) waste generation profile. This study was conducted by RFP and submitted to U.S. EPA and CDH as part of the June 1986 RCRA/CERCLA Compliance Agreement. It is currently being used by CDH and U.S. EPA in evaluating the facility RCRA permit applications, including determining which facilities should have RCRA permits (hazardous, low-level mixed and TRU mixed). However, the document has not received a complete formal review at RFP. It will be used in establishing final permit conditions. The following areas requiring improvement were identified in review of the WSC (see Appendix C, Waste Stream Characterization Evaluation).

1) The WSC did not accurately describe the waste stream profiles at the time it was submitted (types, classification, quantities, etc.).

2) The WSC does not reflect the current waste stream profile (types, classifications, quantities, etc.).

3) The WSC does not provide information on hazardous characteristics of TRU wastes (this was not required by the RCRA/CERCLA agreement).

4) Discrepancies exist between the designation of wastes as hazardous or nonhazardous and associated analytical data.

5) There is no formal ongoing process for updating the WSC.

6) The WSC does not reflect changes in waste stream designations and classifications made in response to Notices of Deficiency (NOD) on the Hazardous and Low-Level Part B application.

**Applicable BMP and Recommendations**

The WSC should be updated and resubmitted to the CDH and U.S. EPA by RFP. The following is a list of specific recommendations for re-evaluating the WSC. These recommendations are based on the evaluation of the WSC, observations made during the audit, and on related audit findings and BMP findings.

1) RFP should appoint one site WSC coordinator to be responsible for the re-evaluation and on-going updating of the WSC study. This person should work with designated building waste characterization coordinators. The site WSC coordinator should be responsible for maintaining the site WSC database and coordinating with the RFP manager responsible for waste minimization activities (see related finding WM/BMP-2).



SUBPOENA 1065RF EGG ITEM 15 5140746

2) Each building should have one individual appointed to serve as the building waste stream characterization coordinator. This individual should also serve as the building waste minimization coordinator (see WM/BMP-2 on waste minimization). The building WSC coordinator should be technically qualified and knowledgeable about materials used, processes, wastes generated within the building, and applicable regulations. This individual should provide the information needed by the RFP WSC coordinator for updating and maintenance of the RFP WSC database.

3) The RFP site WSC coordinator should provide training for building WSC study coordinators. This training should include at a minimum:

- Identification of materials which may result in generation of hazardous waste;
- Types of processing activities that may result in hazardous waste generation;
- Characterization of hazardous wastes;
- Information to be provided on the building waste stream summaries;
- How to identify opportunities for waste minimization;
- General information on RCRA requirements;
- General information on RFP procedures for low-level and TRU waste; and
- Determining need for additional analytical data.

The objective of this training should be to give the building waste system coordinator sufficient knowledge to conduct the re-evaluation of the WSC and conduct waste minimization activities.

4) The scope of the WSC study should be broadened such that it can be used as a waste management tool. It should include information that can be utilized to determine and allocate costs associated with waste management, and to identify methods to reduce the volume of wastes generated on-site, and establish a baseline of quantities of hazardous wastes generated to facilitate evaluations of the effectiveness of waste minimization efforts.



SUBPOENA 1063RF EGG ITEM 15 5143747

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-4

**BMP Finding Title** Pondcrete and Saltcrete Solidification/Storage Deficiencies

**BMP Finding**

Solidified pondcrete and saltcrete, both considered mixed (hazardous and radioactive) wastes, have been deteriorating, resulting in crumbling of waste forms, splitting of containers holding the solidified wastes, and releases of hazardous wastes in a powdered form from containers. (I-WM-52)

In May 1988, the boxes of pondcrete stored in area 904 were slumping. These boxes consisted of solidified sediments from the solar evaporation ponds that were packaged in cardboard containers (I-WM-52). This material had been solidified at Building 788. When the slumping was observed, solidification at Building 788 was stopped (I-WM-52). The development work for the process was inadequate in that the correct water/cement ratio was not established, and furthermore, there was a lack of process control at Building 788 solidification facility (I-WM-67, I-WM-68). Remediation included the installation of a flow meter and determination of a new water cement ratio. Much of the existing inventory of pondcrete will not meet the current Nevada Test Site (NTS) standard which requires the pondcrete container to withstand a load of 4000 pounds per square foot. The existing inventory of pondcrete, as packaged in cardboard containers, is deteriorating and the cardboard packaging has no load-bearing capacity. The Rocky Flats Plant (RFP) will have to repackage the pondcrete into containers meeting the NTS standard or resolidify the pondcrete (I-WM-67, I-WM-68).

Saltcrete (solidified 374 evaporator sludge) also shipped to NTS was found in 1986 to contain hazardous constituents. These hazardous constituents were organic solvents. As a result, shipment to NTS was stopped. The saltcrete was initially stored indoors in Building 964, but in 1987 was moved outdoors due to lack of sufficient storage space in Building 964 (I-WM-52). Packages of saltcrete are covered by a tarp, however, the cover allows some moisture to pass through. As a result during freeze/thaw, and wet/dry cycles, the saltcrete has deteriorated. This deterioration occurs when moisture infiltrates the tarpaulin covers and cardboard containers and goes into the solidified block. The salt dissolves leaving void spaces, which, when filled with water, freezes, resulting in expansion and cracking of the block. In addition, microscopy studies have shown that the composition of saltcrete is not uniform with cement and salt particles intermixed. It is also suspected that swelling of saltcrete is caused when dried salt occupies a greater volume as it loses water in the normal concrete drying process (I-WM-67, I-WM-68).

As a result of these processes, cardboard packages of saltcrete and pondcrete in the inventory are deteriorating at a rapidly increasing rate. Packages are splitting and fine particles of pondcrete and saltcrete are being released. When releases are observed during inspections, they are cleaned up. Split packages are, at a minimum, taped or repackaged (I-WM-67, I-WM-68).

Saltcrete and pondcrete are stored in areas 750 and 904 which are RCRA storage pads without roofs. Since only solids are stored at these areas, secondary containment is not required according to RCRA regulations. RFP collects precipitation at 904 by means of surface sloping and berms. This precipitation is collected in tank trucks and subsequently transported to Building 374 for evaporation and treated as a radioactive



SUBPOENA 1065RF EG&G ITEM 15 5140748

waste. Similar measures are not in effect at the 750 area. Runoff from 750 flows over and through the berm out of the 750 area. In addition, the 750 pad itself, constructed of asphalt, is deteriorated and cracked, with the likely result that there is movement of water through the asphalt base into the underlying ground potentially carrying contaminants.

The current inventory of deteriorating pondcrete and saltcrete will not be repackaged before the next freeze/thaw cycle occurs due to lack of physical and manpower resources (I-WM-49, I-WM-52). Thus, it is likely that there will be an accelerated rate of pondcrete and saltcrete deterioration. In addition, the problems of swelling of the saltcrete will continue as long as the existing solidification process is employed. However, for pondcrete and saltcrete currently generated and packaged, the new waste packages (plywood boxes) should meet the NTS criteria even if the solidified waste would not, unless these packages experience significant deterioration prior to shipment for disposal.

Applicable BMP and Recommendations

1) Development work should be conducted to devise procedures and/or solidifying agents leading to more stable waste forms as necessary to meet NTS acceptance criteria and maintain waste form integrity during storage.

2) The current repackaging program should be accelerated.

3) Shipment of pondcrete and saltcrete should be closely coordinated with solidification operations in order to avoid prolonged storage under adverse conditions.

4) More effective means of protection against water intrusion on to the solidified waste forms should be used, such as storage under a roofed area for the current inventory of pondcrete and saltcrete.

5) Run-off from the 750 pad should be collected as is done at the 904 pad. Run-off from both pads should be analyzed to determine if it is a hazardous waste and/or contains radioactive constituents, and managed accordingly. If run-off is found to be hazardous or radioactive, run-on should be prevented and run-off should be collected by means of sloping the surface, providing collection sumps, and constructing impermeable berm and storage area surfaces.

6) The weekly inspections of 750 and 904 storage area should be expanded to daily inspections and documented appropriately.



SUBPOENA 1063RF EGG ITEM 15 5140749

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-5

**BMP Finding Title** RCRA Storage Area and Cargo Container Storage Deficiencies - 750, 561

**BMP Finding**

Aqueous and organic liquid wastes are stored in cargo containers at the 750 and 561 container storage areas. Storage in cargo containers leads to various problems described as follows:

1) Cargo containers have heat buildup in the summer. Contents of drums heat up causing drums to bulge with the consequent need for repackaging. The site has imposed a requirement on generators to leave five-inch headspace in drums containing liquids (I-WM-31,34).

2) Contents of containers with aqueous contents freeze in the winter, again leading to container deterioration and the need for overpacking of deteriorated containers (I-WM-31, 34).

3) Cargo containers have only one door which is at the front. Potential safety problems exist for workers if a release were to occur in the front of a cargo container while the worker was in the back (I-WM-31, 34).

4) The Rocky Flats Plant (RFP) has established requirements to ensure that materials that are incompatible (i.e., may adversely react with one another in the event of a leak or spill) are not stored together. To satisfy these requirements, it is often necessary to transfer drums between containers. Thus, the use of cargo containers with space limitations leads to increased drum handling with potential for releases as the result of additional increased movement and increased spill or damage potential (WM-28, 29, I-WM-31, 34).

The RFP plans to request funding for a 25,000 foot prefabricated metal storage building to be built on the 904 pad to store an estimated 2,300 drums and 250 boxes of waste presently stored out doors in 7 different storage areas. This building will be used as a central location outside of the PSZ for waste storage and shipment off-site (WM-66, I-WM-68).

**Applicable BMP and Recommendations**

1) Construction of the proposed centralized storage facility should be placed on a high priority.

2) RFP should investigate the foreseeable RCRA storage needs prior to finalizing the design space of the proposed facility. This investigation should consider any materials that are not currently classified as hazardous wastes, but may be reclassified as such in the future.

3) Adequate temperature control to prevent heating and freezing of liquids should be provided.

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-6

**BMP Finding Title** Deficiencies at the 561 Container Storage Pad Staging Area

**BMP Finding**

The lack of a paved drum staging area at the 561 container storage pad increases the potential for accidents and would make spill cleanup more difficult. The current staging area surface is rough. The area in front of a row of cargo containers 561F, 561A, 561B, 561C, and 561D progresses from sandy in front of 561F to stony (i.e., stones one inch or more in diameter in front of 561D). This leads to increased potential for accidents while staging drums. In addition, the lack of impervious surface may enhance mitigation of potential contaminants and results in difficulties with spill cleanup from any releases during staging (WM-62).

**Applicable BMP and Recommendations**

A paved staging area should be provided for the 561 storage area.

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-7

**BMP Finding Title** RCRA Part B Distribution

**BMP Finding**

The operating personnel for various RCRA storage areas including 750, 561, 884, 904, 952, 569, and 776 Room 134, were unaware of the permitted storage capacity limits for their areas. In at least one case it was reported that the information had been requested but not supplied. Operating personnel also did not have access to portions of the Part B permit applications dealing with their areas (I-WM-34, I-WM-37, I-WM-39).

**Applicable BMP and Recommendations**

1) Operating personnel should be advised of the storage capacity of the RCRA storage areas where they work.

2 Permitted storage capacity in terms of numbers of drums, containers, etc., should be posted at each storage area.

3) Copies of relevant portions of the Part B permit applications should be made available to the "hands-on foremen" of RCRA units.

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-8

**BMP Finding Title** Regulated Material Procurement Control

**BMP Finding**

Implementation of the Rocky Flats Plant (RFP) Policy for Procurement Control needs improvement. The use of hazardous materials at RFP is limited to restricted areas through a Policy for Procurement Control (A-6). The objective of this policy is to assure compliance with regulatory requirements, achievement of waste minimization goals, and an increase in workplace safety. This is achieved by designating individuals in various areas to be responsible for reviewing and approving procurement requests. These individuals are also responsible for maintaining a record of amounts and use of hazardous substances purchased. During Audit interviews with several persons authorized to review and sign procurement orders, responses to questions regarding the Policy ranged from "the person who is on the list no longer has that job; I took her place but I don't know about the Policy" (I-A-18), to persons who kept copies of procurement orders they had signed, and one person who had prepared a log as specified in the Policy (I-A-19). It should be noted that the individual who is properly maintaining the procurement log has responsibility for the areas of the Plant where the majority of materials listed in this Policy are in use.

**Applicable BMP and Recommendations**

RFPM PNC 2-506, RCRA-Regulated Material Procurement Control Policy, October 3, 1988.

1) Personnel responsible for implementing the Policy for Procurement Control should be adequately trained.

2) A form should be developed and provided to persons authorized to sign procurement orders to encourage them to keep records in a common format.

3) The Policy should designate an individual or department/position to have overall responsibility and authority to implement the Policy.

4) Records of procurement of designated substances should be forwarded on a periodic basis (perhaps monthly) to the individual designated with overall responsibility.

5) A computer database should be set up to record procurement information. This database would document information required for preparation of annual reports for SARA, Title 3, and to record progress in efforts to eliminate the use of halogenated hydrocarbons.

6) A periodic summary of materials procurement (perhaps quarterly) submitted back to persons designated to review and sign procurement orders could serve as a reminder of their responsibilities.



SUBPOENA 1063RF EG&G ITEM 15 5140756

<u>Audit Discipline</u> Waste Management

<u>BMP Finding Number</u> WM/BMP-9

<u>BMP Finding Title</u> Hazardous Waste Tank Overfill Controls and Alarms

## BMP Finding

Hazardous waste tanks in Building 374 and Building 774 are not individually alarmed for overfills. Buildings 374 and 774 are used to treat liquid hazardous waste streams. All tanks (29 in Building 374, 28 in Building 774) in these buildings are considered hazardous waste tanks. Overfill resulting from waste being continually fed into the tanks would either overflow from one tank to another and finally to a common overfill collection sump tank or from an overfill tank directly to the common overfill collection sump tank. All but eight tanks in Building 774 are individually alarmed so that operators will know when and which tank is overfilling and thus can act immediately to stop the flow to the tank overfilling. In the case of the individually alarmed Building 774 tanks, the operator immediately knows which tank is over-flowing.

The remaining eight tanks in Building 774 and all the tanks in Building 374 are not individually alarmed for overfills. The overfill collection sump tank in Building 374 is alarmed. However, the operator only knows that an overfill is occurring. He does not know which tank is overfilling. In order to find out which tank is overfilling, he must individually check each tank. This may result in the capacity of the overfill collection sump tank being exceeded before corrective action is taken.

## Applicable BMP and Recommendations

Section 265.192 of CDH RCRA regulations requires that where hazardous waste is continuously fed into a tank, that the tank be equipped with a means to stop the inflow (e.g., a work feed cut-off system or by-pass system to a stand-by tank). These systems are intended to be used in the event of a leak or overflow from the tank due to a system failure. While the existing system may satisfy the regulatory requirement, the lack of individually alarmed tanks may lead to an overflow of the collection sump task before corrective action can be taken.

All hazardous waste tanks on-site should be equipped with individual overfill sensing devices and alarms so that the operators immediately know which tank is overfilling.



SUBPOENA 1065RF EGG ITEM 15 5140758

| | |
|---|---|
| Audit Discipline | Waste Management |
| BMP Finding Number | WM/BMP-10 |
| BMP Finding Title | Management Assessments for Long-Range Planning |

BMP Finding

Management Assessments that serve as the cornerstone for comprehensive long-range planning have not been performed.

Although several studies were proposed in the 1984 Long-Range Waste Management Plan, none of these studies were performed. The studies include:

1) Waste Stream Segregation Study - Objective is to keep the waste streams segregated.

2) Waste Volume Reduction Study - Objective is to examine current waste-handling practices; identify measures to be taken to reduce amount of wastes generated.

3) Cost of Compliance Determination - Determine actual cost associated with regulatory compliance based on current waste-handling practices (including labor, material, and equipment costs).

Studies like these could significantly contribute to a reduction in waste generation rates and waste management costs. Many of the current waste handling practices were developed before current regulatory requirements came into existence, and changes have been added in increments to meet new requirements.

Applicable BMP and Recommendations

DOE Order 5820.2A, Radioactive Waste Management states that the generation, treatment, storage, transportation, and/or disposal of radioactive wastes, and the other pollutants or hazardous substances they contain shall be accomplished in a manner that minimizes the generation of such waste.

The Rocky Flats Plant (RFP) should conduct the studies proposed in the Long-Range Waste Management Plan to the extent that the above stated information is not already available to ensure that the waste management activities are conducted in a cost efficient manner and that waste minimization efforts at the site are comprehensive.



SUBPOENA 1063RF EGG ITEM 15 5140760

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-11

**BMP Finding Title** Management of Residue

**BMP Finding**

Processed material that is kept in interim storage or long-term storage is not being stored in accordance with good management practices.

Processed materials are kept in the Annex of Building 771 where the roof leaks. Drums waiting to be assayed are leaked upon and the labels become unreadable due to water damage. No clear aisle spaces are maintained to make the drums easily accessible for inspection or removal or to allow easy egress of workers in the case of an emergency.

In the long-term storage areas for residue material or material retained for future recovery of plutonium, similar conditions exist. Drums are stacked two high with no aisle access. These drums are only checked for nuclear safeguards purposes and are not inspected for potential problems such as corrosion, leakage, or bulging that may develop as a result of long-term storage.

There is no approved management plan at the Rocky Flats Plant (RFP) to reduce the large backlog of over 4,600 drums of residue on-site. Several hundred drums of residue are created monthly. Some residue drums have been in storage for more than ten years. Reduction of residue backlog has always been relegated to a much lower priority than production of metal. Only in July 1987 through July 1988 the DOE FRAO established an award fee goal of backlog reduction. It has been roughly projected that with the present equipment it would take approximately 30 years to process the current backlog of residue drums. There are approximately 3,490 drums that are considered to be easy to recover, and 752 drums that are hard to recover, meaning the efficiency of known recovery process is low, or a process needs to be developed for recovery. (See Predecisional Draft Solid Waste and Residue Management Systems at Rocky Flats Plant - Operations and Management Assessment Team, June 29, 1989.) Space is limited and the site has almost reached its current storage capacity. Definite long-range plans are needed to ensure that the site capability to safely store this material is not exceeded and that the backlog is reduced within a reasonable time frame.

**Applicable BMP and Recommendations**

1) Residue storage areas should be upgraded to meet RCRA-equivalent design standards and procedures modified to satisfy best management practices. At a minimum, drums should be stored such that there is adequate aisle space for easy access and periodic inspections.

2) A management plan that ensures the safe storage and reduction of the residue backlog should be developed and implemented as soon as possible.



SUBPOENA 1063RF EGG ITEM 15 5140762

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-12

**BMP Finding Title** Landfill Capacity Constraints

**BMP Finding**

The Rocky Flats Plant (RFP) does not have adequate capacity in its present on-site sanitary landfill to accommodate future needs. As part of the waste minimization program at the RFP, Rockwell International established a paper recycle program and examined the possibility of off-site disposal of other solid sanitary waste by a commercial company. After plant evaluation on a building-by-building basis, a recent decision was made to not release certain solid sanitary wastes to a commercial disposal facility due to the possible risks involved. Therefore, a need has been identified to construct a new landfill at the RFP in order to contain some of the sanitary wastes which cannot be recycled. The existing sanitary landfill is nearing capacity and is presently scheduled for RCRA closure beginning in the summer of 1989 (WM-72).

The RFP is planning to initiate a study to locate a new sanitary landfill, and apply to Jefferson County for a Certificate of Designation to permit it. Until the new landfill is in operation, the RFP plans to revise the present landfill closure plan to reflect its expansion to accommodate an additional 30,000 cubic yards of waste (WM-72).

**Applicable BMP and Recommendations**

1) The RFP should proceed with current plans to revise the present landfill closure plan and expand the existing capacity.

2) Proceed with plans to develop a new on-site sanitary landfill.



SUBPOENA 1063RF EGG ITEM 15 5140764

**Audit Discipline** Waste Management

**BMP Finding Number** WM/BMP-13

**BMP Finding Title** Standing Water in Building 664

**BMP Finding**

On June 8, 1989, members of the Environmental Team observed standing water on the floor in the waste storage areas of Building 664. This condition could present a safety hazard, leading to accidents during the handling of waste containers. Such accidents could injure workers and potentially damage waste containers, causing releases.

**Applicable BMP and Recommendations**

Waste storage and drum handling areas should be maintained free of safety hazards to minimize the potential for accidents.

1) The Rocky Flats Plant (RFP) should identify the cause of the standing water (e.g., leaking roofs or damaged door seals) and make the necessary repairs.

2) The RFP should include as a part of the inspections of all waste storage areas, checks for conditions that may lead to similar situations.



SUBPOENA 1063RF EGG ITEM 15 5140766