Exhibit 26-C

# Section 6.0

# Toxic and Chemical Materials

# 6.0 - TOXIC AND CHEMICAL MATERIALS

## SCOPE OF AUDIT

1. Determine the current status of PCBs and if practices and procedures conform to PCB regulations (40 CFR 761).
2. Determine the current status of asbestos and if practices and procedures conform to asbestos regulations (40 CFR 61).
3. Determine the current status of aboveground storage tanks and underground storage tanks and if practices and procedures conform to applicable regulations.
4. Determine the current status of herbicides/pesticides and if current practices and procedures conform to regulations.
5. Determine the status of chemical storage areas with respect to procedures, Material Safety Data Sheets, training and storage practices.



SUBPOENA 1063RF EGG ITEM 15 5140770

# TOXIC AND CHEMICAL MATERIALS FINDINGS

## AUDIT FINDINGS:

| | |
|---|---|
| TCM/AF-1 | Improper Storage of Herbicides and Pesticides in Building 367 |
| TCM/AF-2 | Building 865 PCB Transformer |
| TCM/AF-3 | Lack of Proper Labels on PCB Waste Transport Vehicles |
| TCM/AF-4 | Underground Storage Tanks (USTs) Inadequate Spill and Overflow Control |
| TCM/AF-5 | Lack of Storage Dates on PCB Waste Drums |
| TCM/AF-6 | Lack of Adequate Secondary Containment at PCB Waste Storage Facility Buildings 884 and 776 |
| TCM/AF-7 | Inadequately Covered Asbestos in the Active Landfill |
| TCM/AF-8 | PCB Spill Cleanup |
| TCM/AF-9 | Annual PCB Reports |

## BEST MANAGEMENT PRACTICES:

| | |
|---|---|
| TCM/BMP-1 | Secondary Containment for Portable Aboveground Storage Tanks |
| TCM/BMP-2 | PCB Handling and Spill Remediation |
| TCM/BMP-3 | Lack of Proper Labeling of ASTs at Building 991 |
| TCM/BMP-4 | Lack of Secondary Containment for Building 551 Chemical Storage Area |
| TCM/BMP-5 | Lack of Secondary Containment for Permanent AST at Building 774 |
| TCM/BMP-6 | Improper Storage of Chemical Materials in Building 331 |



SUBPOENA 1063RF EGG ITEM 15 5140772

**Audit Discipline** Toxic and Chemical Materials (TCM)

**Audit Finding Number** TCM/AF-1

**Audit Finding Title** Improper Storage of Herbicides and Pesticides

**Audit Finding and Applicable Reference**

Pesticides and Herbicides are not being properly stored in Building 367. Examples of deficiencies that were observed by the Audit Team include:

1) Haphazard placement of herbicides and pesticides on top of drums, and on the floor in Building 367 has led to spills and releases of stored materials, including the release of dimethylthiuron disulfide (deer and rabbit repellent) onto the concrete floor of the building. This latter release was noted on July 11, 1989, during an inspection of the building by the Audit Team. The spilled material had been stored in a glass bottle in a cardboard box which was placed on top of a 55-gallon drum. The bottle burst due to high temperatures in the building, soaked and eventually weakened the cardboard box, which then fell to the floor. By the time the spill was discovered, the material had begun to corrode the concrete. The spill was cleaned up by site personnel on July 11, 1989, shortly after they were notified by the Audit Team. Additionally, several containers were being reused to store chemicals other then the original materials. These containers were relabeled but the original labels were unmarked and still readable. This practice could lead to the mixing and storage of incompatible materials.

2) During an inspection by the Audit Team on July 11 and 12, 1989, it was observed that a door was propped open, windows were unlocked and open, there was no fire extinguisher available in the building, the heating unit was inoperable, and there was no means to ventilate the building other then by opening the windows or doors.

**Applicable Citation and Requirements**

40 CFR 165.10, Federal Insecticide, Fungicide, and Rodenticide Act. This citation establishes requirements for storage of pesticides that are classed as highly toxic or moderately toxic. At least one material in Building 367, Tordon, is included in this definition. 40 CFR 165.10(c) states that pesticides should be stored in a dry, well ventilated, separate room, building or covered area where fire protection is provided. It is further stated that the entire storage area should be secured by a climb-proof fence, and doors and gates should be kept locked to prevent unauthorized entry.

**Recommendations**

1) The materials stored in Building 367 should be disposed of in an appropriate manner, and the building decommissioned. Herbicides and pesticides are currently applied at Rocky Flats Plant by a licensed contractor and there does not appear to be a need to store them on-site.



SUBPOENA 1063RF EGG ITEM 15 5140774

2) Until the building can be decommissioned, the doors and windows should be locked and secured. Adequate ventilation should be installed so that excess heat build-up does not cause chemical containers stored in the building to rupture. The door and windows should be inspected daily by site personnel to ensure the security of the building.

3) If the Rocky Flats Plant (RFP)identifies a need to store herbicides or pesticides on-site, a storage facility conforming to the requirements of 40 CFR 165.10 should be constructed.



SUBPOENA 1068RF EGG ITEM 15 5140825

Audit Discipline — Toxic and Chemical Materials

Audit Finding Number — TCM/AF-2

Audit Finding Title — Building 865 PCB Transformer

Audit Finding and Applicable Reference

Area labeling and flammable material requirements of 40 CFR 761 for PCB transformers (transformers with over 500 ppm PCB) are not being met.

The PCB transformer in Building 865 contains 891,000 ppm PCB (I-TCM-10). The unit is situated adjacent to a large pit area in Building 865 and supplies power to an EB furnace. Doors, hallways, and other means of access to the transformer are not labeled properly. An inspection of the area by the Audit Team, conducted during active maintenance operations, revealed paper trash adjacent to and beneath the transformer unit.

Applicable Citation and Requirements

40 CFR 761.30, Toxic Substances Control Act

> Combustible materials, including paper, must not be stored within five meters of a transformer enclosure.

40 CFR 761.40, Toxic Substances Control Act

> The vault door, machinery room door, hallway, or other means of access to a PCB transformer must be marked with the large yellow PCB Mark.

Recommendations

1) Doors, hallways, and other means of access to the transformer in Building 865 should be properly labeled with a yellow PCB warning label as required by 40 CFR 761.40.

2) Paper trash adjacent to and beneath the PCB transformer in Building 865 should be removed and the area within five meters of the unit be kept clear of combustible materials as required by 40 CFR 761.30. Signs should be posted in the immediate area of the transformer that require the area be clear of combustibles and state the regulations. Inspections by Plant Power should be conducted on a random basis.



SUBPOENA 1063RF EG&G ITEM 15 5140776

**Audit Discipline** Toxic and Chemical Materials

**Audit Finding Number** TCM/AF-3

**Audit Finding Title** Lack of Proper Labels on PCB Waste Transport Vehicles

**Audit Finding and Applicable Reference**

Vehicles which transport PCB wastes are not properly labeled.

There are no PCB labels on vehicles for the on-site transport of PCB waste containers at the Rocky Flats Plant (RFP) (I-TCM-9). The requirements of 40 CFR 761.40(a) state that vehicles loaded with containers that contain more than 45 kg (99.4 pounds) of PCBs in the liquid phase or with one or more PCB transformers, must have a yellow PCB label.

**Applicable Citation and Requirements**

40 CFR 761.40(a)

> Transport vehicles shall be marked on each end and side with the large yellow PCB Mark, if it is loaded with PCB containers that contain more than 45 kg (99.4 lbs.) of PCBs in liquid phase, or with one or more PCB transformers.

**Recommendations**

Vehicles that are being used to transport PCB containers or PCB transformers should be labeled with a yellow PCB label as required by 40 CFR 761.40(a).



SUBPOENA 1063RF EGG ITEM 15 5140778

**Audit Discipline** Toxic and Chemical Materials

**Audit Finding Number** TCM/AF-4

**Audit Finding Title** Underground Storage Tanks (USTs) - Inadequate Spill and Overflow Control

**Audit Finding and Applicable Reference**

There are no formal procedures in place to minimize the risk of spills and overflows during USTs transfer operations.

There are no formal procedures in place at the Rocky Flats Plant (RFP) for verification that the volume available in a UST is greater than the volume of product to be transferred, or to require that the transfer operation is constantly monitored.

Discussions with Building 331 personnel (I-TCM-3, I-TCM-4) indicated there were no written procedures to either govern the transfer of fuels into USTs, or require constant monitoring of the transfer operation.

**Applicable Citation and Requirements**

40 CFR 280.30: Spill and Overflow Control

> UST owners and operators must ensure (e.g., via formal measures) that the volume available in the tank is greater than the volume of product to be transferred to the tank before the transfer is made and that the transfer operation is monitored constantly to prevent overfilling and spilling.

**Recommendations**

1) Develop formal procedures for the transfer and monitoring of petroleum products in USTs.

2) Provide training in the specific procedures for transferring and monitoring of petroleum products.



SUBPOENA 1065RF EGG ITEM 15 5140780

**Audit Discipline** Toxic and Chemical Materials

**Audit Finding Number** TCM/AF-5

**Audit Finding Title** Lack of Storage Dates on PCB Waste Drums

**Audit Finding and Applicable Reference**

Storage of PCB-labeled waste drums does not meet the requirements of 40 CFR 761. Dates on which PCB wastes were placed in storage in Building 666, 884, 776, and Unit 1 are not noted on the drums. Log books maintained in the storage areas do not provide the date the PCB wastes were put into storage; they provide the date that the PCB material was taken "out of service".

Light ballasts suspected of containing PCBs were located in a PCB-labeled drum on the east dock of Building 334. The dock area does not have secondary containment. After review by the Audit Team, the drum of discarded light ballasts was moved to the storage shed adjacent to Building 334.

**Applicable Citation and Requirements**

The storage of PCB waste drums does not meet the requirements of 40 CFR 761.65(b)(8), Toxic Substances Control Act

> PCB Articles and PCB Containers shall be dated on the article or container when they are placed in storage. The storage shall be managed so that the PCB Articles or PCB Containers can be located by the date they enter storage. Storage containers shall have a record that includes for each batch of PCBs the quantity of the batch and the date the batch was added to the container. The record shall also include the date, quantity, and disposition of any batch of PCBs removed from the container.

40 CFR 761.60(vi)4, Toxic Substances Control Act

> Any PCB article, with PCB concentrations at 50 ppm or greater, shall be stored in accordance with 761.65 prior to disposal.

**Recommendations**

1) The drums of PCB wastes currently in storage and any drums of PCB wastes placed in storage in the future should be labeled with a permanent marker, noting the date they were placed in storage.

2) Written procedures specifying the PCB waste storage requirements of 40 CFR 761.65 should be developed and implemented.

3) A checklist should be posted at the entrance to each PCB waste storage area detailing the labeling and marking requirements for each drum and the information to be included in the waste area record or log book.

4) PCB-labeled containers should be stored in areas meeting the requirements of 40 CFR 761.65, or designated temporary storage areas. The requirements state that PCB Items may be stored in an area which does not meet the storage requirements for up to thirty days provided that a notation is attached to the container indicating the date the item was removed from service.



SUBPOENA 106388 EGG ITEM 15 5140783

**Audit Discipline** — Toxic and Chemical Materials

**Audit Finding Number** — TCM/AF-6

**Audit Finding Title** — Lack of Adequate Secondary Containment at PCB Waste Storage Facility Buildings 884 and 776

**Audit Finding and Applicable Reference**

Secondary containment structures for PCB waste drums in Building 884 and 776 do not meet the requirements for PCB storage facilities because the room in which the drums are located does not have six-inch curbing as required for PCB storage areas. The current two-inch curbing is employed at both Building 884 PCB waste storage area and both PCB waste storage areas in Building 776 (room 127 and room 227) is due to site criticality concerns.

**Applicable Citation and Requirements**

40 CFR 761.65(b)1, Toxic Substances Control Act

> The PCB storage facility shall have an adequate floor which has continuous curbing with a minimum six-inch high curb.

**Recommendations**

1) Since the radioactively-contaminated PCB waste drums currently in storage in Building 884 and both PCB storage areas in Building 776 do not meet the requirement for placement within secondary containment with six-inch curbing, RFP should contact the EPA, explain that criticality safety concerns conflict with the curbing requirement, and request a waiver. The waiver should be obtained in writing and a copy kept in Building 884.

2) A formal procedure should be issued to detail the permitted storage requirements for radioactively-contaminated PCB wastes. The procedure should state that the total volume of liquid PCB wastes stored in secondary containment with two-inch curbing shall not exceed the available volume of the containment.

**Audit Discipline** Toxic and Chemical Materials

**Audit Finding Number** TCM/AF-7

**Audit Finding Title** Inadequately Covered Asbestos in the Active Landfill

**Audit Finding and Applicable Reference**

Bags of asbestos-containing materials are not properly covered with soil upon disposal in the active landfill.

An inspection of the landfill revealed that several bags labeled "asbestos" (both intact and ripped), a boiler tank with exposed suspected asbestos, and suspected asbestos debris from the boiler tank were left exposed after the normal work shift was completed. The bags labeled "asbestos" and the suspected asbestos materials were not located in the area designated for asbestos disposal.

On June 23, 1989, the Audit Team observed bags labeled asbestos protruding from the landfill cover during working hours. Several of the bags were torn. Although the north portion of the landfill was designated and signed for asbestos, bags labeled asbestos were noted in other areas. Discussions with the equipment operator at the landfill (I-C-8) indicated his dozer does not allow him to go down slope to cover the waste so he pushes dirt over the edge of the slope. The operator was observed leaving the landfill at the end of his shift, leaving the bags of asbestos exposed. The situation was reported to the shift supervisor who indicated the bags would be covered that night.

On June 24, 1989, the Audit Team revisited the landfill. Cover material had been placed over the waste but approximately 7 bags remained uncovered. The shift supervisor was notified and sent someone out to cover the remaining bags.

On June 26, 1989, the Audit Team revisited the landfill after hours and observed that there were no exposed bags of asbestos. However, two large pieces of asbestos-insulated equipment had been pushed into the landfill. The units were badly damaged during the move, and several pieces of the insulation were scattered down a 100-foot path. This situation was reported to the shift supervisor. The landfill was revisited by the audit team on June 27 and July 10, 1989, and there were no signs of exposed asbestos.

**Applicable Citation and Requirements**

40 CFR 61.156, National Emission Standards for Asbestos, Active Waste Disposal Sites

Rocky Flats Plant Services Procedure Manual Sanitary Waste Disposal Procedure, No:TRK-19

"(c) Rather than meet the no visible emission requirement of paragraph (a) of this section, an active waste disposal site would be an acceptable site if at the <u>end of each operating day or at least once every 24-hour period while the site is in continual operation</u>, the asbestos-containing material which was deposited at the site during the operating day or previous 24-hour period is covered with either:

(1) At least 15 centimeters (6 inches) of compacted nonasbestos-containing material."



SUBPOENA 1063RF EG&G ITEM 15 5140786

The RFP procedure for disposal of asbestos states that the asbestos-containing material must be covered at the end of each working day and that the asbestos-containing material must be disposed of in the designated location.

The site asbestos disposal procedure, HS&E 21.03, in Section 3.2, states that all asbestos-containing-material waste must be sealed in containers. Broken or torn containers must be placed inside new containers before disposal. Section 3.6 states that Plant Services will completely cover the disposed waste daily. This cover shall be a minimum of six inches of depth.

## Recommendations

1) Incoming asbestos waste should be covered as soon as possible, no later than the end of the working day. Asbestos bags should be of a different color than other garbage bags for easy identification. Asbestos should be disposed of in an area apart from the remaining garbage, preferably in designated pits.

2) The lift height of the landfill should be decreased for better coverage of fill materials.

3) A compactor should be installed in order to reduce the volume of landfill materials prior to disposal.



SUBPOENA 1063RF EGG ITEM 15 5140787

**Audit Discipline** Toxic and Chemical Materials

**Audit Finding Number** TCM/AF-8

**Audit Finding Title** Polychlorinated Biphenyls (PCBs) Spill Cleanup

**Audit Finding and Applicable Reference**

Less than one gallon of dielectric fluid released during the failure of a pole-mounted transformer (identification number 370-022) on June 3, 1989, had a PCB concentration of 19 ppm (I-TCM-4). The soil near the asphalt under the failed unit was not excavated. In addition, the soil was not sampled to determine the presence or concentration of PCBs.

**Applicable Citation and Requirement**

40 CFR 761.125, Toxic Substances Control Act, requirements for clean-up of low-concentration spills which involve less than one pound PCBs by weight.

> All soils within the spill area (i.e., visible traces of soil and a buffer of one lateral foot around the visible traces), must be excavated and the ground restored to its original configuration by back-filling with clean soil (i.e., containing less than one ppm PCBs).
>
> Remediation must be completed within 48 hours after the owner of the equipment, facility, or other source of PCBs notified or made aware of the spill.

**Recommendations**

Previous PCB spills should be researched to determine if current levels of contamination exceed the levels set forth in the regulation. If no action has taken place with respect to remediation of previous PCB spill areas, the areas should be sampled to determine the concentration of PCBs and level of remediation required. The Rocky Flats Plant (RFP) should institute a PCB spill cleanup procedure based on the applicable requirements of 40 CFR 761.125.



SUBPOENA 1063RF EGG ITEM 15 5140788

**Audit Discipline** Toxic and Chemical Materials

**Audit Finding Number** TCM/AF-9

**Audit Finding Title** Annual PCB Reports

**Audit Finding and Applicable Reference**

Annual PCB reports prepared by RFP do not meet the requirements of 40 CFR 761.

The total weight of PCBs in kilograms in PCB containers in storage and the total weight of PCBs in kilograms of PCB contained in transformers are not included in the annual reports (TCM-8, TCM-10, TCM-11). The PCB transformer in Building 865 was not included in the annual PCB report until 1988 (TCM-8, TCM10, TCM-11).

**Applicable Citation and Requirements**

40 CFR 761.180(a), Toxic Substances Control Act

The following information for each facility shall be included in the annual document:

> Total weight in kilograms of any PCBs and PCB items in PCB containers.
>
> Total number of PCB transformers and total weight in kilograms of any PCBs contained in the transformers.

**Recommendations**

1) The concentration of PCBs in PCB containers and in the Building 865 PCB transformer must be determined and the total kilograms of PCBs calculated and included in the annual PCB reports as required by 40 CFR 761.180(a).

2) A formal procedure should be issued which details the requirements of 40 CFR 761.180(a) and includes example calculations of total weight, information on PCB densities with respect to concentration, and all applicable conversion factors.



SUBPOENA 1063RF EGG ITEM 15 5148290

**Audit Discipline** Toxic and Chemical Materials

**BMP Finding Number** TCM/BMP-1

**BMP Finding Title** Secondary Containment for Portable Aboveground Storage Tanks

**BMP Finding**

Portable storage tanks used for temporary storage and supply of solvents, acids, fuels, etc., do not have secondary containment. In the event of a spill or release from portable tanks, released material would not be contained and, depending on the location, could possibly migrate to nearby surface water. This would not be consistent with requirements of the Clean Water Act.

At the time of the audit, portable tanks without secondary containment were in service at the following locations:

1) Nitric acid tank west of Building 885.

2) Nitric acid tank north of Building 714.

3) Diesel fuel tank north of 776.

**Applicable BMP Recommendations**

Portable tanks should be provided with secondary containment to ensure against possible releases of toxic materials to surface waters.



SUBPOENA 1063RF EGG ITEM 15 5140792

**Audit Discipline** Toxic and Chemical Releases

**BMP Finding Number** TCM/BMP-2

**BMP Finding Title** Polychlorinated Biphenyls (PCBs) Handling and Spill Remediation

**BMP Finding**

Spill remediation equipment is not available on vehicles which transport PCB waste drums and containers (I-TCM-8). Site personnel responsible for handling and transporting PCB wastes have not been formally trained in PCB handling and spill response procedures (I-TCM-8, 11). In the event of a release of PCB waste material during transport, the material could not be adequately contained and remediation would be delayed until the appropriate spill response personnel are mobilized.

**Applicable BMP Recommendations**

Personnel involved in the transport of PCB wastes should be formally trained in PCB handling and spill response at the "first responder awareness" level. Appropriate spill containment and remediation equipment should be available on transport vehicles.



SUBPOENA 1083RF EGG ITEM 15 5140794

**Audit Discipline** Toxic and Chemical Materials

**BMP Finding Number** TCM/BMP-3

**BMP Finding Title** Lack of Proper Labeling on Aboveground Storage Tanks (ASTs) at Building 991

**BMP Finding**

There is no hazardous waste label on the inactive hazardous waste storage tank adjacent to Building 991.

Of the two 250-gallon aboveground storage tanks located adjacent to Building 991 used for collection and storage of hazardous waste, only one is in use at any one time. The tank in use is labeled as hazardous waste (I-TCM-22). Although the other tank contains residual hazardous wastes, the Rocky Flats Plant (RFP) considers it empty and does not label it as hazardous. The other tank, being "empty", is not labeled despite the fact it contains residual hazardous wastes.

**Applicable BMP Recommendations**

The "empty" tank should be labeled as hazardous waste.



SUBPOENA 1065FF EGG ITEM 15 5140796

**Audit Discipline** Toxic and Chemical Materials

**BMP Finding Number** TCM/BMP-4

**BMP Finding Title** Lack of Secondary Containment for Building 551 Chemical Storage Area

**BMP Finding**

Lack of secondary containment and spill cleanup capability in the chemical storage area of Building 551 could result in a release of chemical materials to the environment.

Bulk chemicals, such as 55-gallon drums of ferrous sulfate and methylene chloride, are stored adjacent to the west wall of Building 551 (I-TCM-27). The overhead doors in the west wall do not provide an adequate seal when closed, and spilled materials could be released to the environment.

Building 551 personnel have not been trained in spill cleanup and there are no spill kits in the building. Spill kits have been ordered and four building personnel will attend spill training within the next month.

**Applicable BMP Recommendations**

1) Ramp berms or flexible door thresholds should be installed for the overhead doors in the west side of Building 551.

2) A formal procedure should be issued which details the actions required if a spill were to occur in Building 551. This procedure should be posted in the chemical storage area of the building.

3) Building 551 personnel should be trained in spill cleanup and spill kits should be available in the building.

4) All chemical storage areas within the Rocky Flats Plant (RFP) should be inspected to verify that spill kits are available, cleanup procedures are in place, and that personnel training has been documented.

**Audit Discipline** — Toxic and Chemical Materials

**BMP Finding Number** — TCM/BMP-5

**BMP Finding Title** — Lack of Secondary Containment for Permanent Aboveground Storage Tank (AST) at Building 774

**BMP Finding**

The aboveground storage tank labeled "Building 774 Untreated Waste Storage Tank 207" does not have secondary containment. A release of untreated waste from the tank (approximate capacity of 15,000 gallons) could migrate downslope and enter Woman Creek. The tank was inactive at the time of the audit but could be activated in the future (although the site does not plan to activate it).

**Applicable BMP Recommendations**

In the event the Building 774 Untreated Waste Storage Tank 207 is placed back into service, secondary containment should be constructed. If the tank is not to be placed back into service, it should be decommissioned. The containment structure should be tested and approved for use prior to activation of the tank.

**Audit Discipline** Toxic and Chemical Materials

**BMP Finding Number** TCM/BMP-6

**BMP Finding Title** Improper Storage of Chemical Materials in Building 331

**BMP Finding**

The storage of flammable chemicals in a chemical cabinet located over a drain trough poses the potential for the release of chemicals to the sanitary sewer system.

A cabinet for the storage of flammable chemicals is located over the drainage trough in Building 331. The drainage trough is connected to the sanitary sewer system, which flows to the sewage treatment plant. Chemicals stored in the flammable chemical storage cabinet include spray cans of brake cleaner and cutting oils, plastic containers of diesel supplement (petroleum distillates), motor oil, and refrigerant oil.

**Applicable BMP Recommendations**

Relocate the chemical storage cabinet to an area away from the drainage trough.

# Section 7.0

# Radiation

# 7.0 - RADIATION

## SCOPE OF AUDIT

1. Evaluate the dose assessment methodology, the pathways, and radionuclides considered.

2. Evaluate the sampling and analysis procedures used for the analysis of radiological parameters in environmental samples.

3. Evaluate the laboratory quality assurance program governing the radiochemistry analyses.

4. Review the selection of radiological analytes in environmental media.

5. Review instrumentation, procedures, and adequacy of real-time monitors for atmospheric effluent streams.

6. Review and evaluate radwaste monitoring and classification procedures.

7. Review procedures to ensure that site practices satisfy Department of Transportation regulations pertaining to the shipment of radioactive materials and their implementation.

8. Review procedures to ensure that waste shipments satisfy radwaste site acceptance criteria.

9. Review air and soil monitoring programs to evaluate potential for contaminated soil on-site to migrate to offsite locations by saltation and resuspension.

10. Coordinate with air and water specialists to evaluate monitoring programs.

11. Coordinate with air and water specialists to evaluate effluent controls.

## RADIATION FINDINGS

### AUDIT FINDINGS:

| | |
|---|---|
| RAD/AF-1 | Calculation and Reporting of Radiation Dose Assessments |
| RAD/AF-2 | Quality Control Checks, Radwaste Classification/Characterization |
| RAD/AF-3 | Quality Assurance/Quality Control Practices for Radiochemistry Analyses (Building 123 HS&E) |
| RAD/AF-4 | Quality Assurance Deficiencies in the Chemistry Standards Laboratory - Building 881 |
| RAD/AF-5 | Quality Assurance/Quality Control Practices for Radiochemistry Analyses - 881 General Laboratory |

### BEST MANAGEMENT PRACTICES:

| | |
|---|---|
| RAD/BMP-1 | Control of 903 Pad Area |
| RAD/BMP-2 | Characterization of Soil Contamination |
| RAD/BMP-3 | Staging Areas for the Shipment of Radioactive Waste |

**Audit Discipline** Radiation

**Audit Finding Number** RAD/AF-1

**Audit Finding Title** Calculation and Reporting of Radiation Dose Assessments

**Audit Finding and Applicable Reference**

The assessment of the Rocky Flats Plant (RFP) contribution to the public radiation dose, as reported in the Site Environmental Report for 1987 (RAD-1), does not fully address all potential exposure pathways and radionuclides.

The reported assessments address the maximum site-boundary dose, the maximum community dose, and the estimated individual 80-kilometer dose estimate. The site-boundary dose calculation considers the inhalation, drinking water ingestion, and ground-plane irradiation pathways. The community and 80-kilometer dose calculations consider the inhalation pathway. The report states that other pathways (e.g., swimming, ingestion of foodstuffs, drinking water ingestions, and ground-plane irradiation at community locations) are insignificant but there is not sufficient information provided to support this statement. During interviews, RFP staff (I-RAD-7) provided adequate technical justification for not including all pathways in the actual calculations, but no formal documentation exists to demonstrate that the assessment includes all significant dose contributors.

The dose assessments for plutonium are based on the assumption that the isotopic ratios are identical to that reported in the 1980 Environmental Impact Statement, Rocky Flats Plant Site, DOE/EIS-0064. It has not been verified that these ratios are valid for the materials currently being processed at the RFP. It is also assumed (for the air pathway) that the americium-241 activity in air is 20% of the alpha-emitting plutonium activity because this is the highest americium-to-plutonium ratio that may be present in the RFP plutonium from the decay of plutonium-241. However, it is not clear that this assumption is valid because some processes at the RFP separate plutonium and americium and the latter may be released independently of the former. In addition, because of chemical dissimilarities, these elements may separate in the environment.

The dose assessment calculations do not address the same radionuclides for all pathways. As an example, the air pathway addresses plutonium and americium-241 while the drinking-water pathway also includes uranium isotopes.

There is no estimate provided of the collective effective dose equivalent to the population within a distance of 80 kilometers from the site.

The discussion of the dose assessment in the 1987 Environmental Monitoring Report (RAD-1) is not clearly written and it is difficult to follow the logic used in preparing the assessment.

**Applicable Citation and Requirements**

- "Clarification of Applicable Radiation Protection Standards for the Public and the Environment," Memorandum to Distribution from John Tseng, Acting Director, Office of Environmental Guidance and Compliance, U.S. Department of Energy, November 4, 1987.

- "Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities," Memorandum to Distribution from W. A. Vaughan, Assistant Secretary, Environment, Safety, and Health, U.S. Department of Energy, August 5, 1985.

- DOE Order 5484.1, Chapter 3 (Draft).

These documents establish interim standards to be used until the final DOE Orders are promulgated. These interim standards require that DOE facilities assess the potential facility contribution to the effective dose equivalent received by individual members of the public as well as the collective dose equivalent to the population within a distance of 80 kilometers from the site. These standards further require that the dose assessments include all pathways and be as accurate and realistic as the data allow. The dose assessments are to be included in the annual environmental monitoring report.

Recommendations

1) Include all pathways and RFP-related radionuclides in the dose assessment by either calculating potential doses or providing adequate information to support conclusions that certain pathways or radionuclides are not significant dose contributors. This may be included in a referenceable addendum or in the text of the annual environmental monitoring report.

2) Verify that the assumed plutonium isotopic ratio is representative of materials that presently have the potential to be released from the RFP site.

3) Institute analysis of ambient air samples for americium-241 and uranium isotopes. Base the americium-241 dose assessments on actual monitoring data rather than assumed concentration ratios.

4) Assign a technical writer to edit and revise the dose assessment section to improve the clarity of the discussion.

5) Initiate collection and analysis of foodstuffs to allow dose assessments if sufficient documentation is not available to demonstrate that their ingestion is not a significant dose contributor.

| | |
|---|---|
| Audit Discipline | Radiation |
| Audit Finding Number | RAD/AF-2 |
| Audit Finding Title | Quality Control Checks - Radwaste Classification/ Characterization |

Audit Finding and Applicable Reference

The existing quality control practices associated with the radioanalyses for the classification and characterization of radioactive wastes are not sufficient to fully demonstrate the validity of the analytical data This finding applies to analyses conducted using the passive active drum counter, the segmented gamma scanner, and the low specific activity counter. These systems are used to determine whether containerized excess materials are to be defined as residues, transuranic wastes, or low-level wastes, and to quantify the activity in the drums. Two deficiencies were noted:

1) There is no internal intercomparison program in place to allow an evaluation to be made of the consistency of analyses between analytical systems. Consequently, there is insufficient documentation to indicate that all systems would produce the same results. Safeguards Measurements is in the planning stages of an internal intercomparison program called the "Non-destructive Assay (NDA) Accuracy Verification Program". In addition, DOE does not have a system-wide intercomparison program to ensure consistency between facilities. RFP personnel have stated that such a system is under consideration (I-RAD-28).

2) There are no formal written acceptance criteria for the evaluation of system-performance in the analysis of the routine "Measurement Control Standards (MCS). Consequently, there is no assurance that the system performance is consistently evaluated. Safeguards Measurements has an action plan to improve the system used to review the MCS results, including an interactive/on-line capability that will allow the generation and use of control charts, and the development of formal acceptance criteria (I-RAD-28).

Applicable Citation and Requirements

DOE Order No. 5820.2A, Radioactive Waste Management. This order establishes the requirement for the classification and characterization of transuranic and low-level radioactive wastes, including the specific requirements for a quality assurance program that satisfies the requirements of "American National Standards Institute/American Society of Mechanical Engineers, Nuclear Quality Assurance-1 (ANSI/ASME NQA-1). Included in NQA-1 are requirements to assess the accuracy and precision of analytical measurements.

Recommendations

1) Expedite the implementation of the planned NDA Accuracy Verification Program.

2) Expedite the action plan for the development of formal acceptance criteria for the MCS results.

3) Encourage the development of a DOE-wide interfacility intercomparison program for waste-analysis systems.

**Audit Discipline** Radiation

**Audit Finding Number** RAD/AF-3

**Audit Finding Title** Quality Assurance/Quality Control Practices for Radiochemistry Analyses (Building 123 HS&E)

**Audit Finding and Applicable Reference**

The quality assurance and quality control practices for radiochemistry analyses in the Building 123 HS&E Laboratory do not conform to generally accepted practices. Consequently, the laboratory cannot adequately verify the validity of analytical results. Among the deficiencies observed are:

1) The frequency of analysis and types of quality control (QC) samples are not clearly defined. The laboratory does not analyze any portion of its samples in duplicate, there is no set requirement for the frequency of blank analyses for all samples, and control standards are not used on a routine basis (I-RAD-14, 15, 16, 18).

2) Instrument and analytical control charts are not used (I-RAD-14, 15, 16, 18).

3) There are no current formal procedures for the operation, calibration, or routine performance testing for radioanalytical instrumentation (I-RAD-14, 15, 16, 18).

4) There are no formal, written acceptance criteria for quality control and critical analytical parameters such as blank contamination, chemical yields, and control sample performance (I-RAD-14, 15, 16, 18).

5) The laboratory does not perform regular instrument performance checks on the gamma spectrometry systems, such as efficiency, peak resolution, or peak shape (I-RAD-16).

6) Alpha spectrometer checks are conducted only on a monthly basis . (I-RAD-14).

7) Protective coverings are not used in the interior of gamma spectrometer detector chambers or around sample containers during counting. This enhances the potential for detector contamination (I-RAD-16).

8) Comprehensive instrument logbooks are not routinely used for the alpha spectrometers or the gamma spectrometers (I-RAD-16).

9) Laboratory procedures do not reflect current practices (I-RAD-14, 15, 16, 18).

10) The pipet calibration checks for the preparation of tritium samples are based on the transfer of multiple aliquots to a graduated cylinder. This is not an accurate method (RAD-36).

11) There is no formal procedure or requirement for the validation of computer software used for analytical calculations (I-RAD-16).

12) The laboratory does not have a comprehensive quality assurance program governing radiochemical analyses in the HS&E Laboratory (I-RAD-14, 15).

13) See Findings RAD/AF-4, RAD/AF-5, QA/AF-1, and QA/AF-2 for related findings.

Applicable Citation and Requirements

"Clarification of Applicable Radiation Protection Standards for the public and the Environment," Memorandum to Distribution from John Tseng, Acting Director, Office of Environmental Guidance and Compliance, U.S. Department of Energy, November 4, 1987.

"Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities," Memorandum to Distribution from W. A. Vaughan, Assistant Secretary, Environment, Safety, and Health, U.S. Department of Energy, August 5, 1985.

DOE Order 5484.1, Chapter 3 (Draft)

These documents establish interim standards to be used until the final DOE Orders are promulgated. These interim standards require that DOE facilities assess the potential facility contribution to the effective dose equivalent to the population within a distance of 80 kilometers from the site. These standards further require that the dose assessments include all pathways. Dose assessments are based on measured releases of radionuclides and environmental monitoring programs. A formal comprehensive laboratory quality assurance program is necessary to ensure and document that radiochemistry data are accurate, precise and defensible. The need for such programs is explained and guidance for their development provided in numerous documents, including:

Establishing a Quality Assurance Program for Analytical Chemistry Laboratories within the Nuclear Industry, ASTM C1009-83.

Manual for the Certification of Laboratories Analyzing Drinking Water, EPA-570/9-82-002, October, 1982.

Handbook for Analytical Quality Control in Radioanalytical Laboratories, L.Kanipe, U.S. Environmental Protection Agency, 1977,EPA-600/7-77-088.

Evaluation of Internal Control Measurements in Radioassay, Health Physics, A. S. Goldin, September 1984, Pages 361-374.

Quality Assurance for Radiological Monitoring Program (Normal Operations), Effluent Streams and the Environment, U. S. Nuclear Regulatory Commission, Regulatory Guide 4.15.

Principles of Quality Assurance of Chemical Measurements, J.K. Taylor National Bureau of Standards, NBSIR-85/3105, February 1985.

Performance and Design Criteria for Systems Used in DOE Facilities to Sample and Measure Airborne Radionuclide Emission to Comply with 40 CFR 61, Subpart H, U.S. Department of Energy, January 1986, DOE EH (issued for comment).

A Guide for Effluent Radiological Measurements at DOE Installations, U.S. Department of Energy.

**Recommendations**

1) Clearly define the types and frequency of quality control analyses in either the analytical procedures or in a separate QC procedure. Types of QC analyses should include method blanks, duplicate, and control samples. The frequency of analysis must be sufficient to demonstrate accuracy and precision of the analyses.

2) Institute the use of control charts. Develop written procedures to prepare, use, and evaluate instrument and analytical control charts. Include analysis of trends in the evaluation portions.

3) Prepare formal procedures for the operation, calibration, and performance testing of all major instruments.

4) Develop written acceptance criteria for all quality control analyses and critical analytical parameters.

5) Develop procedures to require regular performance checks on all instruments to the extent practical. These should be performed on a daily basis or whenever instruments are in use.

6) Use protective coverings in the detector chamber or around samples during gamma counting.

7) Institute the use of instrument logbooks.

8) Update all analytical procedures to reflect current practices.

9) Develop a procedure for the calibration of pipets using calibrated balances.

10) Develop formal procedures for the validation of software used for analytical calculations.

11) Develop a comprehensive quality assurance program and implementation procedures, for the radiochemistry analyses, in conformance with the guidance of ASTM C1009.

12) Provide all personnel with QA/QC training. Chemists and supervisory personnel should receive additional training in the philosophy of QA and the development and evaluations of QA/QC programs.

13) Coordinate with the Building 881, General Laboratory and the Chemistry Standards Laboratory to develop a quality assurance program and procedures for radiochemistry analyses to make more efficient use of development time and ensure that the laboratories have consistent procedures and requirements.

14) See Findings RAD/AF-4, RAD/AF-5, QA/AF-1, and QA/AF-2 for related recommendations.

**Audit Discipline** Radiation

**Audit Finding Number** RAD/AF-4

**Audit Finding Title** Quality Assurance Deficiencies in the Chemistry Standards Laboratory (Building 881)

**Audit Finding and Applicable Reference**

The quality assurance/quality control practices in the Chemistry Standards Laboratory (CSL) may not be adequate to document the validity of the radiological reference standards prepared by the laboratory. This laboratory prepares reference standards for use by the environmental radiological laboratories, for instrument calibrations, as internal tracers, and for the preparation of control standards. The laboratory also prepares standards for use in the Rocky Flats Plant (RFP) Interactive Measurement Evaluation and Control System. Because of these relationships, the validity of the data produced by the RFP Environmental Monitoring Program is dependent upon the ability of the CSL to document the accuracy of the standards it produces. The deficiencies noted in the CSL's quality assurance/quality control practices include:

1) Existing laboratory procedures do not reflect current practices. The CSL is in the process of revision, but does not have the resources to complete the revisions in a timely manner (I-RAD-30,31).

2) The laboratory does not check the activity of standards prepared from certified or NBS-traceable solutions (I-RAD-30,31).

3) The frequency and type of instrument quality control checks is not clearly defined, and there are no formal written acceptance criteria for the results of these checks (I-RAD-30,31).

4) The laboratory does not use control charts to track counting-instrument performance.

**Applicable Citation and Requirements**

"Clarification of Applicable Radiation Protection Standards for the public and the Environment," Memorandum to Distribution from John Tseng, Acting Director, Office of Environmental Guidance and Compliance, U.S. Department of Energy, November 4, 1987.

"Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities," Memorandum to Distribution from W. A. Vaughan, Assistant Secretary, Environment, Safety, and Health, U.S. Department of Energy,
August 5, 1985.

DOE Order 5484.1, Chapter 3 (Draft)

These documents establish interim standards to be used until the final DOE Orders are promulgated. These interim standards require that DOE facilities assess the potential facility contribution to the effective dose equivalent to the population within a distance of 80 kilometers from the site. These standards further require that the dose assessments

include all pathways. Dose assessments are based on measured releases of radionuclides and environmental monitoring programs. A formal comprehensive laboratory quality assurance program is necessary to ensure and document that radiochemistry data are accurate, precise and defensible. The need for such programs is explained and guidance for their development provided in numerous documents, including:

Establishing a Quality Assurance Program for Analytical Chemistry Laboratories within the Nuclear Industry, ASTM C1009-83.

Manual for the Certification of Laboratories Analyzing Drinking Water, EPA-570/9-82-002, October, 1982.

Handbook for Analytical Quality Control in Radioanalytical Laboratories, L.Kanipe, U.S. Environmental Protection Agency, 1977, EPA-600/7-77-088.

Evaluation of Internal Control Measurements in Radioassay, Health Physics, A. S. Goldin, September 1984, Pages 361-374.

Quality Assurance for Radiological Monitoring Program (Normal Operations), Effluent Streams and the Environment, U. S. Nuclear Regulatory Commission, Regulatory Guide 4.15.

Principles of Quality Assurance of Chemical Measurements, J.K. Taylor National Bureau of Standards, NBSIR-85/3105, February 1985.

Performance and Design Criteria for Systems Used in DOE Facilities to Sample and Measure Airborne Radionuclide Emission to Comply with 40 CFR 61, Subpart H, U.S. Department of Energy, January 1986, DOE EH (issued for comment).

A Guide for Effluent Radiological Measurements at DOE Installations, U.S. Department of Energy.

Verification of Analytical Performance, CY-702, Institute of Nuclear Power Operations.

<u>Recommendations</u>

1) Expedite the preparation of revised procedures that reflect current practices.

2) Check the activity of 10 percent of all reference standards using a counting system calibrated with NBS-certified sources (primary or secondary standards).

3) Clearly define in either instrument operation procedures, or in a separate instrument quality control procedure, the type and frequency of instrument performance checks to be used.

4) Initiate the use of control charts. Prepare a procedure for the use, preparation, and evaluation of control charts.

5) Coordinate with the 881 General Laboratory and the HS&E Laboratory to cooperatively develop common procedures for quality assurance/control, instrument operations, and other laboratory activities, as appropriate.

**Audit Discipline** Radiation

**Audit Finding Number** RAD/AF-5

**Audit Finding Title** Quality Assurance/Quality Control Practices for Radiochemistry Analyses (881 General Laboratory)

**Audit Finding and Applicable References**

The quality assurance and quality control practices for radiochemistry analyses in the 881 General Laboratory may not be adequate to document the validity of the analytical data. Among the deficiencies observed are:

1) The frequency of analysis and types of quality control (QC) samples are not clearly defined for all analytical procedures. Procedures may specify that QC samples be run with every set but "set" is not quantified in all procedures. This is better defined in procedures revised within the last year, but older procedures are not clear. Procedural requirements for the analysis of method blanks, duplicates and control standards are inconsistent; some procedures require such analyses while others do not (RAD-26, 27, 28, and 31).

2) There are no written procedures or formal criteria for the preparation, use, or evaluation of instrument or analytical control charts (I-RAD-8 and I-RAD-13).

3) Control charts are not evaluated for trends that may indicate slowly changing system performance or subtle changes used for environmental level samples (I-RAD-8 and I-RAD-13).

4) There are no formal procedures for the operations, calibration, or daily performance testing for the alpha spectrometers and the gross alpha/beta counters (I-RAD-8 and I-RAD-13).

5) There are no formal, written acceptance criteria for many quality control or critical analytical parameters such as blank contamination, chemical yields, duplicate analyses, and control sample performance (I-RAD-8 and I-RAD-13).

6) Duplicate analyses have not been correctly used in some cases. Because of difficulties in performing the americium-241 analytical procedures, the laboratory must often repeat the analyses. In order to preserve samples to permit this, the laboratory is conducting fewer than 10 percent of the analyses in duplicate, as required by the procedure. This is not viewed by laboratory personnel as a non-conformance to the procedure because of an intent to increase the frequency of duplicate analyses. Upon resolution of the analytical problems, the duplicate frequency will be increased so that 10 percent of all analyses for the calendar quarter will be duplicates. The concept behind the use of duplicates is to have a consistent, routine measure of the analytical precision. This requires that duplicates be uniformly distributed throughout the sample load (I-RAD-13).

7) There is no formal procedure or requirement for the validation of computer software used for analytical calculations (I-RAD-8).

8) The laboratory does not have comprehensive procedures for the implementation of a quality assurance program governing radiochemical analyses in the 881 General Laboratory (I-RAD-8 and I-RAD-13).

9) See Findings RAD/AF-3, RAD/AF-4, QA/AF-1, and QA/AF-2 for related quality assurance findings.

Applicable Citation and Requirements

Interim Guidelines and Specifications for Preparing Quality Assurance Plans: EPA-QAMS-005/80.
Guidelines for Specifications for Preparing Quality Assurance Program Plans: EPA-QAMS-004/80.
Strategy for the Implementation of the EPA's Mandatory Quality Assurance Program: EPA-QAMS-001/80.

DOE Order 5700.6B, Quality Assurance.

40 CFR 136.2, Guidelines establishing test procedures for the analysis of pollutants.

"Clarification of Applicable Radiation Protection Standards for the public and the Environment," Memorandum to Distribution for John Tseng, Acting Director, Office of Environmental Guidance and Compliance, U.S. Department of Energy, November 4, 1987.

"Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities," Memorandum to Distribution from W. A. Vaughan, Assistant Secretary, Environment, Safety, and Health, U.S. Department of Energy, August 5, 1985.

DOE Order 5484.1, Chapter 3 (Draft)

A formal comprehensive laboratory quality assurance program is necessary to ensure and document that analytical data are accurate, precise and defensible. The need for such programs is explained and guidance for their development provided in numerous documents, including:

Establishing a Quality Assurance Program for Analytical Chemistry Laboratories within the Nuclear Industry, ASTM C1009-83.

Manual for the Certification of Laboratories Analyzing Drinking Water, EPA-570/9-82-002, October, 1982.

Handbook for Analytical Quality Control in Radioanalytical Laboratories, L.Kanipe, U.S. Environmental Protection Agency, 1977,EPA-600/7-77-088.

Evaluation of Internal Control Measurements in Radioassay, Health Physics, A. S. Goldin, September 1984, Pages 361-374.

Principles of Quality Assurance of Chemical Measurements, J.K. Taylor
National Bureau of Standards, NBSIR-85/3105, February 1985.

Handbook for Analytical Quality Control in Water and Wastewater Laboratories: EPA/600/06.



SUBPOENA 1083RF EGG ITEM 15 51408821

Sampling and Chemical Analysis Quality Assurance Program of U.S. Army Toxic and Hazardous Materials Agency, April 1982. Department of the Army, U.S. Army Toxic and Hazardous Materials Agency, Aberdeen Proving Ground, MD 21010.

**Recommendations**

1) Develop implementation procedures for a quality assurance program, for radiochemistry analyses, to conform with the guidance of ASTM C1009.

2) Prepare formal procedures for the operation, calibration, and performance testing of all major instruments.

3) Clearly define the types and frequency of quality control analyses in either the analytical procedures or in a separate QC procedure. Types of QC analyses should include method blanks, duplicates, and control samples. The frequency of analysis must be sufficient to demonstrate accuracy and precision of the analyses.

4) Develop written acceptance criteria for all quality control analyses and critical analytical parameters.

5) Develop written procedures to prepare, use, and evaluate instrument and analytical control charts. Include analysis of trends in the evaluation portions.

6) Develop formal procedures for the validation of software used for analytical calculations.

7) Provide all laboratory personnel with QA/QC training. Chemists and supervisory personnel should receive additional training in the philosophy of QA and the development and evaluations of QA/QC programs.

8) Coordinate with the HS&E Laboratory and the Chemistry Standards Laboratory to develop a quality assurance program and procedures for radiochemistry analyses to make more efficient use of development time and ensure that the laboratories have consistent procedures and requirements.

9) See Findings RAD/AF-3, RAD/AF-4, QA/AF-1, and QA/AF-2 for related quality assurance recommendations.

| | |
|---|---|
| **Audit Discipline** | Radiation |
| **BMP Finding Number** | RAD/BMP-1 |
| **BMP Finding Title** | Control of 903 Pad Area |

**BMP Finding**

Access to the 903 pad area is not well controlled and there is no indication of the hazard in the area. The area is fenced with only double-strand barbed wire which has ungated openings. The fence is marked with small "keep out" signs that are rusted and difficult to read. There was one additional sign observed that included the statement to notify Environmental Management for information; however, this sign is also rusted and difficult to read. There are no signs present to warn of potential hazards or explain the potential for transuranic contamination. Two piles of soil and rock debris were observed within the fenced area; during interviews (I-RAD-4) Environmental Management personnel could not identify the source of the material.

A work order (RAD-23) was issued by the RFP on June 1, 1989 for improved fences and signs, but the improvements had not been implemented by June 26, 1989. In addition, the proposed signs do not indicate the nature of the hazard or indicate an individual or organization to call for information.

**Applicable BMP and Recommendations**

1) Areas that have the potential for radioactive contamination should be clearly marked and have access control, in order to prevent contamination of individuals and equipment and to prevent the spread of contamination. This is consistent with the concept of ALARA (as low as reasonably achievable).

2) Installation of the planned fence and signs should be expedited.

3) Additional signs explaining the nature of the potential hazard and naming the organization responsible should be posted in the area.

**Audit Discipline** Radiation

**BMP Finding Number** RAD/BMP-2

**BMP Finding Title** Characterization of Soil Contamination

**BMP Finding**

Land in the vicinity of and to the east of the 903 pad is known to be contaminated with low levels of plutonium and americium-241, but the contamination has not been well characterized (RAD-1 through 6). Although the area has been sampled in the past, and routine sampling is conducted annually (RAD-1 through 6), there has been no attempt made to accurately characterize the levels and extent of contamination since a limited effort in the early 1970s (I-RAD-4). The existing data are not adequate to characterize the current status of the contaminated areas. The RFP has proposed sampling of the on-site soils in this area as a part of the site remediation effort (IWS-54).

**Applicable BMP and Recommendations**

Areas containing radionuclide contamination need adequate characterization for effective management to control the spread of contamination and minimize radiation exposure of individuals. The RFP should proceed with the planned sampling effort.



SUBPOENA 1063RF EGG ITEM 15 5140826

**Audit Discipline** Radiation

**BMP Finding Number** RAD/BMP-3

**BMP Finding Title** Staging Areas for the Shipment of Radioactive Waste

**BMP Finding**

The Waste Storage and Shipping Facility (Building 664) does not have a dedicated staging area for radioactive waste shipments. This situation may lead to delays in the staging of shipments, and increase the potential for nonconformances with shipping requirements.

Building 664 is currently being used for the storage, staging and shipment of TRU-mixed, pondcrete, and low-level radioactive wastes. Because of space limitations there is no area that is dedicated for the exclusive purpose of staging pondcrete and low-level waste shipments. Consequently, it is necessary to rearrange waste containers in order to prepare wastes to be loaded onto trailers for shipment. In addition, containers not intended for inclusion with a given shipment are occasionally stored in proximity to those that are to be shipped. Concern was expressed by a Rocky Flats Plant manager that the need to rearrange drums to prepare an area for staging may lead to potential safety hazards and delays in the shipment of wastes (I-RAD-12). In addition, concern has been expressed that the storage of waste in the proximity of containers designated for shipment may result in some wastes being improperly loaded with a shipment, although this is not known to have occurred (I-RAD-22).

The RFP is investigating the possibility of establishing a separate staging area for the shipment of pondcrete (I-RAD-12).

**Applicable BMP and Recommendations**

Dedicated waste shipment staging areas are beneficial in expediting the shipment of waste by minimizing the additional time required for unnecessary moving of containers. Such an exclusive area also aids in avoiding the intermingling of drums intended for storage with those being staged for shipment.

1) The RFP should establish a dedicated exclusive radioactive waste staging area in Building 664. Adequate space may be obtained by either reducing the quantities of materials stored in the building or adding an expansion.

2) The RFP should expedite investigations and plans to establish a separate staging area for pondcrete.



SUBPOENA 1063RF EGG ITEM 15 5140828