EXHIBIT 27

Internal Letter

Rockwell International

Date: July 7, 1989

No:

TO (Name, Organization, Internal Address)

S. F. Iacobellis
D/710 001-A11
Aerospace Operations
El Segundo

FROM (Name, Organization, Internal Address, Phone)

D. J. Sanchini
Rocky Flats Plant
ROK 024
(303) 966-4361

SUBJECT: ROCKY FLATS PLANT BI-WEEKLY STATUS REPORT

This report is the first of a series of bi-weekly status reports covering initiatives and accomplishments, information and DOE support of Rockwell operations at the DOE, Rocky Flats Plant in Golden, Colorado. The report was suggested by Admiral Watkins in the June 23, 1989 meeting with Don Beall and Sam Iacobellis. As requested by him, a copy of this report is to be transmitted to Admiral Watkins through the DOE, Rocky Flats Office Manager, E. S. Goldberg. The Admiral has encouraged Rockwell to solicit his assistance, where appropriate, to help solve institutional problems.

INITIATIVES AND ACCOMPLISHMENTS

On June 27, 1989, Chairman and Chief Executive Officer for Rockwell, D. R. Beall, established a Rocky Flats Overview Board to enhance senior Rockwell management visibility into all aspects at the Rocky Flats Plant. Meetings of the Board will be held monthly or as called by the Chairman, S. F. Iacobellis. The first meeting of the Overview Board was held at Rocky Flats on June 29, 1989. The next meeting will be held July 26, 1989 at the Rocky Flats Plant. The meeting agenda will consist of presentations by Rocky Flats Specialists on the status of health, safety and environmental programs. In addition, the Overview Board will review the findings resulting from the Rocky Flats Task Team reviews.

On June 27, 1989, S. F. Iacobellis, President, Aerospace Operations, established a Rocky Flats Waste Management and Environmental Protection Task Team as an advisory body to the President, Rocky Flats Plant. The Task Team will make independent assessments in the subject areas and report findings and recommendations to the President, Rocky Flats Plant and to the President of Aerospace Operations. The Task Team also met at the Rocky Flats Plant for a full day review on June 29, 1989 along with S. F. Iacobellis, G. W. Jeffs, Executive Vice President for Strategic Defense & Technology, R. W. Bohlen, Sr. Vice President, Operations, and T. D. Sumrall, Vice President, Human Resources. Presentations were made by Rocky Flats Specialists and preliminary recommendations were addressed in areas of waste and environmental

S. F. Iacobellis
Page 2
July 7, 1989

protection. On July 6, 1989, Dr. D. C. Gibbs, the Task Team Chairman, was at the Rocky Flats Plant to review plans with Plant Management for the Task Team activities. It is planned that the Task Team will meet at Rocky Flats at least two full days of every week, starting the week of July 10, 1989.

Dr. D. C. Gibbs, W. J. Roberts, A. J. Bjorklund, and E. A. Center from the Corporate Rocky Flats Task Team and S. F. Iacobellis and D. J. Sanchini met with PRMP/DOE Project Manager Don Riley and senior representatives from LANL, including Paul Cunningham, to discuss the need for integration of the Pu Recovery Specialists from all agencies into the PRMP management team. Further discussions were held on July 5, 1989 with Don Riley, Paul Cunningham and Dom Sanchini. Resolution of this problem is expected by July 10, 1989.

In response to a DOE finding that DOE visitor's dosimeters were not being returned as required at the completion of a visit, an investigation was undertaken to determine the reason for this problem. That review found that the DOE at Rocky Flats had undertaken the responsibility for obtaining visitor dosimeters from Rockwell and issuing them to their visitors after the visitor signed a form noting acceptance and the responsibility to return the dosimeter on leaving the site. To avoid any future problems, however, a new policy has been issued initiating an improved system for return of dosimeter badges after the completion of the visit to Rocky Flats (see attachment).

Production delivery requirements for the month of June were accomplished with 100 percent performance.

INFORMATION

The DOE has requested that the 1601 cubic yard RCRA TRU mixed waste storage limit be viewed as a "Tech Spec" which will not be exceeded. The letter directs that Rocky Flats Plant operations be shutdown 120 days prior to reaching the 1601 cubic yard limit. This period, of low waste generation, would then allow DOE time to search for alternative storage or shipment plans.

In order to utilize fully the TRU mixed waste permitted space within buildings, certain changes (such as higher stacking) are necessary and require approvals (criticality, safety). Preliminary estimates are that with minimum stacking, the existing building space will be full in December 1989; with optimum stacking, the buildings will be full by approximately March 1990. Rockwell Criticality and Safety Engineers are in the process of determining the level of optimum stacking that can be allowed in the storage areas.

S. F. Iacobellis
Page 3
July 7, 1989

The Government investigators conducting the search left plant site on June 24, 1989. Since that date, at the request of the U. S. Attorney, Mike Norton, a Federal District Court has authorized a special grand jury to be empaneled on August 1, 1989 to consider the Rocky Flats Government investigation.

The Rocky Flats Plant Waste Characterization Plan, which was originated in late 1986, will now be revised to reflect the elimination of some waste streams and the introduction of new processes.

DOE Oversight Teams are at Rocky Flats conducting comprehensive environmental audits. Although no official findings have been released, the preliminary indications from Ed Goldberg, as of June 30, 1989, are that there are no "show stoppers" being uncovered. A status report debriefing was presented to Dom Sanchini on July 7, 1989 by the DOE Team Leader Mark Gilbertson.

A team of approximately six personnel from DOE, Headquarters, arrived on site July 5, 1989 to conduct an audit of Rocky Flats Plant compliance with the National Environmental Policy Act (NEPA).

On July 5, 1989, E. S. Goldberg wrote a letter describing unsafe practices DOE had witnessed on outside work of excavation and construction of platforms. Rockwell was directed to halt construction jobs of this nature until the Rocky Flats Office was assured that the work could be accomplished in a safe manner. The Safety, Support Organizations and the major onsite construction contractor, J. A. Jones, met and developed a plan which was presented to DOE on the next day, July 6, 1989. With modifications suggested by the DOE and a resubmittal on July 7, 1989, Rockwell was authorized to restart construction projects on July 10, 1989.

DOE SUPPORT

On June 30, 1989, Rockwell submitted a request for supplemental FY 89 and FY 90 funding to support the agreement between DOE and the State of Colorado concerning health, safety and environmental actions and the additional effort required in support of the continuing Government investigation. This proposal requested immediate approval of approximately 50 personnel and $6.5M for FY 89 alone.

On July 5, 1989 a proposal for additional capital and expense funding was submitted for near term improvements in Health, Safety & Environmental Programs in support of Secretary Watkins' ten point initiatives. The initial rough order of magnitude estimates for FY '90

S. F. Iacobellis
Page 4
July 7, 1989

include the need to add approximately 1,000 personnel, and add funding of ~ $200M in operating expense and ~ $175M in capital. Improvements recommended include major items such as accelerated training to meet requirements of the yet to be released DOE 5480.XX, improvements in operational surety to provide disciplined operations such as exists in commercial nuclear reactor facilities, increased operations in Pu recovery facilities to reduce residue backlog, continued acceleration in environmental restoration and waste reduction and an accelerated program to reduce maintenance backlog and improve preventive maintenance.

Since January, 1989 we have been submitting a monthly report identifying the employees at Rocky Flats awaiting DOE clearances. As of July 5, 1989, there are 207 employees awaiting clearances, 80 of which are over eight months. In addition, expedited clearances will be requested for C. Harff, R. Reisenweber and J. Tucker to support the Overview Board and Task Team efforts.

A major effort in June has been the acceleration of the schedule for the cleanup of the 881 hillside area. The environmental assessment (EA) was recently revised to incorporate DOE, Albuquerque comments and submitted to DOE, Headquarters for approval. Once the required approval is obtained, the EA will be issued for a 30-day public review and comment period. Then, if a "finding of no significant impact" (FONSI) can be issued, construction for cleanup can begin. The target construction start date is September, 1989.

DOE has issued a letter prohibiting use of the Building 771 Plutonium Recovery Incinerator until a DOE nuclear safety review is completed and DOE performs an Operational Readiness Review "with emphasis on the issues identified in the report by the DOE special team..." The issues include potentially upgrading the incinerator to RCRA standards which may not be feasible with the existing unit. RFP generates approximately 50 drums of combustible residue per month which are processed by the incinerator. This order will add to the inventory of approximately 4500 drums of residue currently in storage (650 contain the type of materials which can be incinerated).

D. J. Sanchini
President

Enc.

cc:
D. R. Beall - Rockwell, Corporate, El Segundo
E. S. Goldberg - DOE, RFO
Rocky Flats Overview Board
Rocky Flats Waste Management and Environmental Protection Task Team

# EXHIBIT 28

United States Government | Department of Energy

# memorandum

Rocky Flats Office

DATE: August 17, 1989

REPLY TO ATTN OF: OAMO:GJW

SUBJECT: Bi-Weekly Report for Rocky Flats Office

TO: John L. Meinhardt, Actg Asst Secretary for Defense Programs, DP-1, HQ

Operations of the Building 374 evaporator have not resumed. Plant process waste water that feeds the evaporator is currently being held in storage tanks, capacity will be depleted in approximately 6 days. The laundry will be the first affected facility required to be shut down if the regulatory issues remain unresolved. In the regulatory environment of the RCRA, the Building 374 evaporator is a hazardous waste treatment facility, all products of which are technically considered to be hazardous wastes until the regulatory authority formally removes the products from the list of hazardous wastes associated with that facility. At issue is the subsequent reuse and discharge by RFP of the distilled water produced by the evaporator. In the context of RCRA, the distilled water reuse and discharge activity technically would constitute discharge of hazardous waste. Today, we received word from the Colorado Department of Health (CDH) that the State had no problem with our restarting the evaporator. The regulatory issues remain, however, and RFO will meet with EPA and CDH staff next week to agree on a course of action. Based on this interim agreement with CDH, we plan to restart the evaporator as soon as possible.

Installation of the supercompactor in Building 776 has been curtailed. Construction activities are to be suspended until an approved Environmental Assessment is completed.

Jonathan Lindgren, Legislative Assistant to Congressman Skaggs (CO), visited the Rocky Flats Plant on August 16, 1989. His visit consisted of both private conversation and briefings from RFO and Rockwell upper level management on topics ranging from Rocky Flats Plant solid and liquid wastes programs, radiation protection, effluent monitoring, environmental monitoring and the health effects of radiation on employees. In addition to the above mentioned briefings, a driving tour of the plant was conducted. Specific plant areas that were visited included: the 881 hillside, solar ponds, drainage ponds and other areas that have environmental concern.

The planned encirclement demonstration at Rocky Flats Plant on August 6 drew approximately 4200 people. This demonstration was coordinated by the Colorado Freeze Voter group. Upwards of 17,000 would be needed to

complete the circle around the plant. Sunday's demonstration was peaceful; there were no arrests, and by about 4:00 pm most of the crowd had left the area. All demonstrators remained outside the Federal reservation.

Edward Goldberg and RFO staff met with the Governor of Colorado and Colorado Department of Health staff on August 10 at the State Capitol. The topic of discussion was State information supporting a Notice of Violation in characterizing and storing certain classes of materials containing recoverable quantities of plutonium. The State is asserting authority for regulation under provisions of the Colorado Hazardous Waste Act all residues that are not in-process secondary materials and which possess hazardous waste characteristics or contain listed hazardous materials.

The Criticality Safety Assessment Team held their closeout meeting August 11 with the RFO and Rockwell. Their study is not yet complete; some records and files need to be retrieved and analyzed. In examining several lines of evidence, the Team concluded that there is no evidence of past nuclear criticalities at Rocky Flats Plant. With respect to the current status of criticality safety, the team concluded that, "There is no threat to public safety from accidental criticality in current operations of the plant. However, plutonium was found in situations that require immediate attention by the contractor. Also, there are safety practices that should be corrected promptly." Roger Mattson, Team Leader, briefed the Governor's Aide, Tim Holman, on the afternoon of 8/11/89.

Edward S. Goldberg for
Acting Area Manager

cc:
J. Tuck, S-3, HQ
R. W. Starostecki, EH-30, HQ
R. E. Erickson, DP-23, HQ
B. G. Twining, OOM, AL
R. P. Berube, EH-20, HQ
R. W. Barber, EH-34, HQ

EXHIBIT 29

P5C

United States Government Department of Energy

# memorandum

DATE: July 21, 1989

REPLY TO ATTN OF: MA-512

SUBJECT: Reporting Relationship - Rocky Flats Area Office

TO: Bruce G. Twining, Manager, Albuquerque Operations Office
E. S. Goldberg, Acting Area Manager, Rocky Flats Area Office

Effective immediately, the Area Manager, Rocky Flats Area Office, will report to the Assistant Secretary for Defense Programs. This action is a follow-up of the decision made June 6, 1989, when the Area Manager was temporarily reassigned to report directly to the Under Secretary of Energy.

In assuming line management oversight of the Rocky Flats Area Office and related facilities, the Assistant Secretary will be accountable for on-going operations. It is expected that implementation actions affecting the Rocky Flats Facilities which already have been approved will continue without interruption.

John C. Tuck
Under Secretary

EXHIBIT 30

OFFICIAL USE ONLY

U. S. Department of Energy
Albuquerque Operations Office

# AWARD FEE
# PERFORMANCE EVALUATION REVIEW
# BOARD RECOMMENDATION
# FOR THE PERIOD:

October 1, 1988 Through March 31, 1989

CONTRACT DE - ACO4 - 76DP03533

ROCKWELL INTERNATIONAL CORPORATION
ROCKY FLATS PLANT

DATE: 5/17/89

Charles E. Troell
Assistant Manager For Management & Administration
Chairman, Performance Evaluation Review Board

E 002274

OFFICIAL USE ONLY

PERFORMANCE APPRAISAL
ROCKWELL INTERNATIONAL
CONTRACT NO. DE-AC04-76DP03533
FOR THE PERIOD OCTOBER 1, 1988 - MARCH 31, 1989

The overall performance of the contractor has been maintained at least at a level of "Satisfactory" during the appraisal period. The following is the Performance Evaluation Review Board recommendations for the Functional Performance Areas (FPA's) selected for evaluation. The first section covers plant operations while the second section covers Plutonium Recovery Modification Project (PRMP)/Plutonium Recovery Option Verification Exercise (PROVE). The General Management FPA was evaluated considering performance for both areas.

PLANT

FPA: GENERAL MANAGEMENT

Adjectival Grade: EXCELLENT

Noteworthy Achievements

1. Significant improvement has been made simultaneously in many important plant functions during the appraisal period. These improvements are covered in more detail in the FPA's for Environment, Safety and Health (ES&H), Production Operations, Non-Weapons Quality, and Chemical Operations. Most notable is the achievement of exemplary standards for operations in Building 771. These standards were achieved on compressed schedules while maintaining the other plant activities. While continued improvement is sought, Rockwell has done a remarkable job of pushing for and achieving recent improvements under extreme pressure.

2. Interplant schedule compliance continued at 100% for the third consecutive rating period. This performance was achieved despite material supply limitations generated by the shutdown of Building 771.

3. Rockwell achieved a rapid resolution to the problem of obtaining U. S. Department of Transportation (DOT) approval for using a modified ATMX railcar for shipping the first shipment of Transuranic (TRU) mixed waste in 1989 from the Rocky Flats Plant (RFP) to the Idaho National Engineering Laboratory. Several obstacles existed, both within the Department of Energy (DOE) and DOT, to the granting of appropriate approvals. Due to Rockwell's persistence, the approval was granted for use of the modified railcars at the time proposed by DOE.

4. The Emergency Preparedness Organization was credited in the December 1988 Safety Performance Review with having a "...well planned, and effective program in meeting emergency readiness needs." In addition, Rockwell's emergency preparedness personnel have sustained a high level of participation in Albuquerque Operations Office (AL)-wide emergency preparedness coordination

E 002275

activities, have supported the development of the AL emergency preparedness appraisal program in a significant manner, and have continued to identify and implement improvements in Emergency Operations Center capabilities and operations.

5. More than 60% (47,000 hours) of the maintenance work order backlog older than 90 days has been worked off. A team of 50 people, under the Rockwell "We Do Care" program, was established for this purpose.

6. Rockwell has already exceeded the 10 year (1986-1995) Energy Conservation Goal of a 10% reduction in energy usage.

7. Rockwell has completed the development and installation of the Personnel Evacuation Logging System in all major production and support buildings. This enhances the security and safety of the buildings serviced and provides a data base for emergency actions in specific areas.

Notable Deficiencies

None

Observations

1. The Management Oversight Group (MOG) reported needed changes in the management of the PRMP by Rockwell. A Precursor Program has been established with the DOE Project Manager to address the MOG concerns, and significant progress is being made. Further improvements are necessary by Rockwell for this high priority DOE project.

2. The redefinition of the Building Manager responsiblities has been a visible action which has enhanced the integration of functions. The Building Manager position is functioning to exercise responsibilities for all activities in the building. Development of an "in-house" safety program in Production Operations is evidence of the success that can be achieved by Building Managers. The Building Manager position should be further strengthened and supported to insure complete integration of all activities necessary for safety, quality, maintenance, training, security, and production.

3. The shutdown of production and maintenance activities in Building 771 from October 1988 to January 1989 resulted in a significant impact to plutonium recovery schedules, as well as a slip in ongoing maintenance and facility upgrade schedules. With the exception of electrorefining, Rockwell is significantly behind recovery schedules established at the beginning of the fiscal year. This was the penalty for the shutdown made to correct safety problems. Rockwell's development of a comprehensive plan for plant-wide application of Building 771 Restart Criteria should continue vigorously. The plan reviews each of the 771 Restart Criteria for potential applicability to other areas on plant site, recommends items that should be implemented, determines the status of each item, determines rough order of magnitude of resources and manpower requirements, and finally recommends an action plan and management scheme. This effort will help preclude future shutdowns and resultant lost production.

OFFICIAL USE ONLY

4. Training of waste generators and improved generation practices have reduced the quantity of reject waste drums, a major contributor to reducing the supplied air operations in the Size Reduction vault.

5. Rockwell has not made adequate progress to prepare for utilization of the TRUPACT II container when it becomes available. The final definition of modifications to Building 664 for handling TRUPACT II containers and submittal of the budget request was not completed in a timely manner.

6. The identification and timely resolution of problems by Rockwell is often slow. Examples include pondcrete storage monitoring, analysis of National Pollutant Discharge Elimination System (NPDES) violations, complete dissemination of incident information within Rockwell, and TRU waste storage data. For example, in October the Governor of Idaho curtailed shipments to Idaho of TRU waste from Rocky Flats. The curtailment resulted in an immediate need for information on the TRU mixed waste at Rocky Flats available for shipment. The time required to obtain accurate information on the types and quantities of stored waste was too long for an issue of this importance.

7. Rockwell has recently violated DOT regulations on two shipments to the Nevada Test Site (NTS) (RF890154 and RF880951). One involved miscounting the number of waste containers on a shipment to the NTS on 9/3/88, and the other involved incorrect drum numbers (due to exchange of a drum which was listed on the bill of lading with a drum which was not listed on the bill of lading) on 1/17/89.

8. Despite the knowledge that nitrate concentrations on the 750 pad have increased, little action has been taken to contain saltcrete (which has been identified as a major contributor to storage pad nitrate concentrations) after precipitation events. Data provided in March of 1989 indicated the highest nitrate concentrations ever observed on the pads.

9. Rockwell is still not placing sufficient emphasis on the timely establishment of the Rocky Flats Institute. The DOE considers this program, along with the Rocky Flats School, to be essential to enhancing the capabilities of building management personnel at Rocky Flats.

10. The Waste Isolation Pilot Plant Waste Acceptance Criteria Committee performed an audit on Rocky Flat's TRU waste activities. The positive results of this audit reflect diligence in waste analysis and quality assurance in packaging.

11. Several waste minimization efforts have led to reductions in waste produced. The most dramatic effort has been the waste paper recycle program which has exceeded all expectations for the quantities of waste paper recycled. This has the added benefit of extending the useful life of the sanitary landfill.

OFFICIAL USE ONLY

FPA: COST MANAGEMENT

Adjectival Grade: EXCELLENT

Noteworthy Achievements

1. Rockwell performed well in providing data and narratives to define DOE's unfunded ES&H requirements in support of a FY89 supplemental budget request. A significant portion of this data was used to support DOE requests to Congress for additional FY90 funding.

2. Rockwell has done an extraordinary job of tracking information and preparing responses to a large variety of budget information requests and of maintaining the current status of its requirements. The quality and consistency of information provided to the DOE has been exceptional considering the number of different funding options that have been addressed. Support provided for the on-site DOE review of requests for additional funding was excellent.

3. Rockwell construction project data sheets and conceptual design reports supporting its requests for the FY91/92 Capital Budget were of high quality and were completed ahead of schedule. Rockwell is well prepared for DOE Headquarters reviews of FY91 projects.

4. The FY91 budget narratives were improved and expanded by Rockwell. Detailed identification of program cost growth and impacts of Production and Surveillance target guidance was particularly helpful in DOE's analysis of Rockwell's resource requirements.

Notable Deficiencies

None

Observations

1. Rockwell's SACNET submission of budget schedules was late and its FY88 Schedule 1 and 2 actual costs were late and were also inaccurate in regard to New Material Flight Tests/Stockpile Flight Tests and New Material Laboratory Tests/Stockpile Laboratory Tests costs.

2. In deciding on final General Plant Project (GPP) allocations for the year, AL has reviewed the status of committed funds. The large dollar amount of uncommitted funds has adversely affected the support for the plant's FY89 GPP requirements.

3. Rockwell continues to be responsive to OCAD requirements and initiatives including indirect Cost Management, the Work Load Model initiative and Baseline Cost Management (particularly the W 89 Cost Call). Although Indirect Cost Management packages were submitted late, the quality of the packages was very good.

OFFICIAL USE ONLY

FPA: QUALITY

Adjectival Grade: EXCELLENT

Especially Noteworthy Achievement

The Non-Weapons Quality Assurance (NWQA) surveillance activities conducted during the Building 771 restart have been especially noteworthy in that they have resulted in the identification of and provide for corrective actions necessary for a more viable quality program. This early detection and correction of deficiencies in operations will provide for a greater assurance of the quality of our product.

Noteworthy Achievements

1. After two years of accomplishments, the continual improvement in the Rockwell Quality program has leveled off. As anticipated, a new phase of the Quality Improvement Plan is currently being implemented. This new phase is now being referred to as Phase 2 and will incorporate a new culture in quality practices. Rockwell has aggressively entered into Phase 2 with a Program Manager and a Continual Improvement Steering Committee to guide the effort. The steering committee is further supported with technical personnel, one being closely associated with Dr. W. Edward Deming.

2. Significant progress has been made towards implementing the NQA-1 Standard at Rocky Flats. The NWQA program office now has three reporting managers with established responsibilities. The Management Plan has been updated and 11 new positions added to the NWQA office. The Plant Level Control Systems portion of the implementation plan is divided into four parts and is mostly in place. Also, a manager has been assigned to facilitate the implementation of the Non-War Reserve (WR) Calibration Program. Quality personnel associated with procurement of needed services and commodities for the plant, within the Quality Directorate and outside the Quality Directorate, have recently been reorganized into one group within the NWQA program office. This reorganization should increase the consistency of Non-WR and WR procurement activities.

3. Because of his exceptional attention to detail, a technician in the Nondestructive Testing (NDT) Department was able to have defective material that was received from Pinellas removed from the production line before it could be further processed into the system. During a routine NDT examination of a Rocky Flats production process, the technician detected a suspected anomaly in a reservoir while evaluating X-ray film of a weld joint performed at Rocky Flats. After sectioning the suspected unit, it was learned that a weld, unrelated to the Rocky Flats weld, had been completed unsatisfactorily at the Pinellas Plant. The unsatisfactory weld was not detected during NDT at Pinellas and was accepted and forwarded to Rocky Flats for continued processing. The discovery of this defect is very praiseworthy because the Rocky Flats NDT set up was not optimized to evaluate the Pinellas weld joint. The alertness, attention to detail, attitude, and discipline shown here depicts a work ethic that ensures a quality product.

E 002279

OFFICIAL USE ONLY

Deficiencies

In three incidents, Rockwell failed to provide the necessary measures to adequately control nonconforming product material.

1) During the period, it was discovered that Rockwell had cancelled a deviation for a nonconforming component that had been properly deviated when accepted and released from Rocky Flats in FY88. Rockwell also failed to notify all affected DOE organizations that this action had taken place.

2) Five reject components were mistakenly accepted and released from Rocky Flats into the complex and subsequently had to be retrieved.

3) An acceptable reservoir was mistakenly reworked for defectiveness. A defective reservoir was then mistakenly accepted without being reworked and shipped to the next user.

The analysis of these incidents revealed that all these errors happened either from a breakdown of an existing system or that an inadequate system was in place.

Observations

1. The DOE is concerned with the low level of quality performance being displayed by the beryllium supplier. Deficiencies such as lack of subcontracting controls, poor manufacturing instructions, and failure to identify root causes of nonconformances were identified in a recent Rockwell survey of the beryllium supplier. Beyond these findings, a recent DOE, AL survey of the beryllium supplier found that the supplier's configuration management and product traceability systems were also operating poorly.

2. Approximately 272 Quality Assurance Survey (QAS) 2, 3 and 4 surveys were conducted during the period resulting in 55 complimentary observations and 66 findings. However, all 11 QC-1 elements were evaluated to be satisfactory or better. Four findings were considered to be significant. Three findings involved paperwork problems and the fourth was assigned for a part which failed the DOE verification inspection of the component. No findings were identified in two of the QC-1 elements and no negative trends were identified.

3. Rockwell continues to make excellent progress towards implementing the complete Quality Information System. Shortly, the fifth module will be complete. Three additional modules are planned and scheduled to be complete during FY90.

4. Duplicate serial numbers have become an issue during the performance period. Three DOE plants have identified product from Rocky Flats with serial numbers which have been used twice. After significant investigation by the DOE and Rockwell, it has been found that only a small quantity of the identified serial numbers have actually been duplicated. The resolution of this issue will be completed in a future meeting between contractor, design agency, and DOE personnel.

OFFICIAL USE ONLY

FPA: CHEMICAL OPERATIONS

Adjectival Grade: EXCELLENT

Noteworthy Achievements

1. The Plutonium Operations effort to implement an Operational Readiness Review (ORR) program is excellent. Progress toward implementation has been demonstrated through ORR's for the Building 771 Incinerator, Part V, and the Dicesium Hexachloroplutonate (DCHP) Molten Salt Extraction (MSE) processes. These efforts support the top priority goal for excellence in facility operations and should be further developed and continued on a plant-wide bases.

2. Rockwell has successfully completed the development of a new extractant compound for use in the MSE process. Dicesium Hexachloroplutonate has the advantage of substantially reducing the gamma and neutron exposures to MSE operations personnel, eliminating magnesium contamination of the product plutonium buttons, and increasing the efficiency of the process to a single pass process. These last two changes also reduce the recycle residues produced. This development work was performed concurrently with the Building 771 shutdown, safety improvements, and the Building 771 restart activities.

Notable Deficiencies

None

Observations

1. DOE intends to evaluate the productivity of Chemical Operations in terms of Base Recovery Units (BRU's). Using this approach, Rockwell appears to be regaining productivity while concurrently executing new safety requirements. Because of the Building 771 shutdown, the most current metal production period was only three months in length. A comparison of that production period was made against the two previous periods as shown below:

| Period | Months | %Change | %Change |
|---|---|---|---|
| July 86 - July 87 | 13 | Base | --- |
| Aug 87 - June 88 | 11 | -12% | Base |
| Current | 3 | +8% | +22.6% |

When using the 13 month period as the base for comparison, the efficiency of recovery for the three month period increased by 8.0%. Using the 11 month period as the base for comparison shows an increase in efficiency of 22.6% for the three month period. In the first comparison, the 12% drop for the 11 month period resulted from the initiation of ES&H and facility upgrades. The dramatic improvement seen when comparing the three month period against the 11 month period as base reflects an adjustment to the new ES&H requirements and increased efficiencies resulting from facility upgrades.

OFFICIAL USE ONLY

2. The establishment of a Self-Assessment Audit Program in Building 771 has enabled Rockwell to take a proactive role in identifying and correcting housekeeping and safety concerns. The emphasis on immediate corrective action and recurrence control is a positive step toward implementing the surety of operations concept in Building 771. Rockwell's vigorous proactive self-assessment efforts in Building 771 are to be highly commended and encouraged throughout the plant-site.

3. The Building 771 Contamination Control Committee has continued to work at determining the root cause of mechanical and administrative failures which led to contamination incidents. New decontamination methods, new anti-contamination clothing, safer work methods, trend analyses, and engineering enhancements are all measures being utilized by the Committee. During the last six months, there has been only one possible inhalation case which was confirmed as negative. In addition, the number of contamination incidences appears to be staying low as production increases under the Restart Plan. However, further reductions in the number of contamination incidences are necessary.

4. Identification of process information has promoted identification of process shortcomings. Further analysis requires instrumentation, which has been delayed in some cases by the Building 771 shutdown. Continued process improvements through the Recovery Improvement Program and Process Technology Development support have also been impacted by the shutdown and some shifts in goals. However, there is still a need for continued efficiency and process improvements and these programs should be revitalized in some form.

5. Rockwell has successfully completed initial experiments with an electrolytic decontamination technique for use on fixed contamination on stainless steel and some other metals. The technique, coined electro-decontamination, has been highly successful on flat stainless steel surfaces in the first few trials. Further development of this technique for the decontamination of large surface areas, uneven surfaces and welds, without detrimental effects to the equipment decontaminated, would constitute a significant achievement.

6. The development of a budget planning process for chemical operations is considered to be essential to the improvement of the efficiency of the plutonium recovery processes, increased metal purity, decreased residue recycle, and waste minimization. To date, Rockwell management has provided excellent support for establishing a budget development process. However, it is essential that Plutonium Operations line management provide a leadership role and be involved in the entire budget development process, not just provide support to the budget development process.

OFFICIAL USE ONLY

FPA: PRODUCTION OPERATIONS

Adjectival Grade: OUTSTANDING

Noteworthy Achievements

1. The number one priority for this period has been excellence in facility operations. The effort toward development of a Nuclear Facility Operations Manual (NFOM) directly supports the facility excellence goal. The NFOM Task Team has drafted and approved all procedures for the NFOM based on the original outline. The Task Team is commited and has an appropriate mix of members to insure a balanced perspective. With continued emphasis, this effort is expected to create a model document for the AL complex.

2. Rockwell has been very supportive of the AL effort to develop an Operational Surety Program. They have actively participated in meetings, presented briefings on request, and provided documents for application by other sites. Rocky Flats Plant is currently recognized as a leader in Operational Surety within AL.

3. Rockwell has taken several steps to reduce work in process inventories and process times. Among these are:

a. Reduced planned process times by approximately 25% "across the board" in the production control system in Building 460. The result has been roughly a 50% reduction in work in process inventories in the building, measured by the number of components.

b. Reduced pit assembly process time in Building 707 by six weeks, from eight weeks total to two weeks.

c. Reduced lot sizes on the 3T bodies from approximately 50 to approximately 24 to reduce backlogs at the four and five axis mills.

Notable Deficiencies

None

Observations

1. Utilization of direct labor, as measured by productive time, efficiency, and realization, has declined during this period. This decline is a result of changes required to implement new plant safety procedures. Rockwell's Industrial Engineering Group has conducted a study of possible approaches to improve labor utilization. In the long term, utilization should improve as experience is gained in the new operating procedures, and as the emphasis on training results in yield improvements. In addition, greater safety consciousness should result in fewer process interruptions.

OFFICIAL USE ONLY

2. Rockwell has responded effectively to DOE's initiatives on make or buy policy. Rockwell will soon be submitting their revised Capability Maintenance Plan, now called the Make Or Buy Plan, and the supporting Baseline Capability Plan. They have also complied with the requirement to submit a "Buy Rate" calculation. The calculation for the first quarter in FY89 showed that the buy rate declined in comparison with FY88, but this is attributed to the "buy ahead" of a significant quantity of beryllium parts in FY88.

3. During March, Rockwell hosted a seminar to share information on their experience in eliminating halogenated solvents. Thirty-two representatives from 12 corporations attended. Feedback was positive and enthusiasm was expressed for continued information exchanges. This seminar was a constructive first step in the program for technology transfer from Rocky Flats to private industry and has significant potential for building a positive image for Rocky Flats within local communities.

# OFFICIAL USE ONLY

FPA: ENVIRONMENT, SAFETY AND HEALTH

Adjectival Grade: GOOD

Noteworthy Achievements

1. Rockwell has made significant progress towards achieving a high quality radiation protection training program for Radiation Monitors which meets the requirements of DOE 5480.11. Other significant initiatives in radiation protection training have also occurred during this period, most notable being a new pilot radiation safety course for Radiation Worker Supervisors and plant Building Management. Rockwell has successfully completed many improvements and started several new initiatives above and beyond the DOE requirements in their radiation protection training programs.

2. Rockwell has demonstrated responsiveness in the preparation and coordination on National Emissions Standards for Hazardous Air Pollutants (NESHAP) issues specific to the RFP. Rockwell has also demonstrated a thorough understanding of the regulatory requirements through its contributions to the DOE-wide review of the NESHAP (Subpart H) regulation.

3. Rockwell has made significant progress towards reducing the rate of radiological incidents. The average monthly rate for Possible Inhalations (PI's) during FY88 was approximately seven per month. During the first five months of FY89, the rate of PI's was less than three per month. The FY88 monthly average rate for exceeding contamination limit criteria, in both controlled and uncontrolled areas, was about 37 occurrences each month. However, for the first five months of FY89, the monthly rate for this type of contamination incident has dropped well below the RFP FY88 rate. Progress to date in reducing incidents is noteworthy and is indicative of a positive trend. The DOE encourages continued improvement in this area.

4. Rockwell has taken several positive steps toward achievement of permanent reduction in plant personnel radiation exposure. A full-time As Low As Reasonably Achieveable (ALARA) Program Manager was hired, and completed the development of a basic plant-wide ALARA program. A Rem Reduction Plan describing various plant and building initiatives being taken to effect a permanent decreasing trend in radiation exposure is in its final stages of completion. During the first four months of the rating period, progress was achieved in reducing personnel radiation exposure in the semi-monthly and monthly badge exchange groups. These groups had a projected goal of about 143 Rem during this period, however, they accumulated 102 Rem; this is 41 Rem below the goal. Although some of this exposure decrease occurred due to a curtailment of Building 771 process operations, this was counterbalanced by the fact that during the same timeframe, Building 776 increased their production, and significant decontamination efforts were accomplished in Building 771.

OFFICIAL USE ONLY

5. The comprehensive review of the Technical Safety Appraisal (TSA) showed that Rockwell's safety program is in transition and open to change. Rockwell was commended for improvements in union/management relations and for developments in an integrated safety program. A definite change in culture was observed. Substantial corrective actions are underway which, when properly implemented, should result in an exemplary safety program in the future. Rockwell also submitted it's TSA response document to DOE two weeks ahead of the schedule set by DOE.

6. In establishing the Safety Review Group (SRG), Rockwell has developed a dedicated investigative group that provides a coordinated systems approach to unplanned event investigations that ensures that such events are investigated in a timely manner and enhance the safety awareness throughout the plant. Rockwell should be commended for the establishment of this group as well as for the SRG's efforts to date.

Notable Deficiencies

1. The shutdown of Building 771 created major disruptions to the commitments for processing of plutonium, with resultant downstream and upstream impacts on nuclear material throughout the weapons complex. The shutdown was made to allow Rockwell time to correct safety related problems in the building, most of which had been identified before the period began. Although Rockwell's corrective action during shutdown was noteworthy, management should not have permitted the situation to degrade to the point of shutdown. Much work needs to be done to export lessons learned from Building 771 to other Rocky Flats facilities.

2. There was an unintentional release of dilute chromic acid on February 22, 1989. The chromic acid upset the organic balance of the RFP's sanitary wastewater treatment plant. Subsequent to the release, water containing the chromic acid was spray irrigated on plantsite. Chromic acid contaminated water from the spray irrigation field was carried by runoff into Pond B-5, which was discharged offsite. There are inadequate incident reporting procedures or operating procedures governing the coordination of the discovery of releases to the sewage treatment plant with downstream control of contamination. Furthermore, the incident shows the need for the development and implementation of adequate Spill Prevention Control and Countermeasures procedures and practices.

3. Although Rockwell has shown improvement in housekeeping of production buildings, housekeeping is still inadequate. Housekeeping in the balance of the plant does not approach the standard set in Building 771. Rockwell is attempting to correct this, but has not yet established a successful approach.

4. The rate of wound occurrence in radiation controlled areas averaged about 60 per month during FY88. Although a slight downward trend was achieved during the first five months of FY89, the rate of wound occurrence must still be significantly reduced during the remainder of the fiscal year.

OFFICIAL USE ONLY

5. Rockwell has not been able to resolve the 1988 NPDES permit violations for five-day biochemical oxygen demand. Although there were several reasons for the violations, the lack of adequate sludge handling capacity and operation and maintenance deficiencies are foremost concerns. Rockwell's inability to comply with the limitations of the NPDES permit is considered serious because the discharges from the RFP go directly into the city of Broomfield's raw drinking water reservoir. Also, the policy of the Environmental Protection Agency (EPA) is to not renew NPDES permits which have outstanding violations, and the NPDES permit for the RFP expires on June 30, 1989. Unless these violations are resolved expeditiously, the renewal of the NPDES permit will be delayed. It is recognized that Rockwell has hired an outside consultant to identify the causes of the violations and the corresponding corrective actions which should correct the situation.

6. The DOE has been concerned about the safe operation of the East Firing Range. Rockwell has taken no actions to date to rectify the situation.

7. Rockwell ES&H management provided inadequate oversight of Building 771 operations after the January 19, 1989, phased restart. The overall assessment of the implementation of this radiological program indicated that the full intent of the comprehensive and multilevel operational assurances were not performed in an integrated and disciplined manner.

Observations

1. Rockwell, for the first time, has a 100% glove change compliance across the plant-site. The Y-12 Plant has requested a Rockwell employee visit their plant so that a review of their operations and recommendations on development of a glove change program similar to that at RFP can be made.

2. Rockwell has been proactive in establishing a National Environmental Policy Act (NEPA) compliance committee. Rockwell has reviewed the appropriate NEPA guidance documents and has established a logical method for reviewing plant projects in order to determine the level of NEPA action required for the project. Although the committee has just been established, its cross section of divisions will enable it to consider a wide range of plant projects with minimal chance of leaving out a project. The system for documenting the review of projects, the judgements made, and the recommendation for NEPA action are thorough and track in a logical fashion.

3. The Colorado Department of Health and the EPA conducted six waste storage audits under Resource Conservation and Recovery Act (RCRA) during the last three and a half months, and only minor findings resulted. Because of consistently good audit results, TRU mixed shipments to the INEL were reinstated and the frequency of future inspections will be reduced.

4. Rockwell has established a strategy for upgrading the air monitoring system at RFP. The strategy was the result of excellent analysis, successful peer review, and resulted in a significant reduction in projected costs.

5. Rockwell continues to successfully complete the requirements of RCRA and Comprehensive Environmental Response Compensation and Liability Act.

OFFICIAL USE ONLY

6. Rockwell has made significant improvement in responsiveness to the AL safety appraisals. Although none to date have been turned in on time, the amount of tardiness has steadily decreased to the point that Rockwell has no outstanding responses at this time. Rockwell has initiated "Completion Certificates" for completed actions.

7. Rockwell established proposed plutonium and uranium maximum permissible contamination levels in oils and solvents which are defensible and practical for analytical evaluation. Although this is only a proposed method for establishing limits for a limited type of contaminated vs. non-contaminated waste materials, the need for these limits to be established has been indicated by the Environment & Health Program.

8. Rockwell has developed a Radiation Monitoring work schedule pilot program. This program is expected to cut Radiation Monitors overtime by 30-50%. The program was completed three weeks ahead of schedule in Building 776. Survey schedules have been maintained up to date. Plans are being developed for implementation of the work scheduling program across the plant-site.

9. Rockwell has responded well in initial implementation of the more stringent requirements of DOE Order 5480.11, "Radiation Protection For Occupational Workers". Rockwell is developing an implementation plan to accurately assess the impact of full implementation.

10. Routine surveillance and characterization of potential occupational exposures to hazardous chemicals and carcinogens in the work place are not being performed on a regular basis. As more Industrial Hygiene staff are hired and cleared, this must be a high priority.

11. Preparation and submission of the final report on radon in the NDT Vault in Building 771 has taken excessively long. In that it was just received, there has not been enough time for a thorough review of the report by AL.

12. A 1985 Fire Protection Appraisal by AL had a finding regarding the replacement/hiring of a second fire protection engineer. Each AL appraisal since has identified the same need. No response to date has been provided by Rockwell to close out this finding.

OFFICIAL USE ONLY

PRMP/PROVE

PRMP/PROVE FPA: PROJECT MANAGEMENT

Adjectival Grade: SATISFACTORY

Achievements

1. Rockwell has given PROVE renewed emphasis. Rockwell has separated the responsibility for PROVE from that of the PRMP and placed it under a full time project manager. In addition, the Rockwell Plutonium Operations directorship has committed a top staff member to be the Chief PROVE Project Engineer.

2. Rockwell has recently developed and implemented a "Precursor Plan." This plan represents a marked improvement in direction for the entire project. The planning has been both detailed and complete. This "Precursor Plan" has been implemented by Rockwell with professionalism and enthusiasm.

Notable Significant Deficiency

Overall PRMP management attention to project technical, cost, schedule, and manpower needs was inadequate.

Notable Deficiency

Inadequate project staffing continues to influence Rockwell PRMP performance. The above referenced "Precursor Plan" has made the staffing shortage obvious to all parties concerned.

Observations

1. The task of evaluating and incorporating PROVE's "Lessons Learned" is now a Precursor Plan activity with the anticipation that full benefit will be realized.

2. The degree to which Rockwell appropriately manages the Precursor Plan will directly impact PRMP's future success technically and administratively.

E 002289

OFFICIAL USE ONLY

PRMP/PROVE FPA: COST MANAGEMENT

Adjectival Grade: MODERATELY GOOD

Noteworthy Achievements

1. The cost development and baselining of those costs for the "Precursor Plan" has been handled with the highest degree of quality. Subcontractors have been integrally involved in this development and baselining.

2. Rockwell has redirected J. A. Jones' manpower planning on PROVE which has resulted in reduced costs and apparent increased construction productivity.

Notable Significant Deficiency

PROVE continues to demonstrate cost growth. Rockwell has increased their forecast for the Total Estimate at Completion on PROVE from less than $43 million at the beginning of FY89 to the current $45.6 million.

Notable Deficiency

PRMP cost planning did not take into account allocated funding availability, resulting in a disconnect in project activities.

Observations

1. Rockwell has restructured PROVE cost estimates to be able to use a realistic $45.6 million baseline.

2. The PROVE Cost Performance Reports have been timely and of a consistently high quality. Changes to the Performance Measurement Baseline have been incorporated accurately and in a timely fashion.

3. Rockwell's management of the Construction Plan, Cost and Schedule Reduction, System Design Descriptions, and Cost and Schedule Baseline Precursor Plan activities can have a favorable cost impact on PRMP.

OFFICIAL USE ONLY

PRMP/PROVE FPA: SCHEDULE PERFORMANCE

Adjectival Grade: VERY GOOD

Noteworthy Achievements

1. Rockwell has addressed several problems impacting schedule in the PROVE area and brought them to successful resolution. Among these problems were the additional requirements imposed on the health physics monitors and engineering support to provide on-the-spot resolutions and aid to the construction personnel.

2. The diligent effort by Rockwell, Bechtel, and J. A. Jones in the joint development of the Precursor planning has resulted in a comprehensive schedule that should provide a smooth transition from PROVE to the receipt of capital funding for PRMP.

Notable Deficiency

The PROVE schedule has deteriorated during the reporting period. The PROVE end date was extended from 1/90 to 8/90. The Service Module redesign will reduce the material and work required and improve operability. Present activities should result in schedules that will be met.

Observations:

1. The intermediate Level PRMP Schedule was completed during this reporting period.

2. The direction Rockwell has given J. A. Jones in the PROVE area of manpower planning already has J. A. Jones working toward a potential schedule reduction of two months.

3. Rockwell's management of the Construction Plan, Cost and Schedule Reduction, System Design Description, and Cost and Schedule Baseline Precursor Plan activities can have a favorable schedule performance impact on PRMP.

OFFICIAL USE ONLY

PRMP/PROVE FPA: SUBCONTRACT MANAGEMENT

Adjectival Grade: GOOD

Noteworthy Achievements

1. Rockwell, consistent with project technical needs and evolved cost and schedules, has provided rapid and effective subcontract redirection of Bechtel. The redirection included contractual changes, a rescheduling of resources, and the cost rebaselining.

2. Rockwell subcontract management of J. A. Jones has ensured J. A. Jones' participation in construction planning. J. A. Jones' PROVE productivity has shown noticeable improvement since their inclusion in the teaming concept.

3. Rockwell has been successful in obtaining active participation and commitment from National laboratories and other Rockwell organizations on the PRMP Precursor Program.

Notable Deficiencies

1. The subcontract work with the PROVE glovebox manufacturer has resulted in the need for significant rework to the glovebox piping and piping penetration welds.

2. Rockwell has still not provided continuous site representation at Bechtel's location. The participation of Bechtel in the Precursor Program does not eliminate the necessity for such coverage to coordinate line item and cost/schedule activities.

Observations

1. The construction subcontractor on PROVE has been asked by Rockwell to develop a Performance Measurement System (PMS). The DOE Project Management Office (PMO) anticipates demonstration of the PMS early in the next six month evaluation period.

2. Rockwell management of the PROVE glovebox manufacturer, has resulted in favorable and timely response to redirection and changes to both schedule and configuration.

E 002292

OFFICIAL USE ONLY

PRMP/PROVE FPA: DESIGN QUALITY

Adjectival Grade: MODERATELY GOOD

Noteworthy Achievements

1. A significant effort, the PRMP Precursor Program, has been initiated by Rockwell with broad based involvement of subcontractors, other Rockwell operations, and the National laboratories. The Precursor Program is geared toward improving PRMP design quality and should result in improved design quality and the ability to maintain that quality over the life of PRMP.

2. Use of the Configuration Control System for PROVE was greatly improved. The Engineering Review Board has met regularly and a timely disposition of the engineering changes has been accomplished, consistent with Rockwell procedures and the needs of the project.

Notable Significant Deficiency

The quality of the existing PROVE engineering has been poor. This quality condition continues to be felt at this late hour in the project. Change orders to correct poor initial design quality are reflected in cost growth of Design Engineering and PROVE construction.

Observations

1. The Technical Management Discipline (TMD) approach being undertaken by Rockwell through the Precursor Program and on PRMP/Line Items, should lead to improved design quality through time phased baselining, technical reviews, and appropriate change control.

2. PRMP project and PROVE design quality will be enhanced by the generation of a complete System-Design Description for PROVE during the next period.

3. The recently added Configuration Management manager should add to TMD capability and Design Quality through the change control process.

4. Rockwell has completed and distributed the PROVE System Operational Test, Cold Test, and Hot Test procedures, and Test Plans have been completed and forwarded to this PMO.

5. PROVE Operations Procedures and Job Task Analysis are proceeding according to schedule.

OFFICIAL USE ONLY

PRMP/PROVE FPA: TECHNICAL PRODUCT QUALITY

Adjectival Grade: MODERATELY GOOD

Noteworthy Achievement

PROVE activities in addressing and rectifying glovebox welding problems are directed towards, and should significantly improve, technical product quality. Specifically, the drive to fully understand the problem, root administrative and technical causes, and to implement needed changes in a timely manner, should result in improved technical product quality.

Notable Significant Deficiency

Welding problems recently surfacing on the PROVE glovebox indicates a significant lack of technical product quality success.

Observations

1. It is anticipated PROVE will take advantage of the most recent "Lessons Learned" in order to insure that similar significant deficiencies are not repeated on PRMP.

2. It is anticipated PROVE will take advantage of recent problems, will assess other vendor supplied areas for potential problems, and will shake down modules (dry) with operations and maintenance personnel as they are completed, in order to surface potential problems early.