# EXHIBIT 31

0001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

```
------------------------------ x
ROCKWELL INTERNATIONAL        :
CORPORATION,                  :
                              :
          Plaintiffs,         :
                              : No. 91-1362C
          v.                  : Judge York
                              :
THE UNITED STATES,            :
                              :
          Defendants.         :
------------------------------ x
```

Friday, April 29, 1994
Washington, D.C.

DEPOSITION OF:

HENSON MOORE,

a witness, called for examination by counsel for the Plaintiff, pursuant to notice of counsel, held at Chadbourne & Parke, 1101 Vermont Street, N.W., Washington, D.C. at 8:30 a.m. on Friday, April 29, 1994, before Thomas R. McPhail, CSR, Notary Public when were present on behalf of the parties:

find fraud being committed by Rockwell?

A. I don't remember that. That is a pretty heavy word. No, I don't remember. I don't remember that being in there. Not to say it is not, I just don't remember that.

Q. Okay.

A. But I don't think it was.

Q. Do you recall if the report charged Rockwell with any misrepresentation of fact?

A. Fine line between was it done intentionally or was it just not done. Signs of commission versus omission. As I remember, there were a lot of improper report making and record keeping. I don't think we ever concluded that somebody was trying to misled us.

Q. That is what I am asking.

A. But that there were records that were not being kept as they should have been.

Q. Do you recall when the headquarters received the so-called Tiger Team report?

A. The Tiger Team was out there for a month. No, I don't remember when, but I know it took at

0042

least a couple of months.

Q. And was the award fee ultimately made to Rockwell after receipt of the Tiger Team report?

A. We have to go back and look at the record; I just don't remember.

Q. Mr. Moore, I will represent to you that, as I think I have said before, Mr. Twining --

A. Yes.

Q. -- end of May, very end of May, recommended to headquarters an award fee; and, thereafter, Mr. Goldberg recommended a lower award fee to Mr. Twining, which Mr. Twining then endorsed and made further recommendation to headquarters. And ultimately an award fee was issued to Rockwell, which was lower than both Mr. Twining's initial recommendation and Mr. Goldberg's subsequent recommendation. Do you recall why the award fee was reduced below both of the two prior recommendations?

A. Very obviously we didn't agree with them. And it may very well be that -- I assume we then had a report, or we had enough information that I

brought back or we got back verbally from the people we sent out on the team out there, that really had a chance to look into it even deeper than Goldberg had at the time he made the determination. We sent the best people we had in the Department at this time, names that I remember, who are the best we had. And I was there, as I say, two weeks of the time, or three of the time that they were there and were coming, and additional ones came later. And there wasn't much to smile about from what that team brought back. And so I can say that the best of my memory is we received additional information to what Ed Goldberg had.

Q. Do you recall specifically what information headquarters had that would cause them to make an award fee determination lower than both Mr. Twining and Mr. Goldberg's recommendation?

A. First Twining was operating in the old culture. His was just, as I remember it, was just like nothing had ever happened. Our trying

EXHIBIT 32

States Government — Department of Energy

# emorandum

Albuquerque Operations Office

DATE: MAY 31 1989

REPLY TO ATTN OF: CPD

SUBJECT: Albuquerque Operations Office (AL) Award Fee (AF) Determinations for the Period October 1, 1988, through March 31, 1989

TO: Troy E. Wade, II, Acting Assistant Secretary for Defense Programs, DP-1, HQ

Albuquerque Operations Office has completed its award fee process for the subject period. The process includes staff level assessment against an Award Fee Plan by both Area Office and Albuquerque functional organizations, consolidation of those assessments by the Area Office Managers, review and modification as appropriate by the Performance Evaluation Review Board, and presentation to me for a final determination.

My tentative findings for each contractor are highlighted below for your concurrence. The Performance Evaluation Reports, which will be sent to each contractor, are attached.

Allied-Signal, Inc. - Kansas City Plant

Last Period

AF-$4,512,510 % of AF Pool-92.36% % of Total Fee Pool-94.27%

This Period

Proposed AF-$4,723,507 % of AF Pool-81.30% % of Total Fee Pool-84.60%

Most Noteworthy Achievements

- Significant Improvement in Albuquerque Microelectronics Operation (AMO) Product Delivery
- Completed Make-or-Buy Baseline Capability Study
- Implemented Aggressive Continuous Flow Manufacturing Program
- Reduced Discharge of PCB's to Stormwater System

Most Notable Deficiencies

- The Quality Plan for the Texas Instruments Life of Type Procurement has not been Implemented
- Unacceptable Practices in Industrial Hygiene and Radiological Protection Programs
- Numerous Violations of the AMO Sewer Discharge Criteria Due to Operation of Elementary Neutralization Unit

1

EG&G Mound Applied Technologies, Inc. - Mound Plant

Last Period (Monsanto Research Company)

AF-$3,061,848 % of AF Pool-76.12% % of Total Fee Pool-78.77%

This Period

Proposed AF-$2,620,562 % of AF Pool-76.37% % of Total Fee Pool-80.54%

Most Noteworthy Achievements

- Delivery Performance - 99.3%
- Significant Gains in Decontamination and Decommissioning Work
- Successfully Demonstrated Application of Continuous Flow Principles in Production of MC2990A Detonators
- Explosive Component Test Facility is Producing More Accurate and Repeatable Data in a Real-Time-Mode
- Corporate Initiative for Performance Improvement in ES&H

Most Notable Deficiencies

- In the Quality Area, Three Systematic Material Control Practices Were Violated
- MC-3925 Timer With Unqualified Detonator Submitted for Acceptance
- Continue to Have Electrical Related Incidents - Cutting Into Energized Circuit

General Electric Company (GE) - Pinellas Plant

Last Period

AF-$2,776,670 % of AF Pool-87.60% % of Total Fee Pool-88.61%

This Period

Proposed AF-$2,730,333 % of AF Pool-89.70% % of Total Fee Pool-90.54%

Most Noteworthy Achievements

- Leader in Resource Management
- Operating with Less Funding Under Self-Imposed Manpower Constraints
- Assertive/Effective Design Agency Relationship
- GE Fully Supports Continuous Flow Projects
- Timely Delivery of Parts for W85 ALT 902 Program Enabled the Department of Energy to Meet Critical Schedule

Most Notable Deficiencies

- AL Concerned About Adequacy of and Adherence to Procedures in ES&H
- Shortage of GE Parts
- Delivery of RTG's
- Limited Life Shipments to the Savannah River Plant
- MC-3287 Clock Shipments to the Kansas City Plant

Mason & Hanger-Silas Mason Company, Inc. - Pantex Plant

Last Period

AF-$2,357,666 % of AF Pool-88.17% % of Total Fee Pool-90.26%

This Period

Proposed AF-$2,150,683 % of AF Pool-79.18% % of Total Fee Pool-82.85%

Most Noteworthy Achievements

- Developed a Thorough and Complete ES&H Strategic Plan
- Eliminated 119 Items from Calibration Process
- Implemented a Training Aid Program Utilizing "Wax Bullets"
- Performed Superbly in Evaluation and Restart of W88 Program
- Implemented Spill Control and Countermeasures Plan

Most Notable Deficiencies

- Quality Assurance Survey on B61-7 Revealed Unacceptable Procedures, Instructions, Material Control, and Manufacturing
- Not Following Procedures in Construction Safety
- Two Inadvertent Deluge Trips Caused Significant Loss

Rockwell International Corporation - Rocky Flats Plant

The Plutonium Recovery Modification Project (PRMP) and the Plutonium Recovery Option Verification Exercise (PROVE) have been split out for this and future periods to increase management focus on this critical project. Rockwell's performance evaluation is therefore broken into Plant Operations and PRMP/PROVE.

Plant Operations

Last Period

AF-$4,790,073 % of AF Pool-76.53% % of Total Fee Pool-79.14%

This Period

Proposed AF-$5,176,482 % of AF Pool-75.88% % of Total Fee Pool-77.15%

Most Noteworthy Achievements

- Established Exemplary Standards for Operation of Building 771
- NWQA Surveillance During Building 771 Restart Resulted in Improved Quality
- Significant Progress Made Toward Implementation of NQA-1 Standard
- A Nuclear Facility Operations Manual is Being Developed
- Made Significant Progress Toward Reducing Rate of Radiological Incidents
- Positive Steps Taken to Reduce Personnel Radiation Exposure

Most Notable Deficiencies

- Systems Problem in Quality - Three Instances of Nonconforming Material
- Shutdown of Building 771 Created Major Disruption
- Unintentional Chromic Acid Release
- Inadequate Oversight of Building 771 Operation After 1/19/89 Phased Restart
- Inadequate Project Staffing for PRMP

PRMP/PROVE

Last Period - N/A

This Period

Proposed AF-$186,591 % of AF Pool-19.25% % of Total Fee Pool-23.5%

Most Noteworthy Achievements

- Precursor Plan Resulted in Improved Project Direction
- Resolved Several Problems Impacting Schedule
- Rapid and Effective Redirection to Bechtel
- Improved Use of Configuration Control System
- Initiated System to Identify Root Causes of Technical Problems

Most Notable Deficiencies

- Management Inattention to Technical, Cost, Schedule, and Manpower Requirements
- PROVE Cost Growth Continues
- Poor Quality PROVE Engineering
- Glovebox Welding Problems - Lack of Technical Product Quality
- Inadequate Project Staffing
- PROVE Schedule Deterioration - 1/90 to 8/90

5

Westinghouse Electric Corporation - WIPP

Last Period

AF-$1,408,590 % of AF Pool-86.95% % of Total Fee Pool-88.49%

This Period

Proposed AF-$1,283,051 % of AF Pool-87.73% % of Total Fee Pool-89.17%

Most Noteworthy Achievements

- 18 Critical Path Construction Work Packages Completed
- Delivered a No-Migration Variance Petition to the Environmental Protection Agency "First-of-Its-Kind"
- TRUPACT Testing was Successfully Completed and Safety Analysis Report for Packaging Submitted
- Made Efficient Use of Existing Resources
- Audits and Unexpected Activities Supported with No Effect on Schedule
- Corporate Support for Operational Readiness Review Activity

Most Notable Deficiencies

- Exhaust Filter Building Wall Damaged Due to Improperly Secured Door
- Radiological and Environmental Programs Need Attention
- Numerous Deficiencies in Fire Protection Program
- Unable to Complete a Number of Operational Readiness Review Items

Please indicate your concurrence/nonconcurrence below. If you have questions or if additional information is required, please let me know.

Bruce G. Twining
Manager

6 Attachments

/ / Concur / / Nonconcur

Troy E. Wade, II
Acting Assistant Secretary for
Defense Programs

6

EXHIBIT 33

**Department of Energy**
Washington, DC 20585

September 20, 1989

MEMORANDUM FOR Bruce G. Twining
Manager
Albuquerque Operations Office

SUBJECT: Award Fee Determination for the Period October 1, 1988 through March 31, 1989, Rockwell International Corporation (RI).

Reference is made to your memorandum to me dated August 8, 1989, on this same subject. This Office has carefully reviewed all of the documentation provided by your Office regarding the Award Fee Determination for the period in question. The Office is essentially in concurrence with your recommendations, with an additional downward adjustment in the area of Environment, Safety and Health (ES&H).

The additional downward adjustment to ES&H reflects several concerns. Operations in Building 771 had to be stopped during October 1988 due to inadequate safety procedures and radiological safety margins in the building. Although RI pursued a very aggressive corrections effort after the fact, the mere existence of this situation demonstrated less than satisfactory attitudes, procedures, and awareness of safety issues on its part. Out of 230 safety concerns documented by external reviews and an internal RI review done prior to the award fee period, 91 were not addressed during the period. This further evidences a lack of priority attention paid to ES&H. During the period, 32 new safety concerns, including six classified as Type 2 (serious), were identified. Finally, the release of chromic acid from Building 444 into the plant's holding ponds could have resulted in a major environmental incident. An inoperable alarm system and deficient operator vigilance contributed significantly to the seriousness of this incident. Overall, there is strong evidence that throughout the award fee period there was a continuing pattern of lax attitudes, inadequate procedures, and lack of consideration of ES&H issues.

My Office has concluded that the "moderately good" numerical grade of 79 given to RI for its performance under the ES&H category be downgraded to a numerical grade of 65.25. Since ES&H carries an evaluation weight of 20 percent, the overall rating for the period drops from 87 to 84.25. This equates to an award fee of $2,716,307 for the Plant. We have not changed the award fee of $186,591 for PRMP/PROVE. Therefore, the total fee is $2,902,898. Admiral Watkins concurs in this recommendation.

In order to facilitate the dissemination of this information to RI and coordinate it with the letter from Admiral Watkins to Chairman Beall of today's date, we have attached a copy of your draft letter to RI which reflects our concerns in the ES&H area.

John L. Meinhardt
Acting Assistant Secretary
for Defense Programs

Attachment

Mr. Dominick J. Sanchini
President
Rocky Flats Plant
North American Space Operations
Rockwell International Corporation
P.O. Box 464
Golden, CO 80402

Dear Mr. Sanchini:

In accordance with Appendix D of Contract DE-AC04-76DP03533, I hereby determine that Rockwell International Corporation (Rockwell) has earned an award fee of $2,716,307 for Plant and $186,591 for PRMP/PROVE, for a total of $2,902,898. The enclosed Performance Evaluation Report for the period October October 1, 1988 through March 31, 1989 and a Memorandum from the Acting Assistant Secretary for Defense Programs, provide the basis for my award fee determination.

The award fee approved by the Department for payment to Rockwell was pursuant to an award fee plan previously developed to cover the period October 1, 1988 to March 31, 1989. This was prior to the institution by the Department of stronger and tougher award fee plans to reward improvements in environment, safety and health (ES&H) and substantially increase the proportion of the fee attributable to ES&H performance. Under the old contract provisions, however, the Department was constrained as to the weight that might be given to ES&H performance in setting the fee for the six month period covered.

In the old award fee plan, which includes this period, up to 20% of the total amount of fee paid could be attributable to performance in the ES&H area. By reducing the award fee for ES&H to "Unsatisfactory", the Department is indicating to Rockwell that your ES&H performance is unacceptable. Under the new plan, failure in any important area may result in the payment of no award fee.

As specified in the Contract, you may, within five working days after receipt of this letter, request an opportunity to present to me, or my designee, an analysis of your performance under the Contract. Otherwise, you may withdraw funds as a net award fee in the above amount from your Special Bank Account.

If you wish to meet with me, or my designee, please contact the Rocky Flats Area Office which will coordinate those arrangements for you.

Sincerely,

Bruce G. Twining
Manager

Enclosures

DRAFT OFFICIAL USE ONLY

PERFORMANCE EVALUATION
ROCKWELL INTERNATIONAL CORPORATION
CONTRACT NO. DE-AC04-76DP03533
FOR THE PERIOD OCTOBER 1, 1988 - MARCH 31, 1989

The overall performance of Rockwell International Corporation (Rockwell) has been maintained at least at a level of "Satisfactory" during the period October 1, 1988, through March 31, 1989.

The following is an evaluation of the performance of Rockwell, relative to the management and operation of the Rocky Flats Plant, including the performance for the Plutonium Recovery Modification Project (PRMP)/Plutonium Recovery Option Verification Exercise (PROVE), in the Functional Performance Areas (FPA's) selected for award fee evaluation. The first section covers Plant operations while the second section covers PRMP/PROVE. The General Management FPA was evaluated considering performance for both areas.

The selected FPA's for Plant operations have been evaluated in accordance with the contract Award Fee Plan, and the following discussion of each FPA and resulting award fee earned reflects an integrated assessment of all factors.

PLANT

GENERAL MANAGEMENT: There was a rapid resolution to the problem of obtaining United States Department of Transportation approval for using a modified ATMX railcar for making the first shipment of Transuranic mixed waste in 1989. Interplant schedule compliance continued at 100% for the third consecutive rating period. The Emergency Preparedness organization has a well-planned and effective program, is involved in Albuquerque Operations Office (AL)-wide coordination activities, and continues to make improvements. In less than four years, Rockwell has exceeded a ten-year Energy Conservation Goal.

Rockwell has not made adequate progress to prepare for utilization of the TRUPACT II container when it becomes available. The identification and timely resolution of problems by Rockwell is often slow. Rockwell has recently violated DOT regulations on two shipments to the Nevada Test Site. Despite the knowledge that nitrate concentrations on the 750 pad have increased, little action has been taken to contain saltcrete after precipitation events. Rockwell is still not placing sufficient emphasis on the timely establishment of the Rocky Flats Institute. Inadequate project staffing for the PRMP continues to influence Rockwell's performance.

COST MANAGEMENT: Good data and narratives provided by Rockwell to define Department of Energy (DOE) unfunded Environment, Safety, and Health requirements in an FY89 supplemental budget request were also used to support DOE requests to Congress for additional FY90 funding. Rockwell has done an extraordinary job of tracking information and preparing responses to a large variety of budget information requests and of maintaining the current status of its requirements. In addition, construction project data sheets and conceptual design reports supporting Capital Budget requests were both of high quality and ahead of schedule. Budget narratives were improved and expanded and were helpful in DOE's analysis of Rockwell's resource requirements.

DRAFT

DRAFT OFFICIAL USE ONLY

QUALITY: Non-Weapons Quality Assurance activities conducted during the Building 771 restart have resulted in an improved quality program to be used in the operation of the building. For War Reserve Quality Assurance, Rockwell is implementing Phase 2 of the Quality Improvement Plan which will continue a new culture in quality practices and should lead to further improvement in the Quality Assurance program.

Rockwell failed to establish or make the necessary progress towards the establishment of a new standard of excellence and attendant requirements, procedures, and practices in nuclear facility operations. In addition, three incidents came to DOE's attention where Rockwell failed to provide the necessary measures to adequately control nonconforming product material.

CHEMICAL OPERATIONS: Noteworthy progress has been made towards the implementation of the Operational Readiness Review (ORR) program as demonstrated through ORR's in Building 771 and elsewhere. Rockwell has also successfully completed the development of a new extractant compound for use in the Molten Salt Extraction process. Both of these accomplishments will yield safer and more controlled production processes while maintaining or improving production performance.

PRODUCTION OPERATIONS: Significant progress has been made in the development of a Nuclear Facility Operations Manual. Rockwell has been supportive of the AL effort to develop an Operational Surety Program. Rockwell has taken several steps to reduce work in process inventories and process times by, among other things, reduced planned process times in Building 460, reduced pit assembly process time in Building 707, and reduced lot sizes on the 3T bodies.

ENVIRONMENT, SAFETY, AND HEALTH: Progress towards achieving a high quality training program and the establishment of a new pilot radiation safety course are among the notable achievements in the radiation protection area. Rockwell has demonstrated good responsiveness in the preparation and coordination on National Emissions Standards for Hazardous Air Pollutants issues specific to the Rocky Flats Plant and has contributed to the DOE-wide review of this regulation. Significant progress has been made towards reducing the rate of radiological incidents. Several positive steps have been taken towards achievement of a permanent reduction in plant personnel ratiation exposure. In the safety program, substantial corrective actions are underway, including the development of an integrated safety program. A Safety Review Group has been established and its efforts during the period were commendable.

The shutdown of Building 771, resulting despite earlier identification of safety problems, created major disruptions to the commitments for processing of plutonium. An unintentional release of dilute chromic acid revealed inadequate procedures for the reporting and coordination of discovered releases to the sewage treatment plant with downstream control of contamination. Rockwell's housekeeping of production buildings has not improved adequately. Although a downward trend has been achieved during the first five months of FY89, no significant progress in reducing the wound rate has yet occurred. Rockwell has been unable to resolve the 1988 National Pollutant Discharge Elimination System permit violations for five-day biochemical oxygen demand. Regarding the East Firing Range, Rockwell has taken no action to date in response to concerns about its safe operation. The ES&H management oversight of Building 771 operations after the January 19, 1989, phased restart was inadequate.

OFFICIAL USE ONLY DRAFT

OFFICIAL USE ONLY  DRAFT

PRMP/PROVE

PROJECT MANAGEMENT: Rockwell has given PROVE renewed emphasis by separating responsibility for PROVE from that of the PRMP and placing it under a full-time project manager. The recently implemented "Precursor Plan" represents an improvement in direction for the entire project and was implemented with professionalism and enthusiasm.

Overall PRMP management attention to project technical, cost, schedule, and manpower need was inadequate. In addition, inadequate project staffing continues to influence Rockwell's performance.

COST MANAGEMENT: Cost development and baselining of costs for the "Precursor Plan" have been handled with the highest degree of quality. Rockwell's redirection of J. A. Jones' manpower planning on PROVE resulted in reduced costs and apparent increased construction productivity.

PROVE continues to demonstrate cost growth. PRMP cost planning far exceeded available project funding allocations.

SCHEDULE PERFORMANCE: Rockwell has successfully resolved several problems which were impacting schedule in the PROVE area. The diligent effort by Rockwell, Bechtel, and J. A. Jones in the joint development of the Precursor planning has resulted in a comprehensive schedule that should provide a smooth transition from PROVE to the receipt of capital funding for PRMP.

The PROVE schedule has deteriorated during the reporting period, extending the PROVE end date from 1/90 to 6/90.

SUBCONTRACT MANAGEMENT: Rockwell, consistent with project technical needs and evolved cost and schedules, has provided rapid and effective subcontract redirection of Bechtel. Rockwell subcontract management of J. A. Jones has ensured J. A. Jones' participation in construction planning. Rockwell has been successful in obtaining active participation and commitment from the National Laboratories and other Rockwell organizations on the PRMP Precursor Program.

The subcontract work with the PROVE glovebox manufacturer has resulted in the need for significant rework to the glovebox piping and piping penetration welds. Line Item and cost/schedule activities over the balance of the FY89 demand that Rockwell provide continuous site representation at Bechtel.

DESIGN QUALITY: The Precursor Program, geared toward improving PRMP design quality, has been initiated with broad based involvement. Use of the Configuration Control System for PROVE has been greatly improved.

The quality of the existing PROVE engineering has been poor, and change orders to correct poor initial design quality are reflected in cost growth.

TECHNICAL PRODUCT QUALITY: PROVE activities in addressing and rectifying glovebox welding problems are directed towards, and should significantly improve, technical product quality.

Welding problems recently surfacing on the PROVE glovebox indicate a significant lack of technical product quality success.

EXHIBIT 34

P132

# DOE NEWS

NEWS MEDIA CONTACT:
Catherine Kaliniak, 202/586-5806

FOR IMMEDIATE RELEASE
September 12, 1989

## WATKINS NAMES SIMONSON NEW MANAGER OF ROCKY FLATS

Secretary of Energy James D. Watkins today announced the appointment of David P. Simonson as Manager-Designee of the Rocky Flats Office.

Simonson, 46, has been Acting Deputy Manager since July 12, and will replace Acting Manager Edward S. Goldberg in mid-September. Goldberg will continue as Acting Manager in the interim and then will return to the Hanford Operations Office. Goldberg has been on temporary assignment at Rocky Flats.

Prior to his temporary assignment at Rocky Flats, Simonson had been Deputy Director of the Department of Energy's (DOE) Office of Nuclear Materials Production, Defense Programs, in Washington, D.C., since June 1988.

"I am pleased that Dave has accepted the tough assignment of Manager of Rocky Flats. He has made valuable contributions to the Department over the years, and I am confident that his knowledge and expertise will be an asset to the Rocky Flats Office," said Admiral Watkins.

(MORE)

R-89-110

E 001344

Simonson was graduated from New Mexico State University with a Bachelor's degree in Mechanical Engineering, and received his Master's Degree in nuclear engineering from the Massachusetts Institute of Technology in 1968. That same year, he interned at the Atomic Energy Commission, predecessor agency to the DOE. From 1973 through June 1988, Simonson worked at DOE's Richland Operations Office in Richland, Washington, where he served as an engineer and then manager in various reactor and production-related activities. Prior to leaving Richland, Simonson was Director of the Production Operations Division, which is responsible for management of all production of defense nuclear materials at the DOE's Hanford Site.

-DOE-

R-89-110

EXHIBIT 35

United States Government Department of Ene

# memorandum

Rocky Flats Of

DATE: DEC 0 6 1989

REPLY TO
ATTN OF:

SUBJECT: ADM

TO: Rocky Flats Office Award Fee Determinations for the Period April 1 through September 30, 1989

John C. Tuck
Acting Assistant Secretary for Defense Programs, DP-1, HQ

Rocky Flats Office has completed its award fee (AF) evaluation of Rockwell International for the subject period. The process included staff level assessment against the Award Fee Plan, consolidation of those assessments by the Performance Evaluation Committee, review and modification as appropriate by the Performance Evaluation Review Board, and presentation to me for a final determination.

My tentative findings are highlighted below for your concurrence. Attached is the summary Performance Evaluation Report which will be sent to Rockwell as well as supporting information developed during the award fee process.

As shown in the attachments, Rockwell's performance was evaluated as equal to or less than the last period performance in all areas except two. The performance on the PRMP project improved significantly over this last period resulting in a higher award recommendation for the project. The second area of recommended higher performance rating is in the Environmental, Safety and Health performance area. As the evaluation indicates, the contractor's performance in the safety area continues to be unacceptable. However, this has been offset in our evaluation by the performance of Rockwell in assisting with negotiations with EPA and the State on environmental agreements and in complying with these very aggressive agreements.

<u>Rockwell International Corporation - Rocky Flats Plant</u>

A. Award Fee for Plant

| Last Period | This Period |
|---|---|
| Actual AF - $2,716,624 | Proposed AF - $3,114,245 |
| % of AF Pool - 39.82% | % of AF Pool - 45.65% |
| % of Total Fee Pool - 42.99% | % of Total Fee Pool - 48.51% |

E 000273

Most Notable Deficiencies

- -- Managements inability to effectively manage this facility is seen as a serious, major deficiency
- -- Little action taken to contain saltcrete after precipitation events
- -- Inadequate attention to essential projects and safety functions as a result of long term understaffing in the HS&E organization
- -- Implementation of non-weapons quality assurance requirements are not progressing at the accelerated rate expected

Most Noteworthy Achievements

- -- Showed, in the C-Centerline project in Building 707, that an integrated operating philosophy is possible
- -- Dramatic increase in PRMP project support by management
- -- Upgraded radiation instrumentation quality and performance
- -- Developed and implemented a plant-wide ALARA program
- -- Positive and prompt response to new agreements with and requirements from the State of Colorado
- -- Developing a Nuclear Facility Operations Manual

B. Award Fee for PRMP/PROVE

| Last Period | This Period |
|---|---|
| Actual AF - $186,591 | Proposed AF - $628,982 |
| % of AF Pool - 19.25% | % of AF Pool - 64.89% |
| % of Total Fee Pool - 23.50% | % of Total Fee Pool - 66.74% |

Most Noteworthy Achievements

- -- Dramatic increase in PRMP project support by management
- -- Active role in establishing LANL technical personnel as part of the PRMP structure
- -- Improved A-E cost control, commitments, and SOW development
- -- Significant progress in developing technical baseline for PRMP

Most Notable Deficiencies

- -- Unacceptable cost control in the Cost and Schedule Reduction Precursor activity
- -- Schedule reports not provided in form ensuring timely reporting and accuracy to the overall project schedules
- -- Inadequate QA/QC oversight of glovebox subcontractor

Please indicate your concurrence/nonconcurrence below. If you have questions or if additional information is required, please let me know.

David P. Simonson
Manager

5 Attachments

[ ] Concur [ ] Nonconcur

John C. Tuck
Acting Assistant Secretary for
Defense Programs

Date

PERFORMANCE APPRAISAL
ROCKWELL INTERNATIONAL CORPORATION
CONTRACT NO. DE-AC04-76DP03533
FOR THE PERIOD APRIL 1 - SEPTEMBER 30, 1989

The overall performance of Rockwell International Corporation (Rockwell) has been at the level of "Satisfactory" during the period April 1 through September 30, 1989.

The following are seperate evaluations of the performance of Rockwell relative to the management and operation of the Rocky Flats Plant and the performance for the Plutonium Recovery Modification Project (PRMP)/Plutonium Recovery Option Verification Exercise (PROVE), in the selected Functional Performance Areas (FPA's). The first section covers Plant operations while the second section covers PRMP/PROVE. The General Management FPA was evaluated considering performance for both areas.

The selected FPA's have been evaluated in accordance with the contract Award Fee Plan, and the following summary of each FPA and resulting award fee earned reflects an integrated assessment of all factors.

PLANT

GENERAL MANAGEMENT: There is considerable evidence of Rockwell management's inability to effectively manage this facility, and this is seen by DOE to be a serious, major deficiency. This deficiency is manifested in lack of progress in integrating safety responsibility and accountability at all working levels and also by deficient lines of responsibility, procedures, discipline/work ethic, training, on-floor supervision, and problem investigation/resolution. Numerous incidents provide evidence of the above deficiencies. Additionally, despite an increase in nitrate concentrations on the 750 Pad, little action has been taken to contain saltcrete after precipitation events. The preparation for the annual DOE inventory of Special Nuclear Material at Rocky Flats was unsatisfactory.

The C-Centerline Project in Building 707 was an outstanding example of an integrated operating philosophy that can assure safety while providing for the capability to continue operations of a production facility. Rockwell successfully completed a complex central telephone system acquisition. Rockwell's logistical and security support of DOE "Tiger Team" activities and the Rocky Flats Office has been outstanding. Rockwell has provided valuable support to DOE teams negotiating RCRA/CERCLA agreements with the Environmental Protection Agency (EPA) and the Colorado Department of Health (CDH). Notable progress was made in five areas involving system automation. A maintenance work control system has been automated and implemented which enhances planning processes, establishes priorities, supports integrated schedules and provides deficiency tracking. The quantity and quality of support to the PRMP project has increased dramatically over this reporting period.

ENVIRONMENT, SAFETY & HEALTH: Long term understaffing in the Health, Safety and Environment organization resulted in less than adequate attention applied to several essential projects and safety functions. Rockwell was unsuccessful in reaching their Plant Performance Goal for recordable injuries and in reducing the total number of workplace contamination incidents. Rockwell continues to have problems in the construction safety area. Rockwell failed to exercise an acceptable level of program management in the development of official recommendations for restart of the Building 374 evaporator. A criticality safety assessment performed in August, 1989 noted many aspects of the



 

criticality safety program which need improvement. Rockwell failed to exercise an acceptable level of program management in dealing with pondcrete and saltcrete. Rockwell's oversight of the environmental subcontractors performing routine environmental monitoring is deficient. As identified in the DOE-HQ assessment team report, deficiencies in the RFP effluent air monitoring program may adversely affect determination of radioactive materials released to the atmosphere. Waste shipments to Idaho and Nevada were marked by errors in manifests and contamination on waste packages which jeopardized the future of offsite disposal plans.

Rockwell took positive actions to upgrade the overall quality, capability, and performance of the Rocky Flats radiation instrumentation systems in FY89. Rockwell developed and implemented a plantwide ALARA (As Low As Reasonably Achievable) Program exceeding DOE requirements. Rockwell has responded in a timely fashion to the new surface water release requirements imposed by the State of Colorado. The extent of the characterization of subsurface contamination has exceeded the requirements of the Agreement in Principle with the State of Colorado. Rockwell provided difficult and valuable assistance in the negotiations of the important Settlement Agreement and Compliance Order on Consent pertaining to interim status issues. Rockwell has submitted all required documentation pertaining to environmental restoration on schedule. Rockwell prepared a detailed Five Year Plan revision (8/31/89) in a very short time period. A new Rockwell Radiological Engineering group was created in FY89 and several notable tasks have already successfully been completed.

QUALITY: The plant-wide implementation of DOE non-weapons quality assurance requirements has not progressed at the accelerated rate expected.

The Rockwell Final Product Acceptance group is performing effectively after the first year of having the responsibility for most product acceptance. Lot rejects and Final Product Acceptance observations decreased during the second half of FY89.

COST MANAGEMENT: Rockwell provided excellent support to both the Environmental Restoration and Waste Management Five-Year Plan and to the Modernization Study. Rockwell did an extraordinary job of collecting information, categorizing and documenting the large number of new funding requirements created by the FBI/EPA investigation, the DOE Tiger teams, and the DOE/CDH Agreement. All validated construction line item projects were included in the Department's 1991 budget request.

PRODUCTION OPERATIONS: The processing of procured finished machined products was consolidated within Building 460 to reduce overall process times and decrease costs. Rockwell has been effective in reducing halogenated solvent usage, and continues to make progress with its new scheduling philosophy which is designed to minimize work-in-process inventories by managing bottlenecks.

CHEMICAL OPERATIONS: Plutonium Recovery Operations and Production Operations have been working in conjunction to develop the Nuclear Facility Operation Manual, which is to establish the standard of excellence for operations of Rocky Flats facilities. As a result of the deliverables that Rockwell had to complete before Building 771 restart approval was granted, a number of procedures were changed or developed and implemented. This implementation was successful, and the building management team continues to develop and implement improvements to those procedures.

Rockwell's management controls and directives in areas such as recovery operations planning, work breakdown structure and scheduling systems, and cost control systems result in implementation/installation/operation delays and other problems. There continues

to be a failure to establish performance goals for process operations and to measure process performance; therefore, operations are not baselined to provide for improved performance.

## PRMP/PROVE

PROJECT MANAGEMENT: Rockwell has taken an active role in establishing Los Alamos National Laboratory technical personnel as a part of the PRMP structure. Provisional agreement was reached by the Senior Management Review Board on the baseline PRMP process technologies. The PROVE project has experienced a visible improvement in overall management which has resulted in a more disciplined and success-oriented project.

COST MANAGEMENT: Rockwell has taken positive action to reduce the cost of A-E services, including reducing overhead, requiring the A-E to meet commitments, and upgrading control measures over the scope of A-E work.

The Cost and Schedule Reduction Precursor activity incurred over $100,000 cost without any visible or deliverable product, which indicates an unacceptable lack of cost controls.

SCHEDULE PERFORMANCE: The PROVE test schedule has been prepared as an integrated effort between Plutonium Operations and PROVE engineering. Detailed schedules have been developed for activities preliminary to PRMP construction and which will provide a solid base for performance measurement.

Schedule reports have not been provided in a form which ensures timely reporting and accuracy to the overall project schedules.

SUBCONTRACT MANAGEMENT: Rockwell has taken positive action to develop an A-E Statement of Work which provides for their required services at an appropriate level of detail.

Inadequate Quality Assurance/Quality Control oversight of the glovebox subcontractor resulted in extra costs and delivery delays to the Government.

DESIGN QUALITY: Rockwell developed and implemented a Nonconformance Status Reporting system to support a PROVE Operational Readiness Review. Rockwell nearly developed a complete set of System Design Descriptions which will significantly increase the quality and completeness of the conceptual design documentation for the project.

TECHNICAL PRODUCT QUALITY: The PRMP has made significant progress in developing the technical baseline which is expected to support the future design and construction of PRMP and facilitate the validation of the project.

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 - SEPTEMBER 30, 1989

PLANT

| FUNCTIONAL PERFORMANCE AREA | FY89 WEIGHT | PREVIOUS 6 MONTHS RATING | CURRENT 6 MONTHS RECOMMENDED RATING RATING | CURRENT 6 MONTHS RECOMMENDED RATING GRADE |
|---|---|---|---|---|
| General Management | .25 | 81 | 81 | 20.25 |
| Environmental, Safety and Health | .20 | 65.25 | 78 | 15.60 |
| Quality | .15 | 88 | 90 | 13.50 |
| Cost Management | .15 | 95 | 93 | 13.95 |
| Production Operations | .15 | 96 | 91 | 13.65 |
| Chemical Operations | .10 | 91 | 86 | 8.60 |
| | 1.00 | 84.25 | | 85.55 |

| PERFORMANCE POINTS EARNED | AWARD FEE PER POINT | AWARD FEE |
|---|---|---|
| 0 - 70 | $ -0- | -0- |
| 71 - 75 | 109,152 x 5.0 | $ 545,760 |
| 76 - 80 | 204,660 x 5.0 | 1,023,300 |
| 81 - 85 | 270,015 x 5.0 | 1,350,075 |
| 86 - 90 | 354,744 x .55 | 195,110 |
| | | $ 3,114,245 |

| BASE FEE | RECOMMENDED AF | TOTAL |
|---|---|---|
| $379,000 | $3,114,245 | $3,493,245 |

| BASE FEE | MAXIMUM AF | TOTAL |
|---|---|---|
| $379,000 | $6,822,000 | $7,201,000 |

% RECOMMENDED AWARD FEE VS. MAXIMUM AWARD FEE 45.65%

% OF TOTAL RECOMMENDED FEES VS. TOTAL MAXIMUM FEES 48.51%

PREDECISIONAL - OFFICIAL USE ONLY

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 - SEPTEMBER 30, 1989

PRMP/PROVE

| FUNCTIONAL PERFORMANCE AREA | FY89 WEIGHT | PREVIOUS 6 MONTHS RATING | CURRENT 6 MONTHS RECOMMENDED RATING | |
|---|---|---|---|---|
| | | | RATING | GRADE |
| Project Management | .25 | 75 | 91 | 22.75 |
| Cost Management | .15 | 76 | 87 | 13.05 |
| Schedule Performance | .15 | 86 | 90 | 13.50 |
| Subcontract Management | .20 | 82 | 86 | 17.20 |
| Design Quality | .15 | 78 | 91 | 13.65 |
| Technical Product Quality | .10 | 76 | 91 | 9.10 |
| | 1.00 | 78.75 | | 89.25 |

| PERFORMANCE POINTS EARNED | AWARD FEE PER POINT | AWARD FEE |
|---|---|---|
| 0 - 70 | $ -0- | -0- |
| 71 - 75 | 15,509 x 5.0 | $ 77,545 |
| 76 - 80 | 29,079 x 5.0 | 145,395 |
| 81 - 85 | 38,365 x 5.0 | 191,825 |
| 86 - 90 | 50,404 x 4.25 | 214,217 |
| | | $ 628,982 |

| BASE FEE | RECOMMENDED AF | TOTAL |
|---|---|---|
| $53,850 | $628,982 | $682,832 |

| BASE FEE | MAXIMUM AF | TOTAL |
|---|---|---|
| $53,850 | $969,300 | $1,023,150 |

% RECOMMENDED AWARD FEE VS. MAXIMUM AWARD FEE 64.89%

% OF TOTAL RECOMMENDED FEES VS. TOTAL MAXIMUM FEES 66.74%

RECOMMENDED AWARD FEES
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 - SEPTEMBER 30, 1989

SUMMARY

| | BASE FEE | RECOMMENDED AF | TOTAL |
|---|---|---|---|
| PLANT | $379,000 | $3,114,245 | $3,493,245 |
| PRMP/PROVE | 53,850 | 628,982 | 682,832 |
| TOTAL | $432,850 | $3,743,227 | $4,176,077 |

| | |
|---|---|
| MAXIMUM AWARD FEE FOR PLANT | $6,822,000 |
| MAXIMUM AWARD FEE FOR PRMP/PROVE | 969,300 |
| TOTAL MAXIMUM AWARD FEE | $7,791,300 |

% RECOMMENDED AWARD FEE VS. MAXIMUM AWARD FEE 48.04%