EXHIBIT 40

The Secretary of Energy
Washington, DC 20585

June 15, 1989

Mr. Donald R. Beall
Chairman and Chief Executive Officer
Rockwell International Corporation
2230 East Imperial Highway
El Segundo, California 90245

Dear Mr. Beall:

I write to bring to your attention several serious concerns about Rockwell's management and operation of the Department's Rocky Flats Plant in Colorado.

As you are probably aware, a special departmental team, headed by the Deputy Secretary of Energy, visited the Rocky Flats Plant in conjunction with the Department of Justice's ongoing criminal investigation of potential violations of environmental laws at that facility. The points made in this letter are not intended to intimate any position on the legal merits of any claims of liability based on past actions, but instead are made to emphasize several points that I believe must be clearly understood in the current management and operation of that facility.

I cannot over-emphasize the necessity for individuals at every level to understand completely the need to adopt and adhere to a new culture of professionalism in operating the Rocky Flats Plant. In particular, I emphasize what I believe is the truism that there cannot be any subordination of compliance with environmental, safety and health requirements to our production missions. Simply stated, we are not in a position to produce at all unless and until we are in a position to meet all environmental, safety and health requirements.

In this connection, I know that you and I share the view that any surreptitious actions evading well-understood limitations or requirements contained in permits, compliance agreements and other manifestations of the environmental laws cannot be tolerated. Specifically, if any instances of intentional discharges either in excess of, or not sanctioned by, applicable environmental permits or compliance

agreements were to occur, we should both consider that wholly inconsistent with the obligations placed on Rockwell by its contract with the Department to operate this facility. The same can be said of any conduct in which any incinerator, designed and constructed for the purpose of reclaiming special nuclear material, were instead used intentionally as an expedient means for disposal of hazardous waste, a function for which such incinerators are neither designed nor permitted to carry out.

The reports that I have received from the departmental team make me uncertain whether these basic principles are sufficiently understood throughout the entire workforce devoted to managing and operating the Rocky Flats Plant. I believe there is a need to enhance our level of confidence that the ground rules are well understood, and that they will be complied with. Accordingly, I request that Rockwell, pursuant to the requirements imposed upon it by its contract with the Department, prepare and submit to the Department within 60 days a comprehensive plan that will indicate concisely, but clearly and in particular, how Rockwell will provide a satisfactory level of assurance that management shortcomings of the types described above will not occur.

In all fairness, I must tell you that I am not at all satisfied with the Department of Energy's performance in carrying out its oversight responsibilities in proper operation of the Rocky Flats Plant. As a consequence, I have effected significant management changes there and expect that others will follow after my team completes its review.

Your personal attention to this matter and Rockwell's cooperation are appreciated.

Sincerely,

James D. Watkins
Admiral, U.S. Navy (Retired)

cc: Mr. Dominick J. Sanchini
President, Aerospace Operations
Rockwell International Corporation
Rocky Flats Plant

EXHIBIT 41

EXHIBIT Plaintiff's 304

22ND STORY of Level 2 printed in FULL format.

Copyright (c) 1989 The New York Times Company;
The New York Times

June 17, 1989, Saturday, Late Edition - Final

SECTION: Section 1; Page 8, Column 1; National Desk

LENGTH: 700 words

HEADLINE: U.S. Suspends Bonuses to Operator of Rocky Flats Plutonium Plant

BYLINE: By MATTHEW L. WALD, Special to The New York Times

DATELINE: DENVER, June 16

BODY:

The Department of Energy said today that it was blocking the payment of contract bonuses to the operator of the troubled Rocky Flats plutonium plant, pending the outcome of a Federal investigation of violations of pollution laws.

About 90 agents of the Federal Bureau of Investigation and the Environmental Protection Agency continued a search at the plant for evidence of felony violations, including the surreptitious burning of radioactive and possibly chemical wastes and the illegal dumping of other materials into drinking water.

W. Henson Moore, the Deputy Energy Secretary, said this afternoon that his department was suspending bonus payments for good performance by the company, the Rockwell International Corporation, for the period from Sept. 1, 1988, to March 31, 1989. He estimated the bonuses for that period at as much as $4 million to $5 million.

Mr. Moore appeared at the Colorado Capitol with Gov. Roy Romer to describe a new agreement on environmental monitoring between Washington and the State. The agreement provides for the department to give the state a thorough description of all waste streams from the plant, something it was supposed to have done three years ago, and provides money to begin a study of the health effects of the operation of the plant, which is 18 miles northwest of here.

Study on Radiation

The agreement announced today would provide $700,000 in the first year. Experts say that the study, which would try to reconstruct the doses of radiation that could have been received by neighbors since operations began in 1953, and trace the health effects, would cost millions of dollars.

Mr. Moore also said the department would bring in a team of outside experts to determine whether precautions at Rocky Flats are adequate to prevent an accidental nuclear reaction. The Environmental Protection Agency, studying laboratory reports of radioactive material in the ground water at the plant, has said that further analysis is needed to determine whether such a reaction has occurred there. Such a reaction could result if a certain amount of radioactive material is brought together accidentally. Two reactions of that type occurred in the 1970's at the Hanford bomb plant near Richland, Wash.

LEXIS® NEXIS® LEXIS® NEXIS

(c) 1989 The New York Times, June 17, 1989

The Governor described the agreement as a major step to provide independent information on pollution at the plant. Mr. Moore alternated between describing his agency as turning over a new leaf, and reassuring the public that the plant had been run without creating health risk. He called the agreement ''an addendum or an addition to the existing agreement we have with the State of Colorado'' that would allow public assurance ''that we're operating this plant in full conformity with all the state and Federal health, environment and safety laws.''

The agreement between the State and the Department of Energy also provides for the installation of continuous electronic monitoring devices on smokestacks at the plant.

Monitoring of Plant

Mr. Romer said the plan includes ''every reasonable step we could think of'' to monitor the plant. It calls for the Department of Energy to drill 50 new wells this year to monitor ground water pollution, build an underground dam to stop the spread of some materials, identify all toxic and radioactive emissions, grant access without prior arrangements to state officials with a security clearance and provide the state with daily logs of materials incinerated, among other steps.

Asked at a news conference how this agreement differed from previous promises by the department to comply with applicable laws and assertions that it was doing so, Mr. Moore said, ''We're running the plant now.''

The department stressed compliance with environmental laws to Rockwell, in a letter dated June 15 from James D. Watkins, the Energy Secretary, to Donald R. Beall, the chairman. The letter asserted: ''We are not in a position to produce at all unless and until we are in a position to meet all environmental, safety and health requirements.'' The letter asked Rockwell to provide a plan within 60 days on how it would avoid ''management shortcomings'' that would allow violations of environmental permits.

SUBJECT: ATOMIC WEAPONS; PLUTONIUM; NUCLEAR WASTES

ORGANIZATION: ROCKY FLATS NUCLEAR WEAPONS PLANT (DENVER); ENERGY, DEPARTMENT OF; ROCKWELL INTERNATIONAL CORP

NAME: WALD, MATTHEW L

LEXIS NEXIS LEXIS NEXIS

EXHIBIT 42

P64

The Deputy Secretary of Energy
Washington, DC 20585

Jim Bri...

June 20, 1989

Mr. Sam Iacobellis
President, Aerospace Operations
Rockwell International Corporation
2230 East Imperial Highway
El Segundo, California 90245

Dear Mr. Iacobellis:

This letter will confirm our conversation of last week regarding the status of the Department's determination of Rockwell's award fee for the most recent completed evaluation period under Rockwell's contract with the Department to manage and operate the Rocky Flats Plant.

As I mentioned during our conversation, the final determination has been suspended pending receipt by the Secretary of the report of the special departmental team that he dispatched to Rocky Flats. I anticipate that this report will have been rendered in sufficient time so that the Department may make its determination on Rockwell's award fee in approximately two to three weeks.

I am sure you understand our need to review this matter with care, and the Department will make its determination as promptly as possible.

Sincerely,

W. Henson Moore

LP50
DP20
RDR

E 001524

# EXHIBIT 43

Donald R. Beall
Chairman of the Board and
Chief Executive Officer

Rockwell International Corporation
2230 East Imperial Highway
El Segundo, California 90245

(213) 647-5127

Rockwell International

49547
bcc: C. H. Harff
S. F. Iacobellis
R. R. Mau
J. A. McDivitt
D. J. Sanchini

June 28, 1989

Admiral James D. Watkins
The Secretary of Energy
Washington, D. C. 20686

Dear Admiral Watkins:

Both Sam Iacobellis and I sincerely appreciate the candid and constructive discussions we had with you, Deputy Secretary Moore and your associates last Friday. You made it clear that there is much to be done to achieve the necessary credibility for both the Department of Energy's and its contractors' commitment to safety, health and protection of the environment. You also made it clear that the new culture you have announced is necessary to assure the support of both the public and the Congress for this nation's vital weapons programs.

Sam Iacobellis and I will personally see to it that our people *fully understand and implement that new culture.* That culture will make it clear that production is only possible consistent with a high level of safety, health and environmental protection.

Since our meeting, we have considered the comments you and others made regarding the need for heightened personnel management of the Rocky Flats Plant, including the need for improved procedures, training, supervision and discipline throughout the Plant.

As we said Friday and in further discussions with Deputy Secretary Moore, we believe we have a strong management team in place at Rocky Flats. This team is made up of thirteen senior managers who have a total of 187 man years of nuclear experience and 100 man years of experience at Rocky Flats. It is our judgment that this team now understands and will support the new culture expected in the management of nuclear weapons facilities and will be dedicated and committed to assuring that it is equally understood and supported throughout the Rocky Flats Plant.

Rockwell International

We are assessing additional functions that should be added to heighten the focus on procedures, training and supervision in the safety, health and environmental protection areas and will select further managers for those new positions.

Sam Iacobellis and I are also taking the following three immediate steps to address the issues we discussed:

1. appointing an overview board to review monthly Rocky Flats Plant's performance in meeting its new objectives;

2. appointing a task force to undertake immediately an assessment of the procedures and practices in environmental compliance and waste management;

3. initiating bi-weekly management reports at the Rocky Flats Plant of the type you suggested.

The charter of the overview board is attached as Appendix A. The initial members of that board are identified in Appendix B. Regular senior management review was a particularly effective means of assuring the broadest availability of resources and management oversight to support performance on such national efforts as the Space Shuttle. I believe this new board will provide similar assurance in our ongoing management of the Rocky Flats Plant.

The charter of the designated task force is attached as Appendix C. The members of the task force, which will be chaired by Dr. D. C. Gibbs who has significant nuclear Navy experience, are identified in Appendix D.

The bi-weekly management reports will include assessments of steps being taken to improve Plant management, identification of problems and descriptions of corrective action plans. The reports will also include, as you suggested, candid evaluations of the Department of Energy actions necessary for us to do a superior job. Copies of these reports will be furnished to the overview board, to each of our senior Rocky Flats managers, and to you via the local DOE office. We believe these reports can be a constructive part of our management process.

Rockwell International

As we undertake the necessary measures to introduce and inculcate the new culture which you intend, we believe it is most important that we have the support of the more than 5,000 employees at the Rocky Flats Plant. They have confidence in our leadership and we must and can build on that confidence. We will work closely with the new people you are assigning to make the new culture happen.

Sam Iacobellis and I look forward to a further meeting with you after you have had an opportunity to evaluate the positive steps we will be undertaking, as well as the action plan we are preparing in accordance with your request of June 15.

Thank you again for the opportunity to meet with you and your associates.

Sincerely,

D. R. Beall

Enclosures

Organization

Rockwell International

APPENDIX A

COMMITTEE CHARTER NO. 16
June 27, 1989
Replaces: None

CORPORATE ROCKY FLATS OVERVIEW BOARD

The Corporate Rocky Flats Overview Board is established to enhance senior Rockwell management visibility into all aspects of the Rocky Flats Plant. The Board will focus on key issues of an operational nature, including but not limited to safety, health, environmental and waste management and will assure the application of Company-wide resources as required.

MEMBERSHIP consists of the following:

S. F. Iacobellis (Chairman)

R. H. Bohlen, Senior Vice President -- Operations, Corporate
R. L. Cattoi, Senior Vice President -- Research & Engineering, Corporate
E. A. Center, Vice President -- Aerospace Operations Support, Corporate
D. C. Gibbs, Division Director -- Atomics International
C. H. Harff, Senior Vice President & General Counsel, Corporate (Secretary)
G. W. Jeffs, Executive Vice President for Strategic Defense & Technology, Corporate
G. B. Merrick, Vice President -- Aerospace Technologies, Corporate
R. Reisenweber, Director -- Environmental Control, Corporate
T. D. Sumrall, Vice President -- Aerospace Human Resources, Corporate

EX-OFFICIO MEMBER:

D. R. Beall, Chairman of the Board

MEETINGS will be held monthly, or as called by the Chairman as necessary to carry out the responsibilities of the Board.

RESPONSIBILITIES of the Board are to:

1. Serve as a review and advisory body on major Rocky Flats operational issues.

2. Review the Rocky Flats Plant safety, health, environmental and waste management plans, progress, and issues.

3. Identify and review special items of concern.

4. Review presentations by Rocky Flats management, task teams, and Board Members, as appropriate.

5. Establish working groups/task teams as required to address specific matters.

AGENDA

Proposed agenda items will be submitted to the Secretary who will coordinate them with the Board Chairman for review and approval. The Secretary will issue the approved agenda.

D. R. Beall
Chairman of the Board

FORM 74-I-87 REV. 2-73

RI 401228

SUBPOENA 1005 ITEM 1

APPENDIX B

MEMBERSHIP ROCKY FLATS OVERVIEW BOARD - MINI-RESUMES

BOHLEN -- M.S. - Aero; MBA - 15 yrs. Aerospace experience in Systems Engineering and Design Analysis; 3 yrs. on Corporate Development staff; General Manager for 10 years. Broad-gauged business executive with technical orientation; excellent understanding of technical systems and processes; penetrating and analytical mind-set; Rockwell Corporate Senior Vice President responsible for Rockwell's production operations and environmental activities across the board.

CATTOI -- B.S. - Electrical Engineering; 39 years experience in all facets of Electronics and Aerospace Engineering. The Chief Technology Officer of the Corporation; in-depth knowledge of the technical resources of the Corporation that can be brought to bear on any issue. Member of the Defense Science Board.

REISENWEBER -- Dr. - Environmental Engineering; 23 years experience in environmental management with Gulf Oil, Xerox, and Rockwell. Serves as Rockwell's top Environmental Executive.

JEFFS -- M.S. - Aeronautical Engineering. 42 years experience in Aerospace and nuclear energy. Fellow - American Institute of Aeronautics and Astronautics. Widely recognized executive for extensive contributions to the engineering and scientific community and as one of the chief architects of America's Space Program. Consummate manager of complex systems and processes. Served as Program Vice President for the Apollo Program; Vice President & Program Manager of the Space Shuttle Program; and President of Rockwell's Space Division. In addition, Mr. Jeffs was responsible for the overall management of Rockwell's energy activities, including Hanford, Rocky Flats, ETEC, and Atomics International Division. Currently Rockwell's Executive Vice President for Strategic Defense & Technology.

GIBBS -- M.S. - Engineering Sciences, U.S. Naval Academy; Ph.D - Nuclear Engr'g. Naval Academy plus 7 years with U.S. Naval Nuclear Program. As station engineer for Metropolitan Edison Company, was responsible for the construction of a nuclear reactor facility at the Three-Mile Island nuclear power station. As a U.S. naval officer and chief engineer on a nuclear submarine, was a nuclear power plant operator. As an engineering duty officer was responsible for the plant qualification of over 500 enlisted and officer trainees. Skills in managing large, multi-discipline organizations; highly motivated, logical, disciplined approaches to program issues; effective, technically demanding executive. Served as General Manager & Director of Advanced Nuclear Power Generation for EPRI. Served as Director of the Basalt Waste Isolation Project at Hanford. Currently, Division Director -- Atomics International for Rockwell.

**MERRICK** -- M.S. - Aeronautical Engineering. 40 years Aerospace experience in managing major space systems. Served as Chief Program Engineer for the Apollo Program and served as President of Rockwell's Space Division. George is currently Vice President - Aerospace Technologies on the Corporate Staff. He is a systemic thinking executive who is well grounded in the intricacies of managing major and complex systems.

**CENTER** -- B.A. - Business and Economics. 29 years Aerospace experience in Procurement and Production Operations. Served as Vice President - Material for the B-1 Division, responsible for all purchasing and major sub-contract management; served as Program Manager for the 757 Aircraft Program; served as Vice President - Production Operations for the Military Aircraft Division. Currently Corporate Vice President for Aerospace Production Operations. Ernie has exceptionally strong skills in sub-contract management and in manufacturing processes. He has fine planning skills and a well-organized approach in addressing operational issues.

**HARFF** -- B.A. - LL.B. 34 years diversified legal and management experience. As Senior Partner of a major New York law firm, had chief executive responsibilities for operation management and planning. Advised Rockwell and other defense contractors on major matters before becoming Rockwell's Senior Vice President and General Counsel in 1984. Brings mature, analytical skills and judgment to significant corporate issues.

**SUMRALL** -- B.S. - Bus. Mgmt.; 30 years experience in all facets of Human Resources; skills in repositioning businesses to match and align with changed business strategy; excellent knowledge of Rockwell's executive resources; active in re-staffing all key management posts at Rocky Flats for the last 6 years. Currently Corporate Vice President -- Aerospace Human Resources.

APPENDIX C

**Organization**

Rockwell International

TASK TEAM CHARTER NO. 3
June 27, 1989
Replaces: None

ROCKY FLATS WASTE MANAGEMENT & ENVIRONMENTAL PROTECTION TASK TEAM

The Rocky Flats Waste Management & Environmental Protection Task Team has been established as an advisory body to the President -- Rocky Flats Plant. The task team is chartered to make an independent assessment of Rocky Flats policies, practices, and processes in the waste management and environmental protection areas, with particular attention addressed to health and safety concerns. The task team will also assess workforce attitudes and training for a complete and systemic evaluation.

MEMBERSHIP consists of the following:

D. C. Gibbs (Chairman)

A. R. Bjorklund
E. A. Center
G. B. Herrick
R. Reisenweber (Secretary)
W. J. Roberts

Additional management will participate in the task team as the subject matter requires.

RESPONSIBILITIES of the task team are to:

1. Examine the procedures and practices in place regarding the safe handling and disposal of waste.

2. Perform a thorough evaluation of health, safety and environmental procedures and practices in production and other operations.

3. Consider effective steps that Rocky FLats can take to support the actions initiated by the Department of Energy under the ten-point program announced by the Secretary of Energy on June 27, 1989.

4. Report findings and recommendations to the President -- Rocky Flats and to the President -- Aerospace Operations. Recommend policies, procedures, and practices designed to prevent, eliminate, and control potential environmental pollution.

Sam F. Iacobellis

S. F. Iacobellis
President
Aerospace Operations

FORM 74-2-27 REV. 8-73

RI 401231

SUBPOENA 1005 ITEM 1

APPENDIX D

## MINI-RESUMES -- ROCKY FLATS TASK TEAM

**GIBBS --** M.S. - Engineering Sciences, U.S. Naval Academy; Ph.D - Nuclear Engr'g. Naval Academy, plus seven years with U.S. Naval Nuclear Program. As station engineer for Metropolitan Edison Company, was responsible for the construction of a nuclear reactor facility at the Three-Mile Island nuclear power station. As a U.S. naval officer and chief engineer on a nuclear submarine, was a nuclear power plant operator. As an engineering duty officer was responsible for the plant qualification of over 500 enlisted and officer trainees. Skills in managing large, multi-discipline organizations; highly motivated, logical, disciplined approaches to program issues; effective, technically demanding executive. Served as General Manager & Director of Advanced Nuclear Power Generation for EPRI. Currently, Division Director -- Atomics International for Rockwell.

**ROBERTS --** B.S. - Chemical Engineering and M.S. - Physics; Selected to attend coveted Oak Ridge School of Reactor Technology - Certificate received; U.S. Navy - Submarine Superintendent. 30 years nuclear management experience; served as Program Manager - Clinch River Breeder Reactor Program; served as Vice President - R&E for Rockwell Energy Systems Group. Very strong manager in all nuclear fields; proven skills in managing complex technical systems; respected in scientific community for management capability; superb technical trouble-shooter; action oriented -- direct, to the point.

**REISENWEBER --** Dr. - Environmental Engineering; 23 years experience in environmental management with Gulf Oil, Xerox, and Rockwell. Serves as Rockwell's top Environmental Executive.

**BJORKLUND --** B.S. - Business/Industrial Engineering. 32 years experience in Aerospace facilities management, construction, and industrial engineering. Al is currently Corporate Director of Facilities and Industrial Engineering. Al has served as a Manufacturing Engineer, as an Industrial Engineering Manager, and Division Director of Facilities and Industrial Engineering prior to assuming his corporate post. He is a nationally recognized Facilities executive and an elected Fellow of the Institute for the Advancement of Engineering. He has hands-on experience in all aspects of facilities construction, and an exceptionally strong manager of sub-contractors. Al has strong leadership qualities and a keen ability for issue resolution.

**CENTER --** B.A. - Business and Economics. 29 years Aerospace experience in Procurement and Production Operations. Served as Vice President - Material for the B-1 Division, responsible for all purchasing and major sub-contract management; served as Program Manager for the 757 Aircraft Program; served as Vice President - Production Operations for the Military Aircraft Division. Currently Corporate Vice President for Aerospace Production Operations. Ernie has exceptionally strong skills in sub-contract management and in manufacturing processes. He has fine planning skills and a well-organized approach in addressing operational issues.

MERRICK -- M.S. - Aeronautical Engineering. 40 years Aerospace experience in managing major space systems. Served as Chief Program Engineer for the Apollo Program and served as President of Rockwell's Space Division. George is currently Vice President - Aerospace Technologies on the Corporate Staff. He is a systemic thinking executive who is well grounded in the intricacies of managing major and complex systems.

EXHIBIT 44

**The Deputy Secretary of Energy**
Washington, DC 20585

July 14, 1989

MEMORANDUM FOR: The File

FROM: W. Henson Moore

SUBJECT: Rockwell/Rocky Flats

I called Sam Iacobellis, President of Rockwell, on July 13th. I informed him that the request in Admiral Watkins letter to Don Beall of June 15, 1989, that we were expecting a comprehensive plan in writing within 60 days from Rockwell was still expected by us. This request by Admiral Watkins had been acknowledged in the June 28th letter to the Admiral from Beall. Iacobellis again acknowledged this request and said we would be receiving that written comprehensive plan. He indicated they fully intend to comply with the June 15th letter from the Admiral.

I also informed Iacobellis that we were going to delay the pending award-fee determination until sometime in August. Iacobellis agreed to the delay.

cc: Secretary Watkins

111

EXHIBIT
111
7-19-94

PENGAD-Bayonne, N. J.

EXHIBIT 45

UNITED STATES COURT OF FEDERAL CLAIMS

Rockwell International Corporation )
Plaintiff, )
)
vs. ) No. 91-1362
)
United States of America, )
)
Defendant. )

Deposition of Sam Iacobellis

July 19, 1994

SIMS, SCHNEIDER & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
149 PALOS VERDES BOULEVARD
SUITE C
REDONDO BEACH, CALIFORNIA 90277
(310) 791-4466

Reported by: Arthur M. Schneider CSR No. 4771

the phone calls.

Q Who do you know John Tuck to be?

A Someone in the Washington office of the DOE.

MR. KOLAR: I would like to mark this as Exhibit 111.

(The above-mentioned document was marked for identification by the Certified Shorthand Reporter, and is attached hereto.)

BY MR. KOLAR:

Q Exhibit 111 is Mr. Moore's report of a telephone conversation that he initiated to you on July 13. Do you recall that conversation?

A I don't recall a conversation.

Q Do you recall Mr. Moore at any time informing you that Department of Energy was delaying the pending award fee determination until August?

A I recall upon reflection and refreshing yesterday, that such a call did take place.

Q What was said during that call?

A That the award fee was going to be delayed. I don't recall how long or --

Q Do you recall how you responded to

that information?

A I acknowledged.

Q Did you acquiesce or agree?

A Yes.

Q Let's go ahead and mark this as Exhibit 112.

(The above-mentioned document was marked for identification by the Certified Shorthand Reporter, and is attached hereto.)

BY MR. KOLAR:

Q Before you look at that document, Mr. Iacobellis, going back to the conversation you just testified to, was that a conversation between you and Mr. Moore, Henson Moore, and who were the participants in that conversation?

A Under the nature of the previous question, I assume it was Mr. Moore. I have no reason to believe it was not Mr. Moore. I have no recollection of anybody else being on the phone call.

Q Why don't you go ahead then and peruse Exhibit 112.

A (Witness complies.)

Q I think if you look at the first

conditions?

A I don't recall. Was the next one --

I am asking you. Was the next one the phone call between Watkins and Beall?

Q To tell you the truth, I am not sure whether there weren't others, but let me simply ask you, do you have any recollection of Admiral Watkins telling Rockwell that he would terminate Rockwell if Rockwell suspended operations?

A No.

MR. KOLAR: Let me have a couple minutes to review what we have done so far, and I will be able to tell you. I may not have any additional questions.

MR. NEY: Why don't we take a five-minute break.

(Short recess).

BY MR. KOLAR:

Q I just have a couple summary questions, and I will be through. Do you have any recollection, Mr. Iacobellis, of discussing at any time in this period from June 1989 to September 1989, award fees with the Department of Energy?

A Yes. Only to the extent in line with what I already testified, that -- and refresh my

memory with these letters, that Henson Moore asked or told me or suggested that we would -- he was asking for a delay in the determinations. That's the extent of what I remember.

Q That's all you remember?

A Yes.

Q I think you indicated earlier you agreed to that; is that correct?

A Yes.

MR. KOLAR: I don't have anything else at this time.

MR. NEY: We have no questions.