IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE BOEING COMPANY, SUCCESSOR-IN-INTEREST TO ROCKWELL INTERNATIONAL CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 91-1362 C (Judge Lettow) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DECLARATION OF JOHN A. KOLAR IN OPPOSITION TO ROCKWELL'S SUMMARY JUDGMENT MOTION AND IN SUPPORT OF THE GOVERNMENT'S CROSS-MOTION**

I, John A. Kolar, declare and state as follows:

1. I am a Trial Attorney with the Commercial Litigation Branch, Civil Division, Department of Justice. I am counsel of record for the defendant, the United States of America, in this proceeding. I make this declaration on my personal knowledge and could competently testify to the matters set forth herein, if necessary.

2. Attached hereto as Exhibit 1 is a copy of Pub. L. 95-91, Title II, § 201 (August 4, 1977), 91 Stat. 565, 569, codified as 42 U.S.C. § 7131, and 42 U.S.C. §§ 7231(a), 7252, 7253(a), and 7256(a).

3. Attached hereto as Exhibit 2 is a copy of the Secretary of Energy's Delegation Order No. 0204-98.

4. Attached hereto as Exhibit 3 is a copy of Redelegation Order 0204-98.1 signed by DOE's Assistant Secretary, Management and Administration.

5. Attached hereto as Exhibit 4 is a copy of a July 8, 1986 Memorandum from Burton J. Roth to the Manager of the Albuquerque Operations Office.

6. Attached hereto as Exhibit 5 is a copy of 48 C.F.R. § 3.101-1 and § 1.602-2 (b).

7. Attached hereto as Exhibit 6 is a copy of Mod M124, clause 84, p. 178, of contract DE-AC04-76DP03533.

8. Attached hereto as Exhibit 7 is a copy of excerpts of the Trial Testimony of Bruce Twining in *Stone v. Rockwell*, 3/15/99.

9. Attached hereto as Exhibit 8 is a copy of excerpts of the Deposition of Bruce Twining in this proceeding, 2/23/89.

10. Attached hereto as Exhibit 9 is a copy of excerpts of the Deposition of Ed Goldberg in *Stone v. Rockwell*, 4/23/98.

11. Attached hereto as Exhibit 10 is a copy of excerpts of the Deposition of W. Henson Moore in *Stone v. Rockwell*, 4/15/98.

12. Attached hereto as Exhibit 11 is a copy of excerpts of the Search Warrant Affidavit in the Matter of the Search of the Rocky Flats Plant, Case No. 89-730M (D. Colo. 1989).

13. Attached hereto as Exhibit 12 is a copy of excerpts of the Deposition of James D. Watkins in *Stone v. Rockwell*, 4/29/94.

14. Attached hereto as Exhibit 13 is a copy of excerpts of the Deposition of John C. Tuck in *Stone v. Rockwell*, 4/27/98.

15. Attached hereto as Exhibit 14 is a copy of excerpts of the Deposition of Troy Wade in this proceeding, 9/21/94.

16. Attached hereto as Exhibit 15 is a copy of excerpts of the Deposition of Bruce Twining in *Stone v. Rockwell*, Vol. I, 4/7/98.

17. Attached hereto as Exhibit 16 is a copy of excerpts of the Deposition of Bruce

Twining in *Stone v. Rockwell*, Vol. II, 4/8/98.

18. Attached hereto as Exhibit 17 is a copy of excerpts of the Deposition of James D. Watkins in this proceeding, 4/29/94.

19. Attached hereto as Exhibit 18 is a copy of a June 6, 1989 Memorandum from John C. Tuck to Bruce Twining and E.S. Goldberg.

20. Attached hereto as Exhibit 19 is a copy of excerpts of the Trial Testimony of Ed Goldberg in *Stone v. Rockwell*, 3/22/99.

21. Attached hereto as Exhibit 20 is a copy of a June 9, 1989 Memorandum from John Tuck to Edward Goldberg.

22. Attached hereto as Exhibit 21 is a copy of excerpts of the Deposition of Jon Barr in this proceeding, 9/23/94.

23. Attached hereto as Exhibit 22 is a copy of excerpts of the Deposition of Ed Goldberg in this proceeding, 11/10/92.

24. Attached hereto as Exhibit 23 is a copy of excerpts of the Trial Testimony of James D. Watkins in *Stone v. Rockwell*, 3/16/99.

25. Attached hereto as Exhibit 24 is a copy of samples of Daily and Weekly Reports sent by the Rocky Flats Office to DOE Headquarters.

26. Attached hereto as Exhibit 25 is a copy of a June 22, 1989 draft Memorandum from Edward S. Goldberg to John Tuck.

27. Attached hereto as Exhibits 26 through 26-E is a copy of excerpts from the Assessment of Environmental Conditions at the Rocky Flats Plant, August 1989.

28. Attached hereto as Exhibit 27 is a copy of a July 7, 1989 Bi-Weekly Report from D.J. Sanchini to S.F. Iacobellis.

29. Attached hereto as Exhibit 28 is a copy of a August 17, 1989 Bi-Weekly Report from Edward S. Goldberg to John L. Meinhardt.

30. Attached hereto as Exhibit 29 is a copy of a July 21, 1989 Memorandum from John C. Tuck to Bruce Twining and E.S. Goldberg.

31. Attached hereto as Exhibit 30 is a copy of the May 17, 1989 Award Fee Performance Review by the Albuquerque Operations Office's Performance Evaluation Review Board (PERB).

32. Attached hereto as Exhibit 31 is a copy of excerpts of the Deposition of Henson Moore in this proceeding, 4/29/94.

33. Attached hereto as Exhibit 32 is a copy of a May 31, 1989 Memorandum from Bruce Twining to Troy E. Wade, II.

34. Attached hereto as Exhibit 33 is a copy of a September 20, 1989 Memorandum from John L. Meinhardt to Bruce Twining.

35. Attached hereto as Exhibit 34 is a copy of a September 12, 1989 DOE News Release.

36. Attached hereto as Exhibit 35 is a copy of a December 6, 1989 Memorandum from David P. Simonson to John C. Tuck.

37. Attached hereto as Exhibit 36 is a copy of excerpts of the Deposition of Robert Nelson in this proceeding, 11/9/92.

38. Attached hereto as Exhibit 37 is a copy of a February 26, 1990 Letter from Robert M. Nelson, Jr. To Dominick J. Sanchini.

39. Attached hereto as Exhibit 38 is a copy of a Letter from D.R. Beall to The Honorable James D. Watkins.

40. Attached hereto as Exhibit 39 is a copy of excerpts of the Deposition of Donald Beall in this proceeding, 7/18/94.

41. Attached hereto as Exhibit 40 is a copy of a June 15, 1989 Letter from James D. Watkins, Admiral, U.S. Navy (Retired) to Mr. Donald R. Beall, Chairman and Chief Executive Officer, Rockwell International Corporation.

42. Attached hereto as Exhibit 41 is a copy of a LEXIS NEXIS printout of a June 17, 1989 New York Times article.

43. Attached hereto as Exhibit 42 is a copy of a June 20, 1989 Letter from W. Henson Moore to Mr. Sam Iacobellis.

44. Attached hereto as Exhibit 43 is a copy of a June 28, 1989 Letter from D.R. Beall to Admiral James D. Watkins.

45. Attached hereto as Exhibit 44 is a copy of a Memorandum for The File from W. Henson Moore.

46. Attached hereto as Exhibit 45 is a copy of excerpts of the Deposition of Sam Iacobellis in this proceeding, 7/19/94.

47. Attached hereto as Exhibit 46 is a copy of an August 14, 1989 Letter from Donald R. Beall to Admiral James D. Watkins.

48. Attached hereto as Exhibit 47 is a copy of an August 25, 1989 Letter from Admiral Watkins to Mr. Donald R. Beall.

49. Attached hereto as Exhibit 48 is a copy of a September 18, 1989 Memorandum to File from Stephen A. Wakefield.

50. Attached hereto as Exhibit 49 is a copy of a September 20, 1989 Letter from Admiral Watkins to Mr. Donald R. Beall.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of July 2006 at Washington, D.C.

s/ John A. Kolar

JOHN A. KOLAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tele: (202) 305-9301
Attorney for Defendant