IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 91-1362 C

(Filed: August 24, 2006)

THE BOEING COMPANY, SUCCESSOR-IN-INTEREST TO ROCKWELL INTERNATIONAL CORPORATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before this court are the plaintiff's motion for summary judgment, filed May 31, 2006, and the defendant's cross-motion for summary judgment, filed July 27, 2006.

A hearing is scheduled for September 21, 2006, at 2:00 p.m. EDT in this case to address these motions. The hearing will take place by telephonic means, unless either party requests an in-person hearing. This court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge