PL. SUPP. EX. 45

UNITED STATES COURT OF FEDERAL CLAIMS

ROCKWELL INTERNATIONAL CORPORATION,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

No. 91-1362 C
(Judge Yock)

ORIGINAL

DEPOSITION OF:

BRUCE G. TWINING

Tuesday, February 23, 1993

10:00 A.M.

Reported by:

BARBARA K. HARRIS

CSR # 93

TEARNEY & TEARNEY
Certified Court Reporters
1950 Sawtelle Blvd., Suite 320
Los Angeles, CA 90025
310/477-8867 FAX 310/478-8412

MR. KOLAR: Objection; again calls for speculation, lack of foundation.

MR. NYE: Well, the foundation is Mr. Troell's memorandum that refers to a grade of 87 and I'm asking how he learned -- if he knows. He either does or doesn't --

MR. KOLAR: I will limit my objection to calls for speculation because it's asking how Mr. Troell knew.

Q. If you have knowledge. Don't speculate. If you know.

A. I cannot explain the date on this memo being July 27 and the date on Mr. Troell's memo being July 10th. My recollection of this process is we got a recommendation from Goldberg, the PERB considered that recommendation, and we went into headquarters with a modified proposal.

Q. Did you have conversations with Mr. Goldberg on the subject of his recommendation of '87?

A. I don't think so before we got the letter.

Q. Okay.

A. The conversations that I had with Mr. Goldberg, after he took over at Rocky Flats, were trying to have us continue to provide support in areas that he wasn't equipped to deal with in this new management arrangement that had been implemented by the Tuck memo.

Q. At any time have you had discussions with Mr. Goldberg with respect to Mr. Goldberg's recommendation of 87 as the award fee grade for Rockwell for the first period in 1989?

A. I don't recall. I don't recall those conversations.

Q. One way or the other.

A. One way or the other.

Q. On the first page of Exhibit 49, in the last sentence, it states that "Subsequently," and I think in context that means subsequent to the PERB making its recommendation to you, "much more stringent expectations of contractor performance have been mandated by the secretary and other DOE policy makers' statements and issuances." Do you know what is being referred to there?

A. Well, when Secretary Watkins came in he made it very clear that he was going to put a major priority on ES & H, and the level of DOE's performance in those areas. And I think that is what he is referring to.

Q. As of July 10, how long would Mr. Goldberg have been at Rocky Flats?

A. Well, a little over a month.

Q. Do you know what sources of input Mr. Goldberg was receiving at Rocky Flats with respect to Rockwell's performance over the first award fee period for '89?

A. Just this letter is all I recall.

Q. Was there anything in that letter that you didn't know about before in the process of making your own recommended grade?

MR. KOLAR: Take your time and read the letter through.

A. I would say there are details here that I wasn't aware of.

Q. And these would be details that were not included in the material that you received from the PERB?

A. I'm not sure.

Q. You don't know one way or the other without --

A. Without going back and doing it.

Q. -- and studying it. And Mr. Troell, looking at Exhibit 49, makes a suggestion to you, is that a fair characterization, that "Since Mr. Goldberg" -- I'm looking at the last paragraph -- "has been on-site for several weeks, that he would have greater insight into the current conditions at the plant, and, accordingly, we," I take it that's the PERB, "do not believe you are in a position to offer an informed alternative to his proposal"?

A. Yes.

Q. Did you concur with that recommendation?

A. Yes.

Q. Let me show you what has been marked as

the board's action or not.

Q. You might note on Exhibit 49, Mr. Troell's memorandum, there is the handwritten note that somebody wrote in handwriting at the bottom of it. It says, "Charlie, this is the draft memo which was sent to Mr. Tuck on July 10, 1989. You may want to sign this memo for our records. Ted Hill." I assume that's Mr. Hill's handwriting?

A. That's his name down there.

Q. You don't know? Okay. Was it unusual for an area manager to recommend an award fee after the PERB had already made a recommendation to you?

A. It was unusual to have a plant invaded by the FBI and the EPA. There were a lot of unusual things around this whole...

Q. Had you ever had an area manager recommend a different award fee grade after the process had already gone through the PERB?

A. No.

Q. Do you know if anyone asked Mr. Goldberg to take a look at the proposed award fee?

A. No, I don't.

Q. It wasn't the responsibility of an area manager to do that, was it, after the PERB had already reached a decision?

A. No.
Q. Let me show you a document that has been marked Exhibit 50 for identification, a memorandum from Mr. Tuck again to you and Mr. Goldberg.
A. Okay.
Q. Is there any significance in Mr. Goldberg reporting to the Assistant Secretary for Defense Programs versus his prior reporting responsibility which was to the Undersecretary of Energy?
A. Defense Programs was the primary customer organization for the product at Rocky Flats.
Q. Is that who you reported to?
A. I'm not sure when things happened. I reported to Tuck and the secretary until the secretary decided how he wanted to reorganize, and at that point me and a number of other field office managers were changed over to reporting to DP, because the Assistant Secretary for Defense Programs was the primary programatic contact in Washington, and so all of the field structure was eventually tied into a programatic secretarial officer.
Q. As of the June/July 1989 time frame, was the Rocky Flats office and the Albuquerque office basically on the same horizontal line as far as the organizational structure, Department of Energy?
A. I'm not sure when my line was changed from

Q. Have you seen this document before?

A. Yes.

Q. Is that your signature on it?

A. Yes.

Q. You note that in the third paragraph it states that, "As stated in my draft memorandum to John C. Tuck dated July 10, '89"?

A. Yes.

Q. Does that refresh your recollection that that memorandum, indeed, went to Mr. Tuck?

A. I would say that's one way to interpret that. I'm a little surprised that we reference a draft memorandum as an official memorandum, but that...

Q. You state that, "I am not" -- you being Mr. Twining -- "am not in a position to offer an informed alternative to his proposal, especially in view of our changing philosophy in the application of Department of Energy performance standards and level of DOE expectations."

What do you mean by that, that you were "not in a position to offer an informed alternative"?

A. What I meant is at this point there were many more people looking at that plant in intimate detail than there had been before the raid, and that since Albuquerque was no longer in the loop and we didn't have access to the site, I didn't have any way to validate what they are finding. So I

was accepting what other federal employees, who were on site, were discovering during this period after the raid.

Q. What is the purpose of this memorandum to Mr. Meinhardt?

A. Well, the purpose of this memorandum was to respond to the nonconcurrence around my prior recommendation, and to provide a new recommendation for headquarters' consideration, and this new recommendation reflected the input from Ed Goldberg who was the acting area manager of Rocky Flats.

Q. At the time you sent this memorandum, did you have any information that headquarters was considering an even lower award fee?

A. No.

Q. Let me show you a document that has been marked Plaintiff's Deposition Exhibit 150.

A. Okay.

Q. Who would have prepared this letter?

A. Well, I can't tell because there is not an organizational code on it, but probably our contracts people.

Q. Did they have forms in their word processor for these award fee letters to contractors?

A. I don't know.

Q. Do you know when this letter was prepared?

MR. KOLAR: Let me have a moment. Okay.

Q. If you will look at the top page that has the Bates number E 000936, and going over to 937, that is a memorandum to you from Mr. Meinhardt; correct?

A. Yes.

Q. And in that Mr. Meinhardt proposes a Rockwell award fee.

A. Yes, he does.

Q. Now, would this be the communication that you testified to earlier that you believe you received some memo from Mr. Meinhardt on a lower award fee?

A. Yes.

Q. This would be it?

A. Yes.

Q. Now the memorandum to you from Mr. Meinhardt is dated September 20, 1989.

A. Yes.

Q. Do you recall whether you had any discussions with Mr. Meinhardt prior to September 20 in connection with this proposed award fee?

A. I don't recall specifically.

Q. Which means you don't recall one way or the other?

A. No.

Q. No, you don't recall one way or the other?

A. No, I do not recall one way or the other.

Q. All right. The memorandum is dated, as I said, September 20. Do you know when you would have received this memorandum?

A. We could have very well gotten it that day on a fax machine.

Q. Do you recall?

A. No.

Q. How were memoranda or other documents generally communicated between headquarters and Albuquerque? Fax? Letter? Federal Express?

A. All of the above. Important things quite typically go on the fax.

Q. When a document was faxed to you, would it also have been mailed to you?

A. Yes, I think so, but I can't speak to this one.

Q. And you just don't recall one way or the other?

A. No.

Q. If you would turn to the pages that bear Bates numbers E 000938 and 939. Is this a draft letter from you to Mr. Sanchini that was prepared by Mr. Meinhardt?

A. Yes, it appears so.

Q. Have you ever had any other occasions where your draft award fee letter to a contractor was drafted by a headquarters official?

A. We have had occasions where headquarters has

provided comments that were of concern to them and that we have incorporated.

Q. Have they ever drafted a letter that says "Dear Mr."?

A. Not that I recall.

Q. In Mr. Meinhardt's memorandum to you, on the page that is E 000936 --

A. Yes.

Q. -- the last sentence on that page states, "Admiral Watkins concurs in this recommendation."

A. Yes.

Q. Was there some significance from your point of view for a reference to Admiral Watkins?

A. Not really, other than to give me an indication that this response had been staffed within the department.

Q. Had been what?

A. Had been staffed within the department.

Q. What does that mean, "staffed"? I assume Admiral Watkins isn't on somebody's staff.

A. That means that DP had taken it to the people who were interested and gotten their agreement in it.

Q. Had you ever had any conversations with Admiral Watkins concerning Rockwell's award fee?

A. No.

Q. Now, on this exhibit, the first two pages of it,

A. No.

Q. Did you have any conversations with Mr. Meinhardt about his memorandum and the proposed fee, after you received this communication?

A. I told you I don't recall any specific telephone discussions or face-to-face discussions with Meinhardt on the award fee. It doesn't mean they didn't happen.

Q. On the first page of your official file copy, it says in the bottom, in quotes, "Previous concurrence remains valid." Do you see that?

A. Yes.

Q. What does that refer to?

A. That could refer to the fact that this memo made it partway through the chain and then somebody suggested a change, and the author decided that that change didn't merit going back through the whole concurrence chain again.

Q. You're the author, aren't you?

A. No, Ted Cone is the author.

Q. Even though it's your --

A. It was written for me to send to Dominick Sanchini.

Q. When you sent letters on the award fee, was it customary for you to say "The Department of Energy determines"?

MR. KOLAR: If you had a custom.

PL. SUPP. EX. 46

CERTIFIED COPY



No. 91-1362 C

UNITED STATES CLAIMS COURT

-oOo-

ROCKWELL INTERNATIONAL CORPORATION, :
Plaintiff, :
vs. :
UNITED STATES OF AMERICA, :
Defendant. :

---

DEPOSITION OF

EDWARD S. GOLDBERG

Tuesday, November 10, 1992

Reno, Nevada

Reported by:

NANCY J. REIGLE, CSR #266, RPR, CP
CALIFORNIA CSR #7643



TEARNEY & TEARNEY
Certified Shorthand Reporters

from Mr. Charles Troell to Bruce Twining dated July 10th, 1989.

Please review the document and tell me if you have ever seen this before.

(Exhibit 49 was marked.)

THE WITNESS: I do not recall that I have seen this thing. I don't know that I have not, but just sitting here looking at it I don't recall.

BY MR. KELLEY:

Q Let me direct your attention to the second page of the memorandum where it indicates that you have proposed an overall numerical rating of 87 for Rockwell's award fee.

A It says that, yes.

Q By July 10th of 1989, then had you proposed an overall rating for Rockwell's award fee?

A To the best of my knowledge I just don't remember. All I can do is read what it says there. I don't even recall the 87, although there was a numerical number.

I just-- it's too long-- too far away to recall those kinds of details.

Q When did you first learn that you would become involved in Rockwell's award fee?

A It was sometime during the early period

that I was there that I was asked by headquarters, I believe it was Mr. Tuck, it could have been Mr. Duffy, but I just don't recall, was asked to review the award fee for the period October 1st through March 31st.

Q You were requested then by either Mr. Tuck or Mr. Duffy to review Rockwell's award fee; is that right?

A Yes.

Q Were you requested by Mr. Twining to review Rockwell's award fee?

A I don't recall what Mr. Twining's part in it was, but he certainly was cognizant of what I was doing.

Q Were you requested by Mr. Tuck or Mr. Duffy, either both of them or just one of them, to review Rockwell's award fee?

A Best of my knowledge it was one, but I don't remember which one, I mean, each one was cognizant of what was going on.

Q What were you told to do with respect to Rockwell's award fee?

A I was asked to review it.

Q What were you asked to review?

A I was asked to review it in light of the new information that was being developed by the

overview team with regard to that award fee period.

Q When you were asked to review Rockwell's award fee, was there already some award fee that had been determined?

A Yes. To the best of my knowledge I was given the award fee package to review.

Q What was in that package?

A It was Mr. Twining's staff and Mr. Twining's recommendation to headquarters.

Q Mr. Goldberg, I'm handing you a document that has been previously marked as Exhibit 12 which is a memorandum from Mr. Twining to Troy Wade dated May 31st, 1989.

Would you please review the document and tell me if you've ever seen it before?

A I do not recall seeing this document or not seeing it. It just doesn't ring a bell with me. I'm sorry.

Q Was this part of the package you were given?

A I don't remember.

Q Who gave you the package to review in connection with Rockwell's award fee?

A It was sent up to the best of my knowledge from Albuquerque, and I just don't remember. It might

a package at that time?

A Not that I recall.

Q Were you provided with that package shortly thereafter?

A I don't know when it came. It was just sometime in early June, early part of my tenure there.

Q Did Mr. Tuck or Mr. Duffy describe to you how you should go about reviewing Rockwell's award fee?

A No.

Q What was the period of the award fee for which you were to review?

A The best of my knowledge it was the period October to March, somewhere in there.

Q October 1988 through--

A Yeah.

Q --March of 1989?

A Yes.

Q Is that the-- was that the first half of the fiscal year of 1989?

A Yes, I believe that's correct.

Q What did you do after Mr. Tuck or Mr. Duffy requested that you review Rockwell's award fee?

A I talked with Mr. Barkmeier, the best of my recollection, and-- and asked him to review the award fee in light of the new information that had been

uncovered by the team that I had brought from various parts of the department to conduct this evaluation of the Rocky Flats operation.

Q Who was Mr. Barkmeier?

A He was a member of the Rocky Flats area office who was charged with the administrative side of the business at Rocky Flats.

Q Did you talk to Mr. Barkmeier about Rockwell's award fee prior to receiving the package from Albuquerque?

A I don't recall. It was simultaneous as far as I can remember within that period. I just don't recall.

Q Did you provide to Mr. Barkmeier the package you received from Albuquerque?

A He might have received the package through the administrative channel. I do not remember whether I received it direct, but it was a kind of a simultaneous action if you can consider it within a few days of each other a simultaneous action.

Q Are you saying that the package may have been sent directly to Mr. Barkmeier?

A It could have been; I just don't recall how the package came into my possession. It would have seemed natural that it would have come to him as the

A About the award fee? No.

Q Did you ever tell Mr. Sanchini approximately what award fee you were recommending?

A No.

Q Did you ever tell Mr. Sanchini anything about what award fee Rockwell might be getting?

A No.

Q Did you ever speak to anyone else at Rockwell about Rockwell's award fee?

A I do not believe I did. I do not recall any conversations that I had with anyone of the Rockwell Rocky Flats operation other than Mr. Sanchini. I do not recall that any conversations were had with the corporate people. I just don't remember, but I think he was the only person that I talked with.

Q What happened with your recommendation after you sent it to Albuquerque?

A It was my understanding in-- I don't specifically recall the details that my recommendation was agreed to by Mr. Twining. I don't have any direct knowledge except the conversation. I don't recall seeing the piece of paper.

Q Are you saying that you think he did agree with your recommendation, or not?

A Yes, sir, I think he did agree.

Q But you never saw any documentation on that?

A I don't recall seeing it at this point in time. It's just something that I just don't recall. You will have to look at the files and see if there was a piece of paper that came back to the Rocky Flats office. I just do not recall it.

Q Did you ever find out what Rockwell eventually received as an award fee?

A I don't know, you know, just sitting here at this point in time I just don't know. Only thing I do know is that it was reduced, and I do not remember or recall that I saw what the final number was, and I don't know why I don't recall, but I just don't.

Q After you sent your recommendation to Mr. Twining, did you speak with anyone at Albuquerque about Rockwell's award fee?

A Mr. Twining and I might have had some discussions, but specifically I don't recall anyone else. He might have called, and I just don't specifically recollect what took place after I sent the recommendation to Mr. Twining.

Q Did Mr. Twining call you or did you call Mr. Twining?

A It could have been either way.

Q What did you two discuss?

A I don't recall any of the discussions. What I'm saying is that he could have called for clarifications and so on; I just don't recall.

Q Did he ever express to you whether he agreed or disagreed with your recommendation?

A I don't recall.

Q After sending your recommendation on Rockwell's award fee to Mr. Twining, did you ever speak with anyone at DOE headquarters about Rockwell's award fee?

A I don't remember. It would only have been if I did to the extent that I've done the job, and that's it. I would not have discussed any details, but I specifically do not recall talking to anyone at headquarters.

Q Prior to sending your recommendation on Rockwell's award fee to Mr. Twining, did you speak with Mr. Twining about Rockwell's award fee?

A Mr. Twining and I had many conversations. I don't recall specifically the ones where the award fee might have come up. I just do not. But we talked because he was responsible for supplying considerable assistance to me, and as the budget was part of that assistance he was interested in what we were doing,

'cause the money was coming out of his budget. So we had many conversations, and the award fee could have come up in those conversations and discussed what we were doing, where we were going, but I do not specifically recall any of those conversations.

Q Was it your understanding that Mr. Twining was to provide you assistance in connection with Rockwell's award fee?

A Not specifically. Mr. Barkmeier was handling that, and I don't recall that he asked for any assistance from Mr. Twining. I certainly did not.

Q Did Mr. Twining ever tell you what he thought should be Rockwell's award fee?

A I certainly saw what he had initially recommended, but beyond what was written in that document he did not, to my-- best of my knowledge recommend anything to me after we initiated the relook.

Q Did he ever recommend anything different from what he had had in his written recommendation?

A As far as I know he made a recommendation to headquarters after I made my recommendation to him, and I don't recall what that was.

Q Prior to sending your recommendation on Rockwell's award fee to Mr. Twining, did you speak to anyone from headquarters about Rockwell's award fee?