IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 91-1362 C

(Filed: September 21, 2006)

THE BOEING COMPANY, SUCCESSOR-IN-INTEREST TO ROCKWELL INTERNATIONAL CORPORATION,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court are the plaintiff's motion for summary judgment, filed May 31, 2006, and the defendant's cross-motion for summary judgment, filed July 27, 2006. A hearing was held on September 21, 2006, to address these motions. As the court requested at the hearing, the plaintiff and the government shall each file a supplemental submission with additional documentary material and argument on or before October 30, 2006. Each party may then file a responsive brief no later than November 13, 2006.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge