Defendant's Supplemental Exhibit 66

EXP174

UNITED STATES

DEPARTMENT OF ENERGY

AWARD FEE DETERMINATION

PLANT

CONTRACT NO.: DE-AC04-76DP03533

CONTRACTOR: Rockwell International Corporation

PERIOD: October 1, 1988 - March 31, 1989

I hereby determine an award fee of $2,903,215. This determination is based on the attached memorandum from John L. Meinhardt, Acting Assistant Secretary for Defense Programs, and the attached Performance Evaluation Report.

Bruce G. Twining
Manager
Albuquerque Operations Office
Award Fee Determination Official

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL
FOR PERIOD OCTOBER 1, 1988 THROUGH MARCH 31, 1989

PRMP/PROVE

| FUNCTIONAL PERFORMANCE AREA | PREVIOUS 6 MONTHS | | CURRENT 6 MONTHS RECOMMENDED WEIGHTING | | |
|---|---|---|---|---|---|
| | WEIGHT | RATING | WEIGHT | RATING | GRADE |
| PROJECT MANAGEMENT | 0 | 0 | .25 | 75 | 18.75 |
| COST MANAGEMENT | 0 | 0 | .15 | 76 | 11.40 |
| SCHEDULE PERFORMANCE | 0 | 0 | .15 | 86 | 12.90 |
| SUBCONTRACT MANAGEMENT | 0 | 0 | .20 | 82 | 16.40 |
| DESIGN QUALITY | 0 | 0 | .15 | 78 | 11.70 |
| TECHNICAL PRODUCT QUALITY | 0 | 0 | .10 | 76 | 7.60 |
| TOTAL | 0 | 0 | 1.00 | | 78.75 |

| PERFORMANCE POINTS EARNED | AWARD FEE PER POINT | AWARD FEE |
|---|---|---|
| 0 - 70 | $ -0- | $ -0- |
| 71 - 75 | 15,509 x 5.0 | 77,545 |
| 76 - 80 | 29,079 x 3.75 | 109.046 |
| | | $186,591 |

| BASE FEE | RECOMMENDED AF | TOTAL |
|---|---|---|
| $53,850 | $186,591 | $240,441 |

| BASE FEE | MAXIMUM AF | TOTAL |
|---|---|---|
| $53,850 | $969,300 | $1,023,150 |

| | |
|---|---|
| % ACTUAL AWARD FEE VX. MAXIMUM AWARD FEE | 19.25% |
| % OF TOTAL ACTUAL FEES VS. TOTAL MAXIMUM FEES | 23.50% |

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL
FOR PERIOD OCTOBER 1, 1988 THROUGH MARCH 31, 1989

PLANT

| FUNCTIONAL PERFORMANCE AREA | PREVIOUS 6 MONTHS | | CURRENT 6 MONTHS RECOMMENDED WEIGHTING | | |
|---|---|---|---|---|---|
| | WEIGHT | RATING | WEIGHT | RATING | GRADE |
| GENERAL MANAGEMENT | .25 | 92 | .25 | 81 | 20.25 |
| COST MANAGEMENT | .15 | 97 | .15 | 95 | 14.25 |
| QUALITY | .15 | 97 | .15 | 88 | 13.20 |
| CHEMICAL OPERATIONS | .10 | 84 | .10 | 91 | 9.10 |
| PRODUCTION OPERATIONS | .15 | 97 | .15 | 96 | 14.40 |
| ENVIRONMENT, SAFETY AND HEALTH | .20 | 81 | .20 | 65.25 | 13.05 |
| TOTAL | 1.00 | 91.25 | 1.00 | | 84.25 |

| PERFORMANCE POINTS EARNED | AWARD FEE PER POINT | AWARD FEE |
|---|---|---|
| 0 - 70 | $ -0- | $ -0- |
| 71 - 75 | 109,152 x 5.0 | 545,760 |
| 76 - 80 | 204,660 x 5.0 | 1,023,300 |
| 81 - 85 | 270,015 x 4.25 | 1,147,564 |
| | | $2,716,624 |

| BASE FEE | RECOMMENDED AF | TOTAL |
|---|---|---|
| $379,000 | $2,716,624 | $3,095,624 |

| BASE FEE | MAXIMUM AF | TOTAL |
|---|---|---|
| $379,000 | $6,822,000 | $7,201,000 |

% ACTUAL AWARD FEE VS. MAXIMUM AWARD FEE 39.8%

% OF TOTAL ACTUAL FEES VS. TOTAL MAXIMUM FEES 43.0%

UNITED STATES

DEPARTMENT OF ENERGY

AWARD FEE DETERMINATION

PRMP/PROVE

CONTRACT NO.: DE-AC04-76DP03533

CONTRACTOR: Rockwell International Corporation

PERIOD: October 1, 1988 - March 31, 1989

I hereby determine an award fee of $ 186,591 . This determination is based on the attached Performance Evaluation Report.

Bruce G. Twining
Manager
Albuquerque Operations Office
Award Fee Determination Official

PERFORMANCE EVALUATION
ROCKWELL INTERNATIONAL CORPORATION
CONTRACT NO. DE-AC04-76DP03533
FOR THE PERIOD OCTOBER 1, 1988 - MARCH 31, 1989

The overall performance of Rockwell International Corporation (Rockwell) has been maintained at least at a level of "Satisfactory" during the period October 1, 1988, through March 31, 1989.

The following is an evaluation of the performance of Rockwell, relative to the management and operation of the Rocky Flats Plant, including the performance for the Plutonium Recovery Modification Project (PRMP)/Plutonium Recovery Option Verification Exercise (PROVE), in the Functional Performance Areas (FPA's) selected for award fee evaluation. The first section covers Plant operations while the second section covers PRMP/PROVE. The General Management FPA was evaluated considering performance for both areas.

The selected FPA's for Plant operations have been evaluated in accordance with the contract Award Fee Plan, and the following discussion of each FPA and resulting award fee earned reflects an integrated assessment of all factors.

PLANT

GENERAL MANAGEMENT: Significant improvement has been made in many important Plant functions during the appraisal period. While continued improvement is needed in many areas, Rockwell has done a remarkable job of pushing for and achieving recent improvements under extreme pressure. Interplant schedule compliance continued at 100% for the third consecutive rating period. There was a rapid resolution to the problem of obtaining United States Department of Transportation approval for using a modified ATMX railcar for making the first shipment of Transuranic mixed waste in 1989. The Emergency Preparedness organization has a well-planned and effective program, is involved in Albuquerque Operations Office (AL)-wide coordination activities, and continues to make improvements. A Rockwell "We Do Care" program was developed to address the maintenance work order backlog. In less than four years, Rockwell has exceeded a ten-year Energy Conservation Goal. In addition, Rockwell completed an automated logging system in all major production and support buildings. Inadequate project staffing for the PRMP continues to influence Rockwell's performance.

COST MANAGEMENT: Good data and narratives provided by Rockwell to define Department of Energy (DOE) unfunded Environment, Safety, and Health requirements in an FY89 supplemental budget request were also used to support DOE requests to Congress for additional FY90 funding. Rockwell has done an extraordinary job of tracking information and preparing responses to a large variety of budget information requests and of maintaining the current status of its requirements. In addition, construction project data sheets and conceptual design reports supporting Capital Budget requests were both of high quality and ahead of schedule. Budget narratives were improved and expanded and were helpful in DOE's analysis of Rockwell's resource requirements.



E 000982

QUALITY: Significant progress has been made towards implementing the Non-weapons Quality Assurance (NWQA) NQA-1 Standard at Rocky Flats. More specifically, NWQA activities conducted during the Building 771 restart have resulted in a significantly improved quality program to be used in the operation of the building. For War Reserve Quality Assurance, Rockwell is implementing Phase 2 of the Quality Improvement Plan which will continue a new culture in quality practices and should lead to further improvement in the Quality Assurance program. In Nondestructive Testing, an alert technician identified an anomaly in the X-ray film which lead to the detection of a defective process in another AL plant. This kind of effort reflects a work ethic that ensures a quality product for the DOE.

There were three incidents which came to DOE's attention where Rockwell failed to provide the necessary measures to adequately control nonconforming product material.

CHEMICAL OPERATIONS: Noteworthy progress has been made towards the implementation of the Operational Readiness Review (ORR) program as demonstrated through ORR's in Building 771 and elsewhere. Rockwell has also successfully completed the development of a new extractant compound for use in the Molton Salt Extraction process. Both of these accomplishments will yield safer and more controlled production processes while maintaining or improving production performance.

PRODUCTION OPERATIONS: Significant progress has been made on the number one priority for this year, excellence in facility operations, by the development of a Nuclear Facility Operations Manual and the active support of the AL effort to develop an Operational Surety Program. Rockwell has taken several steps to reduce work in process inventories and process times by, among other things, reduced planned process times in Building 460, reduced pit assembly process time in Building 707, and reduced lot sizes on the 3T bodies.

ENVIRONMENT, SAFETY, AND HEALTH: Progress towards achieving a high quality training program and the establishment of a new pilot radiation safety course are among the notable achievements in the radiation protection area. Rockwell has demonstrated good responsiveness in the preparation and coordination on National Emissions Standards for Hazardous Air Pollutants issues specific to the Rocky Flats Plant and has contributed to the DOE-wide review of this regulation. Significant progress has been made towards reducing the rate of radiological incidents. Several positive steps have been taken towards achievement of a permanent reduction in plant personnel radiation exposure. In the safety program, substantial corrective actions are underway, including the development of an integrated safety program. A Safety Review Group has been established and its efforts during the period were commendable.

The shutdown of Building 771, resulting despite earlier identification of safety problems, created major disruptions to the commitments for processing of plutonium. An unintentional release of dilute chromic acid revealed inadequate procedures for the reporting and coordination of discovered releases to the sewage treatment plant with downstream control of contamination. Rockwell's housekeeping of production buildings has not improved adequately. Although a downward trend has been achieved during the first five months of FY89, no significant progress in reducing the wound rate has yet occurred. Rockwell has been unable to resolve the 1988 National Pollutant Discharge Elimination System permit violations for five-day biochemical oxygen demand. Regarding the East Firing Range, Rockwell has taken no action to date in response to concerns about its safe operation. The ES&H management oversight of Building 771 operations after the January 19, 1989, phased restart was inadequate.

PRMP/PROVE

PROJECT MANAGEMENT: Rockwell has given PROVE renewed emphasis by separating responsibility for PROVE from that of the PRMP and placing it under a full-time project manager. The recently implemented "Precursor Plan" represents an improvement in direction for the entire project and was implemented with professionalism and enthusiasm.

Overall PRMP management attention to project technical, cost, schedule, and manpower need was inadequate. In addition, inadequate project staffing continues to influence Rockwell's performance.

COST MANAGEMENT: Cost development and baselining of costs for the "Precursor Plan" have been handled with the highest degree of quality. Rockwell's redirection of J. A. Jones' manpower planning on PROVE resulted in reduced costs and apparent increased construction productivity.

PROVE continues to demonstrate cost growth. PRMP cost planning far exceeded available project funding allocations.

SCHEDULE PERFORMANCE: Rockwell has successfully resolved several problems which were impacting schedule in the PROVE area. The diligent effort by Rockwell, Bechtel, and J. A. Jones in the joint development of the Precursor planning has resulted in a comprehensive schedule that should provide a smooth transition from PROVE to the receipt of capital funding for PRMP.

The PROVE schedule has deteriorated during the reporting period, extending the PROVE end date from 1/90 to 8/90.

SUBCONTRACT MANAGEMENT: Rockwell, consistent with project technical needs and evolved cost and schedules, has provided rapid and effective subcontract redirection of Bechtel. Rockwell subcontract management of J. A. Jones has ensured J. A. Jones' participation in construction planning. Rockwell has been successful in obtaining active participation and commitment from the National Laboratories and other Rockwell organizations on the PRMP Precursor Program.

The subcontract work with the PROVE glovebox manufacturer has resulted in the need for significant rework to the glovebox piping and piping penetration welds. Line Item and cost/schedule activities over the balance of the FY89 demand that Rockwell provide continuous site representation at Bechtel.

DESIGN QUALITY: The Precursor Program, geared toward improving PRMP design quality, has been initiated with broad based involvement. Use of the Configuration Control System for PROVE has been greatly improved.

The quality of the existing PROVE engineering has been poor, and change orders to correct poor initial design quality are reflected in cost growth.

TECHNICAL PRODUCT QUALITY: PROVE activities in addressing and rectifying glovebox welding problems are directed towards, and should significantly improve, technical product quality.

Welding problems recently surfacing on the PROVE glovebox indicate a significant lack of technical product quality success.

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL
FOR PERIOD OCTOBER 1, 1988 THROUGH MARCH 31, 1989

PLANT

| FUNCTIONAL PERFORMANCE AREA | PREVIOUS 6 MONTHS WEIGHT | PREVIOUS 6 MONTHS RATING | CURRENT 6 MONTHS RECOMMENDED WEIGHTING WEIGHT | RATING | GRADE |
|---|---|---|---|---|---|
| GENERAL MANAGEMENT | .25 | 92 | .25 | 92 | 23.00 |
| COST MANAGEMENT | .15 | 97 | .15 | 95 | 14.25 |
| QUALITY | .15 | 97 | .15 | 95 | 14.25 |
| CHEMICAL OPERATIONS | .10 | 84 | .10 | 91 | 9.10 |
| PRODUCTION OPERATIONS | .15 | 97 | .15 | 96 | 14.40 |
| ENVIRONMENT, SAFETY AND HEALTH | .20 | 81 | .20 | 81 | 16.20 |
| TOTAL | 1.00 | 91.25 | 1.00 | | 91.20 |

| PERFORMANCE POINTS EARNED | AWARD FEE PER POINT | AWARD FEE |
|---|---|---|
| 0 - 70 | $ -0- | $ -0- |
| 71 - 75 | 109,152 x 5.0 | 545,760 |
| 76 - 80 | 204,660 x 5.0 | 1,023,300 |
| 81 - 85 | 270,015 x 5.0 | 1,350,075 |
| 86 - 90 | 354,744 x 5.0 | 1,773,720 |
| 91 | 532,457 x 1.0 | 532,457 |
| 92 | 505,851 x 0.2 | 101,170 |
| | | $5,326,482 |

| BASE FEE | RECOMMENDED AF | TOTAL |
|---|---|---|
| $379,000 | $5,326,482 | $5,705,482 |

| BASE FEE | MAXIMUM AF | TOTAL |
|---|---|---|
| $379,000 | $6,822,000 | $7,201,000 |

% ACTUAL AWARD FEE VX. MAXIMUM AWARD FEE 78.08%

% OF TOTAL ACTUAL FEES VS. TOTAL MAXIMUM FEES 79.23%

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL
FOR PERIOD OCTOBER 1, 1988 THROUGH MARCH 31, 1989

PRMP/PROVE

| FUNCTIONAL PERFORMANCE AREA | PREVIOUS 6 MONTHS | | CURRENT 6 MONTHS RECOMMENDED WEIGHTING | | |
|---|---|---|---|---|---|
| | WEIGHT | RATING | WEIGHT | RATING | GRADE |
| PROJECT MANAGEMENT | 0 | 0 | .25 | 75 | 18.75 |
| COST MANAGEMENT | 0 | 0 | .15 | 76 | 11.40 |
| SCHEDULE PERFORMANCE | 0 | 0 | .15 | 86 | 12.90 |
| SUBCONTRACT MANAGEMENT | 0 | 0 | .20 | 82 | 16.40 |
| DESIGN QUALITY | 0 | 0 | .15 | 78 | 11.70 |
| TECHNICAL PRODUCT QUALITY | 0 | 0 | .10 | 76 | 7.60 |
| TOTAL | 0 | 0 | 1.00 | | 78.75 |

| PERFORMANCE POINTS EARNED | AWARD FEE PER POINT | AWARD FEE |
|---|---|---|
| 0 - 70 | $ -0- | $ -0- |
| 71 - 75 | 15,509 x 5.0 | 77,545 |
| 76 - 80 | 29,079 x 3.75 | 109.046 |
| | | $186,591 |

| BASE FEE | RECOMMENDED AF | TOTAL |
|---|---|---|
| $53,850 | $186,591 | $240,441 |

| BASE FEE | MAXIMUM AF | TOTAL |
|---|---|---|
| $53,850 | $969,300 | $1,023,150 |

% ACTUAL AWARD FEE VX. MAXIMUM AWARD FEE 19.25%

% OF TOTAL ACTUAL FEES VS. TOTAL MAXIMUM FEES 23.50%

Defendant's Supplemental Exhibit 67

Y60

**Department of Energy**
Albuquerque Operations Office
P. O. Box 5400
Albuquerque, New Mexico 87115

SEP 27 1989

Mr. Dominick J. Sanchini
President
Rocky Flats Plant
North American Space Operations
Rockwell International Corporation
P. O. Box 464
Golden, CO 80402

Dear Mr. Sanchini:

In accordance with Appendix D of Contract DE-AC04-76DP03533, the Department of Energy (DOE) hereby determines that Rockwell International Corporation (Rockwell) has earned an award fee of $2,716,624 for Plant and $186,591 for PRMP/PROVE, for a total of $2,903,215. The enclosed Performance Evaluation Report for the period October 1, 1988 through March 31, 1989, and a Memorandum from the Acting Assistant Secretary for Defense Programs, provide the basis for the DOE award fee determination.

The award fee approved by the DOE for payment to Rockwell was pursuant to an award fee plan previously developed to cover the period October 1, 1988 to March 31, 1989. This was prior to the institution by the DOE of stronger and tougher award fee plans to reward improvements in environment, safety, and health (ES&H) and substantially increase the proportion of the fee attributable to ES&H performance. Under the old contract provisions, however, the DOE was constrained as to the weight that might be given to ES&H performance in setting the fee for the six month period covered.

In the old award fee plan, which includes this period, up to 20% of the total amount of fee paid could be attributable to performance in the ES&H area. By reducing the award fee for ES&H to "Unsatisfactory," the DOE is indicating to Rockwell that your ES&H performance is unacceptable. Under the new plan, effective for performance after October 1, 1989, failure in any important area critical to contract performance may result in the payment of no award fee.

As specified in the Contract, you may, within five working days after receipt of this letter, request an opportunity to present to the DOE an analysis of your performance under the Contract. Otherwise, you may withdraw funds as a net award fee in the above amount from your Special Bank Account.

If you wish to meet with the DOE, please contact the Rocky Flats Office which will coordinate those arrangements for you.

Sincerely,

Bruce G. Twining
Manager

Enclosures

cc w/enclosures:
David P. Simonson, Area Manager, RFO

PERFORMANCE EVALUATION
ROCKWELL INTERNATIONAL CORPORATION
CONTRACT NO. DE-AC04-76DP03533
FOR THE PERIOD OCTOBER 1, 1988 - MARCH 31, 1989

The overall performance of Rockwell International Corporation (Rockwell) has been maintained at least at a level of "Satisfactory" during the period October 1, 1988, through March 31, 1989.

The following is an evaluation of the performance of Rockwell, relative to the management and operation of the Rocky Flats Plant, including the performance for the Plutonium Recovery Modification Project (PRMP)/Plutonium Recovery Option Verification Exercise (PROVE), in the Functional Performance Areas (FPA's) selected for award fee evaluation. The first section covers Plant operations while the second section covers PRMP/PROVE. The General Management FPA was evaluated considering performance for both areas.

The selected FPA's for Plant operations have been evaluated in accordance with the contract Award Fee Plan, and the following discussion of each FPA and resulting award fee earned reflects an integrated assessment of all factors.

PLANT

<u>GENERAL MANAGEMENT</u>: There was a rapid resolution to the problem of obtaining United States Department of Transportation (DOT) approval for using a modified ATMX railcar for making the first shipment of Transuranic mixed waste in 1989. Interplant schedule compliance continued at 100% for the third consecutive rating period. The Emergency Preparedness organization has a well-planned and effective program, is involved in Albuquerque Operations Office (AL)-wide coordination activities, and continues to make improvements. In less than four years, Rockwell has exceeded a ten-year Energy Conservation Goal.

Rockwell has not made adequate progress to prepare for utilization of the TRUPACT II container when it becomes available. The identification and timely resolution of problems by Rockwell is often slow. Rockwell has recently violated DOT regulations on two shipments to the Nevada Test Site. Despite the knowledge that nitrate concentrations on the 750 pad have increased, little action has been taken to contain saltcrete after precipitation events. Rockwell is still not placing sufficient emphasis on the timely establishment of the Rocky Flats Institute. Inadequate project staffing for the PRMP continues to influence Rockwell's performance.

<u>COST MANAGEMENT</u>: Good data and narratives provided by Rockwell to define Department of Energy (DOE) unfunded Environment, Safety, and Health requirements in an FY89 supplemental budget request were also used to support DOE requests to Congress for additional FY90 funding. Rockwell has done an extraordinary job of tracking information and preparing responses to a large variety of budget information requests and of maintaining the current status of its requirements. In addition, construction project data sheets and conceptual design reports supporting Capital Budget requests were both of high quality and ahead of schedule. Budget narratives were improved and expanded and were helpful in DOE's analysis of Rockwell's resource requirements.

QUALITY: Non-Weapons Quality Assurance activities conducted during the Building 771 restart have resulted in an improved quality program to be used in the operation of the building. For War Reserve Quality Assurance, Rockwell is implementing Phase 2 of the Quality Improvement Plan which will continue a new culture in quality practices and should lead to further improvement in the Quality Assurance program.

Rockwell failed to establish or make the necessary progress towards the establishment of a new standard of excellence and attendant requirements, procedures, and practices in nuclear facility operations. In addition, three incidents came to DOE's attention where Rockwell failed to provide the necessary measures to adequately control nonconforming product material.

CHEMICAL OPERATIONS: Noteworthy progress has been made towards the implementation of the Operational Readiness Review (ORR) program as demonstrated through ORR's in Building 771 and elsewhere. Rockwell has also successfully completed the development of a new extractant compound for use in the Molton Salt Extraction process. Both of these accomplishments will yield safer and more controlled production processes while maintaining or improving production performance.

PRODUCTION OPERATIONS: Significant progress has been made in the development of a Nuclear Facility Operations Manual. Rockwell has been supportive of the AL effort to develop an Operational Surety Program. Rockwell has taken several steps to reduce work in process inventories and process times by, among other things, reduced planned process times in Building 460, reduced pit assembly process time in Building 707, and reduced lot sizes on the 3T bodies.

ENVIRONMENT, SAFETY, AND HEALTH: Throughout the appraisal period, there was strong evidence of a continuing pattern of lax attitude, inadequate procedures, and lack of priority for ES&H activities. The operations in Building 771 were ceased in October 1988 due to inadequate safety procedures and radiological safety margins in the Building. Although Rockwell pursued a very aggressive corrections effort after the fact, the existence of this situation indicated a less than satisfactory attitude, procedures, and awareness for safety on the part of Rockwell. Ninety-one out of 230 safety concerns documented by external reviews (as well as by an internal Rockwell review) remained open during the period. Again, this indicates that a lack of priority attention was being paid to safety and health by Rockwell. During the period, 32 new safety concerns, including six classified as Type 2 (serious), were identified. A major environmental incident occurred during the period when chromic acid was released from Building 444 and contaminated the Plant's holding ponds. An inoperable alarm system and deficient operator vigilance contributed significantly to the seriousness of this incident.

PRMP/PROVE

PROJECT MANAGEMENT: Rockwell has given PROVE renewed emphasis by separating responsibility for PROVE from that of the PRMP and placing it under a full-time project manager. The recently implemented "Precursor Plan" represents an improvement in direction for the entire project and was implemented with professionalism and enthusiasm.

Overall PRMP management attention to project technical, cost, schedule, and manpower need was inadequate. In addition, inadequate project staffing continues to influence Rockwell's performance.

COST MANAGEMENT: Cost development and baselining of costs for the "Precursor Plan" have been handled with the highest degree of quality. Rockwell's redirection of J. A. Jones' manpower planning on PROVE resulted in reduced costs and apparent increased construction productivity.

PROVE continues to demonstrate cost growth. PRMP cost planning far exceeded available project funding allocations.

SCHEDULE PERFORMANCE: Rockwell has successfully resolved several problems which were impacting schedule in the PROVE area. The diligent effort by Rockwell, Bechtel, and J. A. Jones in the joint development of the Precursor planning has resulted in a comprehensive schedule that should provide a smooth transition from PROVE to the receipt of capital funding for PRMP.

The PROVE schedule has deteriorated during the reporting period, extending the PROVE end date from 1/90 to 8/90.

SUBCONTRACT MANAGEMENT: Rockwell, consistent with project technical needs and evolved cost and schedules, has provided rapid and effective subcontract redirection of Bechtel. Rockwell subcontract management of J. A. Jones has ensured J. A. Jones' participation in construction planning. Rockwell has been successful in obtaining active participation and commitment from the National Laboratories and other Rockwell organizations on the PRMP Precursor Program.

The subcontract work with the PROVE glovebox manufacturer has resulted in the need for significant rework to the glovebox piping and piping penetration welds. Line Item and cost/schedule activities over the balance of the FY89 demand that Rockwell provide continuous site representation at Bechtel.

DESIGN QUALITY: The Precursor Program, geared toward improving PRMP design quality, has been initiated with broad based involvement. Use of the Configuration Control System for PROVE has been greatly improved.

The quality of the existing PROVE engineering has been poor, and change orders to correct poor initial design quality are reflected in cost growth.

TECHNICAL PRODUCT QUALITY: PROVE activities in addressing and rectifying glovebox welding problems are directed towards, and should significantly improve, technical product quality.

Welding problems recently surfacing on the PROVE glovebox indicate a significant lack of technical product quality success.

Defendant's Supplemental Exhibit 68

United States Government Department of Energy

# memorandum

Albuquerque Operations Office

DATE: November 8, 1989

REPLY TO ATTN OF: OCC (James A. Stout/FTS 844-7265)

SUBJECT: Approval of Draft Response to Rockwell International's October 25, 1989 Letter

TO: J. L. Meinhardt, Acting Principal Deputy Assistant Secretary for Defense Programs, DP-2, HQ

ISSUE/ACTION STATEMENT

- Rockwell International Corporation, the Management and Operating contractor for the Department of Energy (DOE) Rocky Flats Plant (RFO), has requested in their letter dated October 25, 1989, that DOE reconsider the award fee determination for the period October 1, 1988 to March 31, 1989.

- AL has evaluated both Rockwell's written and verbal justification for increasing the amount of award fee and requests Headquarter's approval to send the attached draft letter which sets forth DOE's final award fee determination.

TIMING

- In accordance with the terms of the DOE/Rockwell contract, a final award fee determination must be provided to Rockwell by November 14, 1989.

DISCUSSION

- The Manager, AL, provided Rockwell with DOE's award fee determination in a letter dated September 27, 1989.

- Rockwell, upon receiving the award fee determination requested, in accordance with the terms of the contract, that they be provided an opportunity to provide an analysis of their performance. Rockwell provided their written analysis in a letter dated October 25, 1989, from Dominick J. Sanchini, President, to David P. Simonson, Manager, RFO. A verbal presentation was made by Rockwell on October 30, 1989, to AL officials James A. Stout, Chief Counsel and Charles C. Troell, Assistant Manager for Management and Administration.

- The amount of award fee determined by DOE for the period October 1, 1988 to March 31, 1989, is a significantly lesser amount than Rockwell has earned for previous performance periods. They feel that the

E 000917

amount of award fee does not properly reflect their level of performance during the period for the following reasons:

1. DOE personnel that were not fully knowledgeable of Rockwell's performance influenced DOE's performance evaluations.

2. New evaluation criteria based upon "external pressure, jurisdictional disputes, sensational allegations from a government investigation, and the current political climate" were utilized.

CONCERNS/SENSITIVITIES

- Rockwell has informed AL that there is a high probability Rockwell will take legal action against DOE if the issue of award fee is not resolved to their satisfaction.

- The DOE/Rockwell contract specifies that DOE shall provide a final award fee determination within ten working days of Rockwell's verbal performance analysis presentation to DOE. Rockwell made their presentation on October 30, 1989, therefore, DOE's response should be provided by November 14, 1989.

RECOMMENDATION/APPROVAL

- AL recommends that Headquarters approve the attached DOE final determination on the Rockwell award fee.

Bruce G. Twining
Manager

Attachment

APPROVED: ______________________________
W. Henson Moore, Deputy Secretary

DATE: ______________________________

cc w/attachment:
S. Wakefield, GC-1, HQ
B. J. Roth, MA-4, HQ
RAdm. J. M. Barr, USN, DP-20, HQ

bcc w/attachment:
B. G. Twining, OOM, AL
J. A. Stout, OCC, AL
R. L. de Timmerman, OCC, AL
R. A. Marquez, OIEA, AL
J. G. Hoyal, CPD, AL