# Defendant's Supplemental Exhibit 69

Ex #147 P.179
File
Rockwell
Award File

Department of Energy
Albuquerque Operations Office
P.O. Box 5400
Albuquerque, New Mexico 87115

NOV 14 1989

Mr. D. J. Sanchini
President
Rockwell International, AERO
Rocky Flats Plant
P. O. Box 464
Golden, CO 80401

Dear Mr. Sanchini:

This is in response to your written comments dated October 25, 1989, concerning the Department's Award Fee Performance Evaluation of Rockwell International for the period October 1, 1988, through March 31, 1989, as well as the oral presentation of your views concerning this performance evaluation which was presented by your representatives at the Albuquerque Operations Office on October 30, 1989.

After due consideration of the above-referenced information, I have determined that my original determination of an award fee in the total amount of $2,903,215.00 for the performance period noted above, shall remain unchanged.

Accordingly, should you choose to do so, you may withdraw funds for an award fee in the above amount from your special bank account.

Sincerely,

Samuel Culpepper for
Bryce G. Twining
Manager

cc:
D. P. Simonson, Manager, RFO
J. A. Stout, Chief Counsel,
OCC, AL
C. E. Troell, Assistant Manager,
OMA, AL
J. G. Hoyal, Director, CPD, AL

P152

NOV 14 1989

Mr. D. J. Sanchini
President
Rockwell International, AERO
Rocky Flats Plant
P. O. Box 464
Golden, CO 80401

Dear Mr. Sanchini:

This is in response to your written comments dated October 25, 1989, concerning the Department's Award Fee Performance Evaluation of Rockwell International for the period October 1, 1988, through March 31, 1989, as well as the oral presentation of your views concerning this performance evaluation which was presented by your representatives at the Albuquerque Operations Office on October 30, 1989.

After due consideration of the above-referenced information, I have determined that my original determination of an award fee in the total amount of $2,903,215.00 for the performance period noted above, shall remain unchanged.

Accordingly, should you choose to do so, you may withdraw funds for an award fee in the above amount from your special bank account.

Sincerely,

Bruce G. Twining
Manager

cc:
D. P. Simonson, Manager, RFO
J. A. Stout, Chief Counsel, OCC, AL
C. E. Troell, Assistant Manager, OMA, AL
J. G. Royal, Director, CPD, AL

Approved By Eric Fygi & John Meinhardt by Telecon with Jim Stout on 11/7/89. Henson Moore consulted & approved. Issue paper to be signed by Moore & returned to AL by Meinhardt 11/14/89

Dist:
Original - Addressee
Yellow - Chronological File
Pink - JAS'RF:JASII:SANCHINI
Green - MGR's RF

E 001999

AL F 1325.7
(11/87)

OFFICIAL FILE COPY

| Concurrence | |
|---|---|
| RTG. SYMBOL | OCC:LAP |
| INITIALS/SIG. | STOUT |
| DATE | 11/7/89 |
| RTG. SYMBOL | OMA |
| INITIALS/SIG. | TROELL |
| DATE | 11/ /89 |
| RTG. SYMBOL | OOM |
| INITIALS/SIG. | CULPEPPER |
| DATE | 11/14/89 |
| RTG. SYMBOL | OOM |
| INITIALS/SIG. | TWINING |
| DATE | 11/14/89 |

4:15
11/9/89

Defendant's Supplemental Exhibit 70

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

-----------------------------------X
UNITED STATES OF AMERICA, EX REL; :
:
Plaintiff, : Civil Action
: No. 89-M-1154
-vs- :
:
ROCKWELL INTERNATIONAL CORP., : PAGES 1 - 155
ET AL, :
:
Defendants. :
-----------------------------------X

Deposition of W. HENSON MOORE

Washington, D.C.

Wednesday, April 15, 1998

Reported by: Nancy Bond Rowland

JOB NO. 106926

them by himself or he wasn't the last review of an award fee determination.

Because of Rocky Flats they came to me, and for a while there as I remember all of them, whether those facilities were something I worked with or not, came to me for review to be sure the system was working like we had decided, the new system.

Nancy Wolicki as I remember was the person who would receive it, review it, go into great details, come in and brief me, and they would make a decision whether we agreed or disagreed with the Operations Office's determination. In the early years I think there were a number of them we sent back and said "We don't agree" or we set a new number for it. That happened on the Rockwell award fee.

Q You would get what, performance evaluation reports, kind of a short evaluation prepared by the Operations Office, and that would be reviewed by Nancy?

A The way the system worked after we designed it was the fact when the Operations Office finished its work, and everything up to that point was done as it always had been done with the exception of this 51

Defendant's Supplemental Exhibit 71

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA and
UNITED STATES OF AMERICA, ex rel.
JAMES S. STONE,

Plaintiffs,

vs. ) 89 M 1154

ROCKWELL INTERNATIONAL CORPORATION, et al.,

Defendants.

---

TRIAL TO JURY - DAY 14
TRANSCRIPT OF PROCEEDINGS

---

Proceedings held before the HONORABLE RICHARD P. MATSCH, U.S. District Judge for the District of Colorado, beginning at 8:55 a.m. on the 15th day of March, 1999, in Courtroom C-204, United States Courthouse, Denver, Colorado.

APPEARANCES

For the Plaintiffs:

Maria T. Vullo, Esq.
Jeannie S. Kang, Esq.
Matthew Chevez, Esq.
Robert E. Montgomery, Jr., Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
Suite 2607
New York, New York 10019

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

matters is a reference to the period before or after the compliance agreement of 1986?

A I don't know what the author was referring to.

Q I'd like to show you or have you look again at Tab 56 in the defendant's binder. It's Exhibit D173--I'm sorry, it's Tab 47; excuse me. And for the record --

THE COURT: D173 is at 56.

MR. KOLAR: I made a mistake. What I wanted him to look at is Tab 57 and it's Exhibit A513 for the record.

THE COURT: Thank you. Okay.

Q (by Mr. Kolar) Do you have that in front of you, Mr. Twining?

A Yes, I do.

Q Now, that's a--is that a draft of the letter that you ultimately sent to Mr. Sanchini, informing him of your decision that the award fee would be 2.9 million, approximately?

A It looks like the concurrence copy of the letter, which I wouldn't call a draft.

Q All right. So, and do you see the concurrence ladder on the right-hand side of the document?

A Yes, I do.

Q Are there--is the purpose of that to show concurrence by other people on your staff with your decision?

A Yes.

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

Q And, are some of the people listed there people who were members of the PERB; I see Mr. Troell's name?
A Yes, they are.
Q And, so. would it be fair to say when they initialed off on this document they were telling you in essence that they concurred or they were recommending or agreeing with this figure and then you in turn adopted that?
A Yes, that would be fair.
Q You said that Secretary Watkins when he came in, brought high expectations of contractors; is that right?
A Yes, he did.
Q Did he also bring high expectations, Mr. Twining, of Department of Energy people who worked for him?
A Yes, he did.
Q And, Mr. Koenigs showed you some documents that talked about new expectations or revised expectations. Do you recall that?
A Yes.
Q Was honesty from a contractor one of these new expectations or had that always been an expectation?
A I think that's always an expectation and I don't remember Admiral Watkins talking about that. He had expectations of stricter conduct of operations, more discipline of the operations.
Q But honesty was always an expectation; that was nothing

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

# Defendant's Supplemental Exhibit 72

United States Government | Department of Energy

# memorandum

DATE: DEC 1 8 1989

REPLY TO ATTN OF: EH-342

SUBJECT: Rocky Flats Award Fee Determination for the Period April 1 through September 30, 1989

TO: G. J. Judge, EH-10

We have reviewed the safety and health aspects of the subject award fee determination for Rockwell International Corporation, Contract No. DE-AC04-76DPO3533, for the period of April 1, 1989 through September 30, 1989. Our comments are based upon current knowledge of site operations including results of TSA's and corrective action plans, incident reporting and corrective actions, special reviews such as the Criticality Safety Assessment, EH site resident observations and special studies, and the recent intensive safety, heath and management review of site operations.

We essentially agree with the narrative information concerning safety in the memorandum and its five attachments. However, sufficient data is not provided for us to understand why the rating for Environmental, Safety and Health for the Plant for the current 6 month period should increase to 78 percent from a 65.25 percent rating for the previous 6 month period. The written explanation in the memorandum states: "As the evaluation indicates, the contractor's performance in the safety area continue to be unacceptable. However, this has been offset in our evaluation by the performance of Rockwell in assisting with negotiations with EPA and the State on environmental agreements and complying with these very aggressive agreements." The weight given this performance in the environmental area must have been significant to offset the unacceptable safety rating and increase the overall Environmental, Safety and Health rating by 12.75 percent. We question this increase in the Environmental, Safety and Health rating. In addition, the recent safety and health review (11/27-12/1) identified long standing concerns that are more extensive than those included in the award fee determination: an example is the lack of a traceable safety control system from SAR's to Operational Safety Requirements to procedures. Yet, the RF Office award fee determination gave credit to Rockwell for making every effort to meet safety analysis requirements within available resources. That degree of effort is not apparent.

We also question the General Management rating of 81 percent. Again, we do not know the relative weights given to the General Management noteworthy achievements and positive observations versus the relative weights of the serious major deficiencies, notable deficiencies, and negative observations. The previous rating period also had a rating of 81 percent. Since no progress has been made during the current rating period on safety and health issues, we question no reduction in the rating. The deficiencies were serious enough to warrant a General Management rating less than 81 percent.

Robert W. Barber
Acting Director
Office of Safety Compliance

cc:
J. Fitzgerald, EH-30

Defendant's Supplemental Exhibit 73

# DEPARTMENT OF ENERGY
WASHINGTON, D.C. 20585

12/28/89

Assistant Secretary
Environment, Safety
and Health

Dave LeClaire - DP-50

Award fee packages are returned as follows:

① EH has no problem with the recommended award fee for Rockwell - INEL - AT.1 and MK - Ferguson.

② For W - WIPP we believe there have been problems which should be reflected in a reduced award fee. See attached Action Memo. mark-up.

③ For RFP we can not agree that some good actions in the environment are offset an unacceptable safety rating. The Action Memo needs to reflect this!

Peter.

Defendant's Supplemental Exhibit 74

ROUTING AND TRANSMITTAL SLIP 12/14/89

| To: (Name, office symbol, room number, building, Agency/Post) | Initials | Date |
|---|---|---|
| 1. G. Leah Dever, EH-232/3G-092 | [illegible] | 12-14 |
| 2. Kathleen I. Taimi, EH-232/3G-092 | [illegible] | 12-14 |
| 3. John C. Tseng, EH-23/7A-075 | [illegible] | 12/19 |
| 4. Raymond P. Berube, EH-20/7A-075 | [illegible] | 12/26 |
| 5. ~~Geoffrey J. Judge, EH-10/GB-096A~~ Peter Brush, EH-1 | | |

| | | |
|---|---|---|
| Action | File | Note and Return |
| Approval | For Clearance | Per Conversation |
| As Requested | For Correction | Prepare Reply |
| Circulate | For Your Information | See Me |
| Comment | Investigate | Signature |
| Coordination | Justify | |

Re: Proposed Award Fee Determinations for Kansas City, Mound, Pantex, Pinellas and Rocky Flats

EH-232 has reviewed the referenced packages and recommends EH-1 concurrence on all determinations except Pinellas.

The SEN-7 Reports prepared by the Pinellas Area Office have raised concerns that..."the ES&H Program within the Pinellas Plant is not being given the level of management commitment commensurate with the emphasis being placed in this area by DOE... It is evident that this new culture will take time." No mention of these substantive concerns is raised within the award fee package, and a 90% rating in the ES&H area seems to indicate that little to no consideration was given to the concerns when rating contractor performance.

I am also concerned about the RF's rating for Rockwell in the ES&H area. I don't believe Rockwell's and performance was so good to offset safety deficiencies and some. We should consider holding Rockwell to previous levels.

Jh—.

I agree. RPB 12/26

#510

FROM: (Name, org. symbol, Agency/Post) | Room No.—Bldg.

Robert D. Quinn, EH-232/3G-092 | Phone No.