# Defendant's Supplemental Exhibit 75

DP-231: W. M. ARENDALE (3-2984)

Award Fee Determination for the Period April 1, 1989, through September 30, 1989, Rockwell International Corporation (RI).

Acting Assistant Secretary for Defense Programs, DP-1

o ISSUE

I am recommending a decrease in the award fee for RI as proposed by the Award Fee Determining Official (AFDO), Manager, Rocky Flats Office. The overall reduction in total fee is approximately 30% lower than that proposed by the AFDO, and in our estimation more acurately reflects the level of performance of RI during the rating period. Specifically, we have recommended a total fee (award fee plus base fee) of $2,931,278 as compared to the AFDO recommendation of $4,176,077 (see attachment 1). Comparison of the Headquarters and AFDO award fee determinations are provided in tabular format in the attachments for your convenience.

o BACKGROUND

The AFDO has determined and recommended that RI be given a numerical rating of "85.55" for plant operations in its performance as operating contractor for the Rocky Flats Plant. This numerical rating equates to an award fee of $3,114,245 for plant operations. He has also recommended a numerical rating of "89.25" and an award fee of $628,982 for the Plutonium Recovery Modification Project/Plutonium Recovery Option Verification Exercise (PRMP/PROVE). The available base fee ($432,850) plus award fee ($7,791,300) for the period for both plant operations and PRMP/PROVE is $8,224,150 and the AFDO has recommended a total fee of $4,176,077.

o DISCUSSION

Although the AFDO recommended amount represents only 45.65% of the available award fee for plant operations and 64.89% of the available award fee for PRMP/PROVE, I recommend that a further reduction be made for plant operations that reflects the lack of concern and management for the environmental, safety, and health (ES&H) situation that existed at the Rocky Flats Plant during the appraisal period. A further reduction in fee is also recommended for the performance in PRMP/PROVE which more accurately reflects the overall moderate improvement over the previous rating period.

o PLANT OPERATIONS

Concerning plant operations I base my position on the following:

1. Many of the 230 safety concerns documented by external reviews (as well as by internal RI review) remained open during this period. This lack of priority

attention to safety and health by RI is a clear indictment of poor management.

2. During this period, Environment, Safety, and Health (EH) representatives continued to report of ES&H problems in the following areas:

   o Inadequacies of a fire protection program and a continuing presence of fire hazards in Buildings 881 and 460.

   o Lack of radiological protection continued to exist in Buildings 707, 777, and 881. Deficiencies noted ranged from alpha radiation detectors not functioning to eleven glovebox shielding doors found open.

   o Worker training deficiencies were noted throughout the plant as well as current and complete operating procedures. It was reported there appeared to be no direct relationship or cross reference between the Operational Safety Requirements, Operational Safety Analysis, and the Nuclear Material Safety Limits.

3. There was no formalized conduct of operations as evidenced by:

   o Lack of standards and criteria for operations;

   o Lack of well documented procedures for operations;

   o Lack of clear lines of responsibility for safe operations;

   o Lack of adequate work ethic and mental discipline within the work force;

   o Lack of adequate on-floor supervision;

   o Lack of ability to apply root cause analysis to investigations of unplanned events and to implement lessons-learned on a plant-wide basis.

4. The Department of Energy (DOE), through an independent assessment by Scientech, Inc., has identified several inadequate criticality safety conditions and practices at the Rocky Flats Plant. In addition, DOE is not satisfied with worker understanding of nuclear safety standards at the plant.

I therefore recommend the numerical rating of "77.75" be given to RI for its performance under the General Management category and "65.25" for its performance under the ES&H category, thus

downgrading their overall performance rating from "85.55" to "82.19" for plant operations (see attachment 2). This equates to a total fee of $2,539,393 ($2,160,393 award fee + $379,000 base fee) for plant operations. This is a downgrade of $953,852 from the amount recommended by the AFDO. Our recommendation reflects a 31.67% award fee versus maximum award fee as compared to the 45.65% recommended by the AFDO.

o PRMP/PROVE

With respect to the performance for PRMP/PROVE and the specific areas of project management, schedule performance, design and technical quality, the contractor fell substantially below the 90 or 91 rating given. Performance was satisfactory, but still required further improvement, and the rating should be in the range of 80-85 in these areas. Many products delivered in this time frame required rework, and management was not totally responsive to the DOE requirements that were provided. The overall rating should be reduced from 89.25 to 83.00 (some improvement over last period) with a resultant reduction in fee of $290,947 (see attachment 3).

The overall rating for the PRMP/PROVE performance is downgraded from the AFDO amount of "89.25" to "83.00". This equates to a total fee of $391,885 ($338,035 award fee + $53,850 base fee). This is a downgrade of $290,947 in award fee from the amount recommended by the AFDO. Our recommendation reflects a 34.87% award fee versus maximum fee as compared to the 64.89% recommended by the AFDO.

o SUMMARY/RECOMMENDATION

Overall, I recommend awarding RI a total fee of $2,931,278 of which $432,850 is base fee. This is a reduction of $1,244,799 from the $4,176,077 total fee proposed by the AFDO of which $432,850 was also base fee. Our total recommended fee is approximately 30% lower than proposed by the AFDO (see attachment 1). My intent to reduce the recommended fee has been communicated to the Rocky Flats Office.

J. M. Barr
Rear Admiral, U.S. Navy
Deputy Assistant Secretary
for Military Application
Defense Programs

cc: Dave Simonson, Manager, RFO

ATTACHMENT 1

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ

***** SUMMARY *****

| | | AFDO | | HQ | |
|---|---|---|---|---|---|
| | BASE FEE | AWARD FEE | TOTAL | AWARD FEE | TOTAL |
| PLANT | $379,000 | $3,114,245 | $3,493,245 | $2,160,393 | $2,539,393 |
| PRMP/PROVE | $53,850 | $628,982 | $682,832 | $338,035 | $391,885 |
| TOTAL | $432,850 | $3,743,227 | $4,176,077 | $2,498,428 | $2,931,278 |

| | |
|---|---|
| MAXIMUM AWARD FEE FOR PLANNT OPERATIONS | $6,822,000 |
| MAXIMUM AWARD FEE FOR PRMP/PROVE | $969,300 |
| TOTAL MAXIMUM AWARD FEE | $7,791,300 |

| | AFDO | | | HQ | | |
|---|---|---|---|---|---|---|
| | PLANT | PRMP/PROVE | BOTH | PLANT | PRMP/PROVE | BOTH |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 45.65% | 64.89% | 48.04% | 31.67% | 34.87% | 32.07% |
| % RECOMMENDED TOTAL FEE VERSUS MAXIMUM TOTAL FEE | 48.51% | 66.74% | 50.78% | 35.26% | 38.30% | 35.64% |

E 000260

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

ATTACHMENT 2

SUMMARY COMPARISON AFDO VERSUS HQ

***** PLANT OPERATIONS *****

| FUNCTIONAL PERFORMANCE AREA | FY1989 WEIGHT | PREVIOUS 6 MONTH RATE | AFDO CURRENT 6 MONTHS RECOMMENDED RATING | AFDO CURRENT 6 MONTHS RECOMMENDED GRADE | HQ CURRENT 6 MONTHS RECOMMENDED RATING | HQ CURRENT 6 MONTHS RECOMMENDED GRADE |
|---|---|---|---|---|---|---|
| GENERAL MANAGEMENT | 0.25 | 81 | 81 | 20.25 | 77.75 | 19.44 |
| ENVIRONMENT, SAFETY, HEALTH | 0.20 | 65.25 | 78 | 15.60 | 65.25 | 13.05 |
| QUALITY | 0.15 | 88 | 90 | 13.50 | 90 | 13.50 |
| COST MANAGEMENT | 0.15 | 95 | 93 | 13.95 | 93 | 13.95 |
| PRODUCTION OPERATIONS | 0.15 | 96 | 91 | 13.65 | 91 | 13.65 |
| CHEMCIAL OPERATIONS | 0.10 | 91 | 86 | 8.60 | 86 | 8.60 |
| TOTALS | 1.00 | 84.25 | | 85.55 | | 82.19 |

| PERFORMANCE POINTS EARNED | AFDO AWARD FEE PER POINT | AFDO AWARD FEE | HQ AWARD FEE PER POINT | HQ AWARD FEE |
|---|---|---|---|---|
| 0-70 | 0 | 0 | 0 | 0 |
| 71-75 | 109152 x 5.0 | $545,760 | 109152 x 5.0 | $545,760 |
| 76-80 | 204660 x 5.0 | $1,023,300 | 204660 x 5.0 | $1,023,300 |
| 81-85 | 270015 x 5.0 | $1,350,075 | 270015 x 2.19 | $591,333 |
| 86-90 | 354744 x .55 | $195,110 | 354744 x 0 | 0 |
| | | $3,114,245 | | $2,160,393 |

| BASE FEE | AFDO AWARD FEE | AFDO TOTAL | HQ AWARD FEE | HQ TOTAL |
|---|---|---|---|---|
| $379,000 | $3,114,245 | $3,493,245 | $2,160,393 | $2,539,393 |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 45.65% | | 31.67% | |
| %TOTAL RECOMMENDED AWARD FEE VERSUS TOTAL MAXIMUM FEE | | 48.51% | | 35.26% |

E 000261

ATTACHMENT 3

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ

***** PRMP/PROVE *****

| FUNCTIONAL PERFORMANCE AREA | FY1989 WEIGHT | PREVIOUS 6 MONTH RATE | AFDO CURRENT 6 MONTHS RECOMMENDED RATING | AFDO CURRENT 6 MONTHS RECOMMENDED GRADE | HQ CURRENT 6 MONTHS RECOMMENDED RATING | HQ CURRENT 6 MONTHS RECOMMENDED GRADE |
|---|---|---|---|---|---|---|
| PROJECT MANAGEMENT | 0.25 | 75 | 91 | 22.75 | 80 | 20.00 |
| COST MANAGEMENT | 0.15 | 76 | 87 | 13.05 | 87 | 13.05 |
| SCHEDULE PERFORMANCE | 0.15 | 86 | 90 | 13.50 | 85 | 12.75 |
| SUBCONTRACT MANAGEMENT | 0.20 | 82 | 86 | 17.20 | 86 | 17.20 |
| DESIGN QUALITY | 0.15 | 78 | 91 | 13.65 | 80 | 12.00 |
| TECHNICAL PRODUCT QUALITY | 0.10 | 76 | 91 | 9.10 | 80 | 8.00 |
| TOTALS | 1.00 | 78.75 | | 89.25 | | 83.00 |

| PERFORMANCE POINTS EARNED | AFDO AWARD FEE PER POINT | AFDO AWARD FEE | HQ AWARD FEE PER POINT | HQ AWARD FEE |
|---|---|---|---|---|
| 0-70 | 0 | 0 | 0 | 0 |
| 71-75 | 15509 x 5.0 | $77,545 | 15509 x 5.0 | $77,545 |
| 76-80 | 29079 x 5.0 | $145,395 | 29079 x 5.0 | $145,395 |
| 81-85 | 38365 x 5.0 | $191,825 | 38365 x 5.0 | $115,095 |
| 86-90 | 50404 x 4.25 | $214,217 | 50404 x 0.0 | 0 |
| | | $628,982 | | $338,035 |

| BASE FEE | AFDO AWARD FEE | AFDO TOTAL | HQ AWARD FEE | HQ TOTAL |
|---|---|---|---|---|
| $53,850 | $628,982 | $682,832 | $338,035 | $391,885 |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 64.09% | | 34.87% | |
| %TOTAL RECOMMENDED AWARD FEE VERSUS TOTAL MAXIMUM FEE | | 66.74% | | 38.30% |

E 000262

Defendant's Supplemental Exhibit 76

P136

SUMMARY MEMORANDUM

SECRETARIAL ACTION REQUESTED BY:

| | |
|---|---|
| Date: | |
| Orig. Office: | DP-231 (M. Arendale, 3-2984) |
| Transmittal: | <u>ACTION</u>: Award Fee Determination for Rockwell International Corporation (RI) at the Rocky Flats Plant under Contract No. DE-AC04-76DP03533, for the Period April 1 through September 30, 1989. |
| To: | Deputy Secretary, S-2 |
| Issue: | Should RI's Award Fee be reduced from $4,176,077 to $2,931,278? |
| Timing: | URGENT, prompt notification of award fee determination is required. |
| Discussion: | A decrease is recommended in the award fee for RI as proposed by the Award Fee Determining Official (AFDO), Manager, Rocky Flats Office. The overall reduction in total fee is approximately 30% lower than that proposed by the AFDO, and in our estimation more accurately reflects the level of performance of RI during the rating period.<br><br>Specifically, we have recommended a total fee (award fee plus base fee) of $2,931,278 as compared to the AFDO recommendation of $4,176,077. |
| Conclusion: | Concur in the Headquarters decrease in total fee for RI. |

John C. Tuck
Under Secretary

Received from Admiral Barr to Simonson on 1/11/90 (Handcarried)

Agy received 1/12/90 from H. Miller.

Per Miller, Simonson does not agree with this and wants comparison with our proposal so RFO position can be developed.

(Later revised by HQ)

Agree ____________________

Disagree ____________________

Concurrence: EH____________
Jan./ /90

DP-231: W. M. ARENDALE (3-2984)

Award Fee Determination for the Period April 1, 1989, through September 30, 1989, Rockwell International Corporation (RI).

Acting Assistant Secretary for Defense Programs, DP-1

o ISSUE

I am recommending a decrease in the award fee for RI as proposed by the Award Fee Determining Official (AFDO), Manager, Rocky Flats Office. The overall reduction in total fee is approximately 30% lower than that proposed by the AFDO, and in our estimation more acurately reflects the level of performance of RI during the rating period. Specifically, we have recommended a total fee (award fee plus base fee) of $2,931,278 as compared to the AFDO recommendation of $4,176,077 (see attachment 1). Comparison of the Headquarters and AFDO award fee determinations are provided in tabular format in the attachments for your convenience.

o BACKGROUND

The AFDO has determined and recommended that RI be given a numerical rating of "85.55" for plant operations in its performance as operating contractor for the Rocky Flats Plant. This numerical rating equates to an award fee of $3,114,245 for plant operations. He has also recommended a numerical rating of "89.25" and an award fee of $628,982 for the Plutonium Recovery Modification Project/Plutonium Recovery Option Verification Exercise (PRMP/PROVE). The available base fee ($432,850) plus award fee ($7,791,300) for the period for both plant operations and PRMP/PROVE is $8,224,150 and the AFDO has recommended a total fee of $4,176,077.

o DISCUSSION

Although the AFDO recommended amount represents only 45.65% of the available award fee for plant operations and 64.89% of the available award fee for PRMP/PROVE, I recommend that a further reduction be made for plant operations that reflects the lack of concern and management for the environmental, safety, and health (ES&H) situation that existed at the Rocky Flats Plant during the appraisal period. A further reduction in fee is also recommended for the performance in PRMP/PROVE which more accurately reflects the overall moderate improvement over the previous rating period.

o PLANT OPERATIONS

Concerning plant operations I base my position on the following:

1. Many of the 230 safety concerns documented by external reviews (as well as by internal RI review) remained open during this period. This lack of priority

attention to safety and health by RI is a clear indictment of poor management.

2. During this period, Environment, Safety, and Health (EH) representatives continued to report of ES&H problems in the following areas:

   o Inadequacies of a fire protection program and a continuing presence of fire hazards in Buildings 881 and 460.

   o Lack of radiological protection continued to exist in Buildings 707, 777, and 881. Deficiencies noted ranged from alpha radiation detectors not functioning to eleven glovebox shielding doors found open.

   o Worker training deficiencies were noted throughout the plant as well as current and complete operating procedures. It was reported there appeared to be no direct relationship or cross reference between the Operational Safety Requirements, Operational Safety Analysis, and the Nuclear Material Safety Limits.

3. There was no formalized conduct of operations as evidenced by:

   o Lack of standards and criteria for operations;

   o Lack of well documented procedures for operations;

   o Lack of clear lines of responsibility for safe operations;

   o Lack of adequate work ethic and mental discipline within the work force;

   o Lack of adequate on-floor supervision;

   o Lack of ability to apply root cause analysis to investigations of unplanned events and to implement lessons-learned on a plant-wide basis.

4. The Department of Energy (DOE), through an independent assessment by Scientech, Inc., has identified several inadequate criticality safety conditions and practices at the Rocky Flats Plant. In addition, DOE is not satisfied with worker understanding of nuclear safety standards at the plant.

I therefore recommend the numerical rating of "77.75" be given to RI for its performance under the General Management category and "65.25" for its performance under the ES&H category, thus

downgrading their overall performance rating from "85.55" to "82.19" for plant operations (see attachment 2). This equates to a total fee of $2,539,393 ($2,160,393 award fee + $379,000 base fee) for plant operations. This is a downgrade of $953,852 from the amount recommended by the AFDO. Our recommendation reflects a 31.67% award fee versus maximum award fee as compared to the 45.65% recommended by the AFDO.

o PRMP/PROVE

With respect to the performance for PRMP/PROVE and the specific areas of project management, schedule performance, design and technical quality, the contractor fell substantially below the 90 or 91 rating given. Performance was satisfactory, but still required further improvement, and the rating should be in the range of 80-85 in these areas. Many products delivered in this time frame required rework, and management was not totally responsive to the DOE requirements that were provided. The overall rating should be reduced from 89.25 to 83.00 (some improvement over last period) with a resultant reduction in fee of $290,947 (see attachment 3).

The overall rating for the PRMP/PROVE performance is downgraded from the AFDO amount of "89.25" to "83.00". This equates to a total fee of $391,885 ($338,035 award fee + $53,850 base fee). This is a downgrade of $290,947 in award fee from the amount recommended by the AFDO. Our recommendation reflects a 34.87% award fee versus maximum fee as compared to the 64.89% recommended by the AFDO.

o SUMMARY/RECOMMENDATION

Overall, I recommend awarding RI a total fee of $2,931,278 of which $432,850 is base fee. This is a reduction of $1,244,799 from the $4,176,077 total fee proposed by the AFDO of which $432,850 was also base fee. Our total recommended fee is approximately 30% lower than proposed by the AFDO (see attachment 1). My intent to reduce the recommended fee has been communicated to the Rocky Flats Office.

J. M. Barr
Rear Admiral, U.S. Navy
Deputy Assistant Secretary
for Military Application
Defense Programs

cc: Dave Simonson, Manager, RFO

ATTACHMENT 1

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ

***** SUMMARY *****

| | | AFDO | | HQ | |
|---|---|---|---|---|---|
| | BASE FEE | AWARD FEE | TOTAL | AWARD FEE | TOTAL |
| PLANT | $379,000 | $3,114,245 | $3,493,245 | $2,160,393 | $2,539,393 |
| PRMP/PROVE | $53,850 | $628,982 | $682,832 | $338,035 | $391,885 |
| TOTAL | $432,850 | $3,743,227 | $4,176,077 | $2,498,428 | $2,931,278 |

| | |
|---|---|
| MAXIMUM AWARD FEE FOR PLANNT OPERATIONS | $6,822,000 |
| MAXIMUM AWARD FEE FOR PRMP/PROVE | $969,300 |
| TOTAL MAXIMUM AWARD FEE | $7,791,300 |

| | AFDO | | | HQ | | |
|---|---|---|---|---|---|---|
| | PLANT | PRMP/PROVE | BOTH | PLANT | PRMP/PROVE | BOTH |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 45.65% | 64.89% | 48.04% | 31.67% | 34.87% | 32.07% |
| % RECOMMENDED TOTAL FEE VERSUS MAXIMUM TOTAL FEE | 48.51% | 66.74% | 50.78% | 35.26% | 38.30% | 35.64% |

E 000269

ATTACHMENT 2

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ

***** PLANT OPERATIONS *****

| FUNCTIONAL PERFORMANCE AREA | FY1989 WEIGHT | PREVIOUS 6 MONTH RATE | AFDO CURRENT 6 MONTHS RECOMMENDED RATING | AFDO CURRENT 6 MONTHS RECOMMENDED GRADE | HQ CURRENT 6 MONTHS RECOMMENDED RATING | HQ CURRENT 6 MONTHS RECOMMENDED GRADE |
|---|---|---|---|---|---|---|
| GENERAL MANAGEMENT | 0.25 | 81 | 81 | 20.25 | 77.75 | 19.44 |
| ENVIRONMENT, SAFETY, HEALTH | 0.20 | 65.25 | 78 | 15.60 | 65.25 | 13.05 |
| QUALITY | 0.15 | 88 | 90 | 13.50 | 90 | 13.50 |
| COST MANAGEMENT | 0.15 | 95 | 93 | 13.95 | 93 | 13.95 |
| PRODUCTION OPERATIONS | 0.15 | 96 | 91 | 13.65 | 91 | 13.65 |
| CHEMCIAL OPERATIONS | 0.10 | 91 | 86 | 8.60 | 86 | 8.60 |
| TOTALS | 1.00 | 84.25 | | 85.55 | | 82.19 |

| PERFORMANCE POINTS EARNED | AFDO AWARD FEE PER POINT | AFDO AWARD FEE | HQ AWARD FEE PER POINT | HQ AWARD FEE |
|---|---|---|---|---|
| 0-70 | 0 | 0 | 0 | 0 |
| 71-75 | 109152 x 5.0 | $545,760 | 109152 x 5.0 | $545,760 |
| 76-80 | 204660 x 5.0 | $1,023,300 | 204660 x 5.0 | $1,023,300 |
| 81-85 | 270015 x 5.0 | $1,350,075 | 270015 x 2.19 | $591,333 |
| 86-90 | 354744 x .55 | $195,110 | 354744 x 0 | 0 |
| | | $3,114,245 | | $2,160,393 |

| BASE FEE | AFDO AWARD FEE | AFDO TOTAL | HQ AWARD FEE | HQ TOTAL |
|---|---|---|---|---|
| $379,000 | $3,114,245 | $3,493,245 | $2,160,393 | $2,539,393 |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 45.65% | | 31.67% | |
| %TOTAL RECOMMENDED AWARD FEE VERSUS TOTAL MAXIMUM FEE | | 48.51% | | 35.26% |

E 000270

ATTACHMENT 3

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ

***** PRMP/PROVE *****

| FUNCTIONAL PERFORMANCE AREA | FY1989 WEIGHT | PREVIOUS 6 MONTH RATE | AFDO CURRENT 6 MONTHS RECOMMENDED RATING | AFDO CURRENT 6 MONTHS RECOMMENDED GRADE | HQ CURRENT 6 MONTHS RECOMMENDED RATING | HQ CURRENT 6 MONTHS RECOMMENDED GRADE |
|---|---|---|---|---|---|---|
| PROJECT MANAGEMENT | 0.25 | 75 | 91 | 22.75 | 80 | 20.00 |
| COST MANAGEMENT | 0.15 | 76 | 87 | 13.05 | 87 | 13.05 |
| SCHEDULE PERFORMANCE | 0.15 | 86 | 90 | 13.50 | 85 | 12.75 |
| SUBCONTRACT MANAGEMENT | 0.20 | 82 | 86 | 17.20 | 86 | 17.20 |
| DESIGN QUALITY | 0.15 | 78 | 91 | 13.65 | 80 | 12.00 |
| TECHNICAL PRODUCT QUALITY | 0.10 | 76 | 91 | 9.10 | 80 | 8.00 |
| TOTALS | 1.00 | 78.75 | | 89.25 | | 83.00 |

| PERFORMANCE POINTS EARNED | AFDO AWARD FEE PER POINT | AFDO AWARD FEE | HQ AWARD FEE PER POINT | HQ AWARD FEE |
|---|---|---|---|---|
| 0-70 | 0 | 0 | 0 | 0 |
| 71-75 | 15509 x 5.0 | $77,545 | 15509 x 5.0 | $77,545 |
| 76-80 | 29079 x 5.0 | $145,395 | 29079 x 5.0 | $145,395 |
| 81-85 | 38365 x 5.0 | $191,825 | 38365 x 5.0 | $115,095 |
| 86-90 | 50404 x 4.25 | $214,217 | 50404 x 0.0 | 0 |
| | | $628,982 | | $338,035 |

| BASE FEE | AFDO AWARD FEE | AFDO TOTAL | HQ AWARD FEE | HQ TOTAL |
|---|---|---|---|---|
| $53,850 | $628,982 | $682,832 | $338,035 | $391,885 |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 64.89% | | 34.87% | |
| %TOTAL RECOMMENDED AWARD FEE VERSUS TOTAL MAXIMUM FEE | | 66.74% | | 38.30% |

E 000271

Defendant's Supplemental Exhibit 77

DOE F 1325.8
(8-89)

United States Government — Department of Energy

# memorandum

Tenel agy

DATE: February 22, 1990

REPLY TO ATTN OF: DP-231: W. M. ARENDALE (3-2984)

SUBJECT: Award Fee Determination for the Period April 1, 1989, through September 30, 1989, Rockwell International Corporation (RI)

TO: Deputy Secretary, S-2

**ISSUE**

I am recommending a decrease in the award fee for RI as proposed by the Award Fee Determining Official (AFDO), Manager, Rocky Flats Office. The overall reduction in total fee is approximately 52 percent lower than that proposed by the AFDO and, in our estimation, more acurately reflects the level of performance of RI during the rating period. Specifically, we have recommended a total fee (award fee plus base fee) of $2,012,489 as compared to the AFDO recommendation of $4,176,077. For the previous 6-month period, RI was awarded a total fee of $3,336,065 (see attachment 1). Comparisons of the Headquarters and AFDO award fee determinations are provided in tabular format in the attachments for your convenience.

**BACKGROUND**

The AFDO has determined and recommended that RI be given a numerical rating of "85.55" (good and almost very good) for plant operations in its performance as operating contractor for the Rocky Flats Plant. This numerical rating equates to an award fee of $3,114,245 for plant operations. He has also recommended a numerical rating of "89.25" (very good) and an award fee of $628,982 for the Plutonium Recovery Modification Project/Plutonium Recovery Option Verification Exercise (PRMP/PROVE). The available base fee ($432,850) plus award fee ($7,791,300) for the period for both plant operations and PRMP/PROVE is $8,224,150, and the AFDO has recommended a total fee of $4,176,077. The previous 6-month numerical rating was "84.25" (good) for plant operations which yielded an award fee of $2,716,624, and the numerical rating for PRMP/PROVE was "78.75" (moderately good) which yielded an award fee of $186,591.

**DISCUSSION**

The AFDO recommended amount represents only 45.65 percent of the available award fee for plant operations and 64.89 percent of the available award fee for PRMP/PROVE. I recommend that a further reduction be made for plant operations that reflects the deficiency in overall general management and, more specifically, the deficiency in management for the environmental, safety, and health (ES&H) situation that existed at the Rocky Flats Plant during the appraisal period.

A further reduction in fee is also recommended for the performance in PRMP/PROVE which more accurately reflects the very slight improvement over the previous rating period.

I will outline my position in reducing the award fee for plant operations and PRMP/PROVE in greater detail on the following pages.

**PLANT OPERATIONS**

Concerning plant operations, I base my position on the following:

1. Many of the 230 safety concerns documented by external reviews (as well as by internal RI review) remained open during this period. This continuing lack of priority attention to safety and health by RI is a clear indication of poor management.

2. During this period, representatives from the Office of the Assistant Secretary for Environment, Safety, and Health (EH) continued to report of ES&H problems in the following areas:

   o Inadequacies of a fire protection program, and a continuing presence of fire hazards in Buildings 460 and 881.

   o Lack of radiological protection continued to exist in Buildings 707, 777, and 881. Deficiencies noted ranged from alpha radiation detectors not functioning to 11 glovebox shielding doors found open.

   o Worker training deficiencies were noted throughout the plant as well as current and complete operating procedures. It was reported there appeared to be no direct relationship or cross reference between the Operational Safety Requirements, Operational Safety Analysis, and the Nuclear Material Safety Limits.

   o The Building 771 filter incident on June 21, 1989, revealed that it had been 11 months since filters were last changed in an area where filters are supposed to be changed every 6 months.

3. There was no formalized conduct of operations as evidenced by:

   o Lack of standards and criteria for operations;

   o Lack of well documented procedures for operations;

   o Lack of clear lines of responsibility for safe operations;

   o Lack of adequate work ethic and mental discipline within the workforce;

   o Lack of adequate on-floor supervision;

   o Lack of ability to apply root cause analysis to investigations of unplanned events and to implement lessons-learned on a plantwide basis.

- o Lack of interest in improvement. There is a strong cultural sense that the plant has operated for 37 years and that there is no reason to change. New goals and reasons for change have not been effectively conveyed by management.

4. The Department of Energy (DOE), through an independent assessment by Scientech, Inc., has identified several inadequate criticality safety conditions and practices at the Rocky Flats Plant. In addition, DOE is not satisfied with worker understanding of nuclear safety standards at the plant.

5. The RI Management Plan submitted to the Secretary failed to address bringing new management expertise or approaches. Instead, it only addressed tasks and accompanying resource requirements.

I, therefore, recommend the numerical rating of "69" (marginal) be given to RI for its performance under the General Management category and "64" (unsatisfactory) for its performance under the ES&H category, thus, downgrading their overall performance rating from "85.55" (good and almost very good) to "78.4" (moderately good) for plant operations (see attachment 3). This equates to a total fee of $1,620,604 ($1,241,604 award fee plus $379,000 base fee) for plant operations. This is a downgrade of $1,872,641 from the amount recommended by the AFDO. Our recommendation reflects a 18.20 percent award fee versus maximum award fee as compared to the 45.65 percent recommended by the AFDO.

PRMP/PROVE

With respect to the performance for PRMP/PROVE and the specific areas of project management, schedule performance, design and technical quality, the contractor fell substantially below the "89.25" (very good) rating given. Performance, at best, was good, with required further improvement obviously necessary. The rating should be in the range of "80" to "85" (moderately good to good). Many products delivered in this timeframe required rework, and management was not totally responsive to the DOE requirements that were provided. The overall rating should be reduced from "89.25" (very good) to "83.00" (good), which is some improvement over last period, with a resultant reduction in fee of $290,947 (see attachment 4).

The overall rating for the PRMP/PROVE performance is downgraded from the AFDO amount of "89.25" (very good) to "83.00" (good). This equates to a total fee of $391,885 ($338,035 award fee plus $53,850 base fee). This is a downgrade of $290,947 in award fee from the amount recommended by the AFDO. Our recommendation reflects a 34.87 percent award fee versus maximum fee as compared to the 64.89% recommended by the AFDO.

**SUMMARY/RECOMMENDATION**

Overall, I recommend awarding RI a total fee of $2,012,489 of which $432,850 is base fee. This is a reduction of $2,163,588 from the $4,176,077 total fee proposed by the AFDO of which $432,850 was also base fee. Our total recommended fee is approximately 52 percent lower than proposed by the AFDO (see attachment 2). My intent to reduce the recommended fee has been communicated to the Rocky Flats Office.

John C. Tuck
Under Secretary

4 Attachments

cc w/atts:
Manager, Rocky Flats Office

ATTACHMENT 1

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ
AGAINST LAST PERIOD
***** SUMMARY *****

| | | LAST PERIOD | | AFDO | | HQ | |
|---|---|---|---|---|---|---|---|
| | BASE FEE | AWARD FEE | TOTAL | AWARD FEE | TOTAL | AWARD FEE | TOTAL |
| PLANT | $379,000 | $2,716,624 | $3,095,624 | $3,114,245 | $3,493,245 | $1,241,604 | $1,620,604 |
| PRMP/PROVE | $ 53,850 | $ 186,591 | $ 240,441 | $ 628,982 | $ 682,832 | $ 338,035 | $ 391,885 |
| TOTAL | $432,850 | $2,903,215 | $3,336,065 | $3,743,227 | $4,176,077 | $1,579,639 | $2,012,489 |

| | |
|---|---|
| MAXIMUM AWARD FEE FOR PLANT OPERATIONS | $6,822,000 |
| MAXIMUM AWARD FEE FOR PRMP/PROVE | $ 969,300 |
| TOTAL MAXIMUM AWARD FEE | $7,791,300 |

| | LAST PERIOD (10/1/88 TO 3/31/89) | | THIS PERIOD -- (4/1/89 TO 9/30/89) AFDO | | HQ | |
|---|---|---|---|---|---|---|
| | PLANT | PRMP/PROVE | PLANT | PRMP/PROVE | PLANT | PRMP/PROVE |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 39.82% | 19.25% | 45.65% | 64.89% | 18.20% | 34.87% |
| % TOTAL RECOMMENDED FEE VERSUS TOTAL MAXIMUM FEE | 42.99% | 23.50% | 48.51% | 66.74% | 22.50% | 38.30% |

E 000021

ATTACHMENT 2

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ

***** SUMMARY *****

| | | AFDO | | HQ | |
|---|---|---|---|---|---|
| | BASE FEE | AWARD FEE | TOTAL | AWARD FEE | TOTAL |
| PLANT | $379,000 | $3,114,245 | $3,493,245 | $1,241,604 | $1,620,604 |
| PRMP/PROVE | $ 53,850 | $ 628,982 | $ 682,832 | $ 338,035 | $ 391,885 |
| TOTAL | $432,850 | $3,743,227 | $4,176,077 | $1,579,639 | $2,012,489 |

| | |
|---|---|
| MAXIMUM AWARD FEE FOR PLANT OPERATIONS | $6,822,000 |
| MAXIMUM AWARD FEE FOR PRMP/PROVE | $ 969,300 |
| TOTAL MAXIMUM AWARD FEE | $7,791,300 |

| | AFDO | | | HQ | | |
|---|---|---|---|---|---|---|
| | PLANT | PRMP/PROVE | BOTH | PLANT | PRMP/PROVE | BOTH |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 45.65% | 64.89% | 48.04% | 18.20% | 34.87% | 20.27% |
| % TOTAL RECOMMENDED FEE VERSUS TOTAL MAXIMUM FEE | 48.51% | 66.74% | 50.78% | 22.50% | 38.30% | 24.47% |

E 000022

ATTACHMENT 3

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ

***** PLANT OPERATIONS *****

| FUNCTIONAL PERFORMANCE AREA | FY1989 WEIGHT | PREVIOUS 6 MONTH RATE | AFDO CURRENT 6 MONTHS RECOMMENDED RATING | AFDO CURRENT 6 MONTHS RECOMMENDED GRADE | HQ CURRENT 6 MONTHS RECOMMENDED RATING | HQ CURRENT 6 MONTHS RECOMMENDED GRADE |
|---|---|---|---|---|---|---|
| GENERAL MANAGEMENT | 0.25 | 81 | 81 | 20.25 | 69 | 17.25 |
| ENVIRONMENT, SAFETY, HEALTH | 0.20 | 65.25 | 78 | 15.60 | 64 | 12.80 |
| QUALITY | 0.15 | 88 | 90 | 13.50 | 86 | 12.90 |
| COST MANAGEMENT | 0.15 | 95 | 93 | 13.95 | 91 | 13.65 |
| PRODUCTION OPERATIONS | 0.15 | 96 | 91 | 13.65 | 90 | 13.50 |
| CHEMICAL OPERATIONS | 0.10 | 91 | 86 | 8.60 | 83 | 8.30 |
| TOTALS | 1.00 | 84.25 | | 85.55 | | 78.40 |

| PERFORMANCE POINTS EARNED | AFDO AWARD FEE PER POINT | AFDO AWARD FEE | HQ AWARD FEE PER POINT | HQ AWARD FEE |
|---|---|---|---|---|
| 0-70 | 0 | 0 | 0 | 0 |
| 71-75 | 109152 x 5.0 | $ 545,760 | 109152 x 5.0 | $545,760 |
| 76-80 | 204660 x 5.0 | $1,023,300 | 204660 x 3.4 | $695,844 |
| 81-85 | 270015 x 5.0 | $1,350,075 | 270015 x 0 | 0 |
| 86-90 | 354744 x .55 | $ 195,110 | 354744 x 0 | 0 |
| TOTALS | | $3,114,245 | | $1,241,604 |

| BASE FEE | AFDO AWARD FEE | AFDO TOTAL | HQ AWARD FEE | HQ TOTAL |
|---|---|---|---|---|
| $379,000 | $3,114,245 | $3,493,245 | $1,241,604 | $1,620,604 |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 45.65% | | 18.20% | |
| % TOTAL RECOMMENDED AWARD FEE VERSUS TOTAL MAXIMUM FEE | | 48.51% | | 22.50% |

E 000023

ATTACHMENT 4

RECOMMENDED AWARD FEE CALCULATION
ROCKWELL INTERNATIONAL CORPORATION
FOR THE PERIOD APRIL 1 TO SEPTEMBER 30, 1989

SUMMARY COMPARISON AFDO VERSUS HQ

***** PRMP/PROVE *****

| FUNCTIONAL PERFORMANCE AREA | FY1989 WEIGHT | PREVIOUS 6 MONTH RATE | AFDO CURRENT 6 MONTHS RECOMMENDED RATING | AFDO GRADE | HQ CURRENT 6 MONTHS RECOMMENDED RATING | HQ GRADE |
|---|---|---|---|---|---|---|
| PROJECT MANAGEMENT | 0.25 | 75 | 91 | 22.75 | 80 | 20.00 |
| COST MANAGEMENT | 0.15 | 76 | 87 | 13.05 | 87 | 13.05 |
| SCHEDULE PERFORMANCE | 0.15 | 86 | 90 | 13.50 | 85 | 12.75 |
| SUBCONTRACT MANAGEMENT | 0.20 | 82 | 86 | 17.20 | 86 | 17.20 |
| DESIGN QUALITY | 0.15 | 78 | 91 | 13.65 | 80 | 12.00 |
| TECHNICAL PRODUCT QUALITY | 0.10 | 76 | 91 | 9.10 | 80 | 8.00 |
| TOTALS | 1.00 | 78.75 | | 89.25 | | 83.00 |

| PERFORMANCE POINTS EARNED | AFDO AWARD FEE PER POINT | AFDO AWARD FEE | HQ AWARD FEE PER POINT | HQ AWARD FEE |
|---|---|---|---|---|
| 0-70 | 0 | 0 | 0 | 0 |
| 71-75 | 15509 x 5.0 | $ 77,545 | 15509 x 5 | $ 77,545 |
| 76-80 | 29079 x 5.0 | $145,395 | 29079 x 5 | $145,395 |
| 81-85 | 38365 x 5.0 | $191,825 | 38365 x 3 | $115,095 |
| 86-90 | 50404 x 4.25 | $214,217 | 50404 x 0 | 0 |
| TOTALS | | $628,982 | | $338,035 |

| BASE FEE | AFDO AWARD FEE | AFDO TOTAL | HQ AWARD FEE | HQ TOTAL |
|---|---|---|---|---|
| $53,850 | $628,982 | $682,832 | $338,035 | $391,885 |
| % RECOMMENDED AWARD FEE VERSUS MAXIMUM AWARD FEE | 64.89% | | 34.87% | |
| % TOTAL RECOMMENDED AWARD FEE VERSUS TOTAL MAXIMUM FEE | | 66.74% | | 38.30% |

E 000024

Defendant's Supplemental Exhibit 78

United States Government Department of Energy

# memorandum

P170 ES - 90-003243

SUMMARY MEMORANDUM

: February 22, 1990 **SECRETARIAL ACTION REQUESTED BY:** 02/27/90

Orig. Office: DP-231 (M. Arendale, 3-2984)

Transmittal: ACTION: Award Fee Determination for Rockwell International Corporation (RI) at the Rocky Flats Plant under Contract No. DE-AC04-76DP03533 for the Period April 1 through September 30, 1989.

To: Deputy Secretary, S-2

Issue: Should RI's award fee be reduced from $4,176,077 to $2,012,489?

Timing: URGENT, prompt notification of award fee determination is required.

Discussion: A decrease is recommended in the award fee for RI as proposed by the Award Fee Determining Official (AFDO), Manager, Rocky Flats Office. The overall reduction in total fee is approximately 52 percent lower than that proposed by the AFDO and, in our estimation, more accurately reflects the level of performance of RI during the rating period. Specifically, we have recommended a total fee (award fee plus base fee) of $2,012,489 as compared to the AFDO recommendation of $4,176,077. For the previous 6-month period, RI was awarded a total fee of $3,336,065 (see attachment 1 for comparison).

Recommendation: Concur in the Headquarters decrease in total fee for RI.

John C. Tuck
Under Secretary

Agree ____________

Disagree ____________ Date 2/23/90

Concurrence: EH/Brush (no objections)
Feb./22/90

E 001847

U.S. DEPARTMENT OF ENERGY
OFFICE OF THE EXECUTIVE SECRETARY

# DOCUMENT TRANSMITTAL FORM

| CONTROL NO. | ACTS NO. | DATE SENT | DATE DUE |
|---|---|---|---|
| ES-90-003243 | | 02/22/90 | 02/27/90 |

**TYPE OF DOCUMENT/ADDRESSEE:** Action Memorandum for approval by the Deputy Secretary

**FROM:** DP/US/Tuck

**SUBJECT:** Award Fee Determination for Rockwell International Corp. at the Rocky Flats Plant for the period 04/01/89 through 09/30/89, Contract No. DE-AC04-76DP03533

| TO | ACTION COPY TO | INFO COPY TO | TO | ACTION COPY TO | INFO COPY TO |
|---|---|---|---|---|---|
| THE SECRETARY (S) | | | POLICY AND EVALUATION (PE) | | |
| DEPUTY SECRETARY (DS) | | | INTERNATIONAL AFFAIRS (IA) | | |
| UNDER SECRETARY (US) | | | CONSERVATION & SOLAR ENERGY (CS) | | |
| CHIEF FINANCIAL OFFICER (CF) | | | NUCLEAR ENERGY (NE) | | |
| THE SPECIAL ASSISTANT (SA) | | | FOSSIL ENERGY (FE) | | |
| THE EXECUTIVE ASSISTANT (EA) | | | DEFENSE PROGRAMS (DP) | | |
| DIR., OFFICE OF THE SECRETARY (DOSE) | | | ENVIRONMENT (EV) | | |
| PUBLIC AFFAIRS (PA) | | | RESOURCE APPLICATIONS (RA) | | |
| LEGISLATIVE AFFAIRS (LA) | | | ENERGY RESEARCH (ER) | | |
| INTERGOVERNMENTAL AFFAIRS (IR) | | | INSPECTOR GENERAL (IG) | | |
| CONSUMER AFFAIRS (CA) | | | ADMINISTRATION (AD) | | |
| GENERAL COUNSEL (GC) | | | CONTROLLER (CR) | | |
| ENERGY INFORMATION ADMINISTRATION (EI) | | | PROCUREMENT & CONTRACTS MGMT. (PR) | | |
| ECONOMIC REGULATORY ADMIN. (RG) | | | EQUAL EMPLOYMENT OPPORTUNITY (EO) | | |
| SPECIAL COUNSEL (SC) | | | MINORITY ECONOMIC IMPACT (MI) | | |
| HEARINGS AND APPEALS (HG) | | | BOARD OF CONTRACT APPEALS (CB) | | |
| OS/May | X | | | | |

**ACTION REQUIRED (ES USE ONLY)**

| | |
|---|---|
| | SIGNATURE |
| | APPROVAL |
| | INFORMATION |
| X | CONCURRENCE |
| | COMMENTS AND/OR RECOMMENDATIONS |
| | OTHER (SEE REMARKS) |

REMARKS:

AFTER COMPLETION PLEASE RETURN ATTACHED FOLDER AND ... TO THE OFFICE OF THE EXECUTIVE SECRETARIAT

ES CONTACT: Desk I 6-9586 lc

**STAFF ACTION SUMMARY**

| | OFFICE | NAME/INITIALS | DATE |
|---|---|---|---|
| 1 | EH | Brush | 02/22/90 |
| 2 | GC* | Wakefield | |
| 3 | EM* | Duffy | |
| 4 | MA* | Fitzpatrick | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

REMARKS:
* DP simultaneously handcarried concurrence packages to these offices on 02/22/90, concurrences still outstanding

E 001848