Defendant's Supplemental Exhibit 81

UNITED STATES CLAIMS COURT

Case No. 91-1362 C,

---

ROCKWELL INTERNATIONAL CORPORATION,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

---

DEPOSITION OF TERREL JOHN AGY
VOLUME I

October 21, 1992

Pursuant to Notice taken on behalf of Plaintiff at 150 East Tenth Avenue, Denver, Colorado 80203, at 9:50 a.m., before Judy L. Busbee, Registered Professional Reporter and Notary Public within Colorado.

evaluation of Rockwell that we recommended to Albuquerque.

Q. The supplemental agreement to the contract refers to the Albuquerque operations' handbook for award fee performance evaluation and review process. I am handing you a document marked as Plaintiff's Exhibit 2, which is entitled "Handbook for Award Fee Performance Evaluation and Review Process, Albuquerque Operations Office." And if you will look on the second page, it is signed and approved by Herman E. Roser, Manager, Albuquerque, dated June 24, 1977. Would you review this document, and indicate to me when you have finished reviewing it.

MR. RIGSBY: The whole thing?

MR. KELLEY: Well, in as much detail as Mr. Agy feels comfortable with discussing the document.

A. I've reviewed it.

Q. Have you ever seen this document before?

A. I've seen something like it.

Q. What was the document--

A. It was--

Q. --that you saw?

A. The document I saw that we had a copy of probably had this same cover sheet on it, but as I was given it in 1989, when I started as a program analyst, it

had a lot of revisions to it, changed pages, and nobody knew whether it was up to date or not. So I'm not sure that the document that I have in front of me, which has the initials of Mike Frietze on it, who is an Albuquerque employee--they put it out, so they probably had an up-to-date version, but I don't think we did. Basically, no one seemed to know if we did or not. And they were in the process of changing it again in 1989, and it was my understanding that it was more or less in draft again at that time.

Q. Was the document that you saw signed by Mr. Herman Roser?

A. I don't recall.

Q. Was it dated June 24, 1977?

A. I don't recall that either.

Q. How did you know there were changes to the document?

A. As I recall, like I said, there was pages that had been added to it, and correspondence in the file that indicated that Albuquerque was in the process of revising it, and had been in the process of revising it for some time. It was in a state of flux, in other words, and we--if there were questions about what we were supposed to do, if it wasn't clear, I wasn't clear, whether this addressed it or not, I would talk to Ted

Hill and ask him what his expectations were, and he would let me know what he wanted.

Q. How could you tell the changes had been added to the document?

A. Well, I believe I said that there were pages that were--had been added. I guess I don't recall exactly how I knew that.

Q. Were they numbered differently?

A. I think there was some of the material that was marked draft, and I believe it was a document similar to this, but that someone had taken it and made a lot of changes in it, and had marked draft on it, you know. And so it was--and then also I had seen correspondence in the file that indicated that it was under revision, you know. So it wasn't a complete document like this, that appeared to be, you know, something that was in force as originally written in 1977. That wasn't the case.

Q. Was some of the text stricken out?

A. I don't recall, but that's a possibility. Seems like it was something like that. It's been a while.

Q. Do you remember how it was that you first came to see this document, or this document as revised?

A. I believe it was Ed Green's copy that was left over after he left. He left it behind.

Q. And who was Ed Green?

A. Ed Green was the person who did the job that I did prior to me becoming a program analyst.

Q. Why did you review the document at that time?

A. Most likely it was because I was trying to find out what the process was, understand the process better.

Q. Did somebody refer you to the Albuquerque handbook to get a better idea of the process?

A. As I recall, I saw reference to it in the--that 128 we were just talking about, it addresses it, but--which is probably when it first came to my attention. It was in the file I found, so--in Ed Green's file. In Ed Green's desk, I should say.

Q. In what ways did you use the Albuquerque handbook which you had a copy?

A. Well, I was new at that time, and just trying to learn the process. And since it was my understanding that this thing was a draft in the process of being changed, I usually went by the previous--how we did it in the past. If I had questions about that, if that was proper, I would probably ask Barkmeier or Ted Hill. I know I referred to this, and read this on occasion, but I didn't--like I said, it was in revision,

so I wasn't sure whether it included the latest, latest guidance.

Q. Is it true, then, that, to the extent the handbook, or the version of the handbook you had, was not clear as to how you should be performing your role, that you discussed that with Mr. Barkmeier and Mr. Hill?

A. Yes. And it's also possible I may have talked to them without looking to that handbook on various questions too.

Q. Did you consider that the handbook was a document which was to be followed closely in determining Rockwell's award fee?

A. No, sir, I did not.

Q. Why was that?

A. Because it was my understanding it was in the process of being changed, and had been in the process of being changed for several years, and during the time that we were still under Albuquerque's direction, I don't believe it was ever put in final form, so--

Q. Was it your understanding that, because the handbook was being revised, that it did not carry force in terms of providing a procedure for determining Rockwell's award fee?

A. Well, not necessarily. It had some meaning, but only to the people in Albuquerque--the people in

Defendant's Supplemental Exhibit 82

No. 91-1362 C

UNITED STATES CLAIMS COURT

- oOo -

ROCKWELL INTERNATIONAL CORPORATION,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

==============================================================

DEPOSITION OF

RUSH OSBORNE INLOW

Tuesday, December 1st, 1992

Albuquerque, New Mexico

Reported by:

ARLETTE McCLAIN, CSR #85

A. To the best of my knowledge, he was, yes.
Q. For both periods?
A. Yes.
Q. Let me direct your attention to the next page of the handbook, which is page 25, and it is entitled, "Schematic of Award Fee Evaluation and Review Process." Does this schematic present an accurate picture of the award fee process?
A. Not entirely. For instance, the block labeled Performance Evaluation Committee, I don't recall during the April and May 1989 period, that there was an Albuquerque Performance Evaluation Committee that played a significant role in getting the summary report ready for the PERB.
I believe, as we have discussed in some detail, that the area office reports which had been reconciled with the Albuquerque divisions went directly to the PERB without any intervention by the PEC.
Q. Was there a Rocky Flats area office Performance Evaluation Committee?
A. I think there still was at that time, but its role was limited to gathering the input from the area office staff and preparing the report for the area manager.
Q. Did you ever discuss with Mr. Whiteman the role of the Rocky Flats Performance Evaluation Committee?
A. I don't recall any such conversation, no.

Q. Other than the role of the Performance Evaluation Committee, do you see anything else on this schematic that you would have any comments on?

A. The schematic leaves out a lot of the details that we have discussed, but I think in general process flow terms that it appears to be accurate.

Q. Does this schematic have any provision for input or review by DOE headquarters?

A. Not explicitly in the schematic, no.

Q. Were you aware at any point that this handbook, which is dated June of 1977 was being revised?

A. Yes, I was. I can't recall the specific date when the revision process started, but there was considerable effort by the Albuquerque Field Office staff to try to update the handbook and bring it into what was accepted practice at that time.

Q. Were these revisions taking place during your tenure at Rocky Flats?

A. To the best of my memory the process had started, but I don't think that any final revision had been issued by that time.

Q. What revisions were being made?

A. Well, in general terms, trying to update the handbook to reflect things such as not having the Performance Evaluation Committee that we had discussed, and

Defendant's Supplemental Exhibit 83

0001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------ x
ROCKWELL INTERNATIONAL :
CORPORATION, :
:
Plaintiffs, :
: No. 91-1362C
v. : Judge York
:
THE UNITED STATES, :
:
Defendants. :
------------------------------x

Friday, April 29, 1994
Washington, D.C.

DEPOSITION OF:

HENSON MOORE,

a witness, called for examination by counsel for the Plaintiff, pursuant to notice of counsel, held at Chadbourne & Parke, 1101 Vermont Street, N.W., Washington, D.C. at 8:30 a.m. on Friday, April 29, 1994, before Thomas R. McPhail, CSR, Notary Public when were present on behalf of the parties:

0032

Q. In the first line of the letter, there is a reference to conversation of last week, I assume with Mr. Iacobellis. Do you remember what was said in that conversation?

A. The best I can recall, he called very concerned about that delay and the awarding of the award fee and was asking for some kind of guidance as to when this was going to be made.

Q. It is your recollection that Mr. Iacobellis initiated this telephone call?

A. The best I can remember, yes. And I assume he was looking for some kind of guidance, which I gave him by letter.

Q. Do you recall if that conversation was the first communication you ever had with Mr. Iacobellis on the subject of award fees?

A. I don't know whether it was the first or not. I don't recall.

Q. Is it possible that you initiated the call to Mr. Iacobellis?

MR. KOLAR: Objection to the form of the question. It calls for speculation and the

0034

Q. Do you have any recollection as to how Mr. Iacobellis would have known that you had any involvement in the award fee process at this time?

A. I don't think it would have been hard for him to find that out. All he had to do was to go to Ed Goldberg, and at that point he would be told, well, you understand these things are being reviewed in the headquarters first. I don't know when this press statement was made, but that indicated that I was taking some role to play in the award fee, so that was made before the letter, June 19th according to this Lexis.

MR. KOLAR: June 17th.

BY MR. NEY:

Q. June 17th.

A. So it would not have been hard for him to find that out that, in fact, there was not going to be an award fee made until it cleared my desk.

Q. Does that in any way refresh your recollection that perhaps, you tell me if it refreshes your recollection, that Mr. Iacobellis

0035

was calling you in reaction to the press release?

A. I was there on the site during that same time period and saw him on two or three occasions. We had two or three conferences about what was going on, the difference in the culture, I met with him on that occasion, on several occasions to explain that very clearly what was expected. So I had no idea what would have triggered a call, other than the fact that he's concerned about the award fee.

Q. Do you recall saying anything to Mr. Iacobellis on the subject of the award fee other than what is set forth in Exhibit 64?

A. No. However, I just might add, I think it is pretty obvious what was going on here, in terms of it would have been somewhat ridiculous for us to award award fees if, in fact, we had our own knowledge that laws had been broken by Rockwell and that was the reason for suspending the fees at that point.

Q. And the statement you just made is you are referring to the fact that there was a special