# Defendant's Supplemental Exhibit 87

1553

United States Government — Department of Energy

# memorandum

Albuquerque Operations Office

DATE: JUL 10 1990

REPLY TO ATTN OF: CPD

DRAFT

SUBJECT: Rockwell International Corporation Contract for Rocky Flats Plant - Award Fee Determination for Period October 1, 1988, through March 31, 1989

TO: John C. Tuck, Under Secretary of Energy, S-3, HQ

Rockwell International Corporation's (RI) performance evaluation and the associated award fee for the period October 1, 1988, through March 31, 1989, are still under consideration. Attached for your review is a copy of a memorandum from the Albuquerque Operations Office Performance Evaluation Review Board (PERB) which was prepared as a result of the changing circumstances related to RI's award fee.

Although I am the Award Fee Determination Official for the RI contract, Mr. Goldberg's presence on-site during the past several weeks has undoubtedly given him considerable insight into current conditions at Rocky Flats. Given this, I am not in a position to offer an informed alternative to his proposal, especially in view of our changing philosophy in the application of Department of Energy (DOE) performance standards and the level of DOE expectations. Although the proposed change to an overall numerical rating of "87" may seem modest when compared to the previously proposed AL rating of 91.2, the result is a downward adjustment in the dollar award of $1,697,859 (-31.9%) due to the steepness of the AL award fee distribution curve which we negotiated with RI in order to optimize Rockwell's performance.

AL has undertaken an effort to inform its management and operating contractors of DOE's changing philosophy in the application of its performance standards in anticipation of formally implementing such a change later this year. We anticipate extensive dialogue in this matter with our contractors and the DOE performance evaluators in the weeks ahead.

I will be pleased to discuss the above with you should you have any remaining questions or concerns over AL's position in this matter.

Bruce G. Twining
Manager

Attachment

DRAFT

Defendant's Supplemental Exhibit 88

0001

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

------------------------------ x
ROCKWELL INTERNATIONAL :
CORPORATION, :
:
Plaintiffs, :
: No. 91-1362C
v. : Judge York
:
THE UNITED STATES, :
:
Defendants. :
------------------------------x

Friday, April 29, 1994
Washington, D.C.

DEPOSITION OF:

HENSON MOORE,

a witness, called for examination by counsel for the Plaintiff, pursuant to notice of counsel, held at Chadbourne & Parke, 1101 Vermont Street, N.W., Washington, D.C. at 8:30 a.m. on Friday, April 29, 1994, before Thomas R. McPhail, CSR, Notary Public when were present on behalf of the parties:

0025

Admiral. I assume that if he called for the Admiral and couldn't get him, he would get me. That is the way the Department ran is that I was the alter ego of the Admiral. If somebody called for him they were immediately bumped to me if he couldn't take the call or was out of town or was traveling, that would have applied to Ed Goldberg because we were following very closely what he was doing and his problems. But as far as the daily reporting responsibility, I don't remember there being one. Once I left the site, came back to Washington, we were trying to get it back into as usual a mode of operation as we thought was appropriate at that particular time, which meant he would have been reporting weekly to Washington, all right, but I don't remember that being me, or it being bifurcated that he was reporting on certain things to me and certain things to other people. It could be, I just don't remember.

Q. Did Mr. Goldberg at this point in time have direct access to Admiral Watkins?

Defendant's Supplemental Exhibit 89

UNITED STATES COURT OF FEDERAL CLAIMS

* * * * *

| | | |
|---|---|---|
| ROCKWELL INTERNATIONAL CORPORATION, PLAINTIFF, | ) | |
| VS. | ) | CASE NO. 91-1362 |
| THE UNITED STATES OF AMERICA, DEFENDANT. | ) | |

DEPOSITION OF JOHN L. MEINHARDT

TAKEN BY PLAINTIFF

DATE: TUESDAY, APRIL 26, 1994

TIME: 9:05 A.M.

LOCATION: OFFICES OF FREE LANCE COURT REPORTERS
915 EAST BONNEVILLE AVENUE
LAS VEGAS, NEVADA 89101

REPORTED BY: KAREN R. BENTLEY, RPR, CCR NO. 180
FREE LANCE COURT REPORTERS
915 EAST BONNEVILLE AVENUE
LAS VEGAS, NEVADA 89101 (702) 382-6082

Q ADMIRAL WATKINS. DO YOU RECALL WHETHER YOU DISCUSSED THE ROCKWELL AWARD FEE FOR THE OCTOBER 1, 1988, THROUGH MARCH 31, 1989 PERIOD WITH ADMIRAL WATKINS?

A I CAN RECALL ONE MEETING AND IT WAS TO DISCUSS -- FOR THE PURPOSE OF DISCUSSING THAT.

Q WHO WAS PRESENT AT THAT MEETING?

A TO THE BEST OF MY RECOLLECTION, BARR WAS THERE.

Q JUST THE THREE OF YOU IS YOUR RECOLLECT --

A NO, I'M NOT SAYING THAT. I'M CERTAIN THERE WERE OTHERS IN THE ROOM. BUT THE BEST OF MY RECOLLECTION, THE ONLY ONE I CAN REMEMBER IS BARR.

Q WHAT WAS SAID AT THIS MEETING?

A IT WAS A DISCUSSION OF THE -- OF THE LETTER THAT HAD BEEN FINALLY PREPARED WHICH HAD BEEN SUBSEQUENT TO THAT SENT OUT TO TWINING.

Q THIS WAS A LETTER THAT YOU SENT TO TWINING SPECIFYING A DOLLAR AMOUNT FOR THE ROCKWELL AWARD FEE?

A RECOMMENDING A DOLLAR AMOUNT.

Q I SEE. AND THIS MEETING TOOK PLACE BEFORE THAT LETTER WENT OUT?

A YES.

Q AND WHAT DO YOU RECALL WAS DISCUSSED AT THAT MEETING?

A IT WAS NO DEEP DISCUSSION AS I RECALL. IT WAS SOMETHING THAT WE AGREED TO.

Q DO YOU RECALL ANY DISCUSSION?
A I DON'T RECALL SPECIFICS OF IT, NO.
Q DID ANYBODY AT THIS MEETING THINK THE DOLLAR FIGURE THAT WAS CONTAINED IN THIS LETTER WAS TOO HIGH?
A I CAN'T RECALL THAT. I'M CERTAIN IF THEY DID, THE LETTER WOULD NOT HAVE GONE OUT.
Q WHY WOULD YOU --
A MEANING THE PEOPLE -- I WOULD HAVE BEEN TOLD.
Q I'M A LITTLE CONFUSED. WHAT DO YOU MEAN YOU WOULD HAVE BEEN TOLD?
A WHAT I'M -- WHAT I'M SAYING IS A LETTER WAS PRESENTED FOR APPROVAL.
THE QUESTION YOU ASKED WAS DID ANYBODY AT THAT MEETING WANT THE NUMBER LOWERED. WHAT I'M SAYING, THAT BY -- THE MERE FACT THAT THE LETTER WENT OUT WOULD SUGGEST TO ME THAT NOBODY WANTED IT LOWERED. SPECULATION.
Q WELL, IF SOMEBODY AT THAT MEETING HAD WANTED IT LOWERED, YOU WOULD HAVE LOWERED IT?
A I'M NOT SAYING THAT.
Q WELL, DO YOU RECALL WHETHER ANYBODY SUGGESTED THE DOLLAR SHOULD BE LOWER?
A NO. I DO NOT RECALL.
Q LET ME SHOW YOU WHAT'S BEEN ALREADY MARKED AS EXHIBIT 87. IT'S A MEMORANDUM TO YOU FROM MR. TWINING

A THAT'S CORRECT.

Q OKAY. AT THE VERY BOTTOM OF THE FIRST PAGE OF THE SEPTEMBER 20 LETTER, YOU SAY THAT -- LAST SENTENCE SAYS THAT "ADMIRAL WATKINS CONCURS IN THIS RECOMMENDATION."

WHY DID YOU SAY THAT?

A BECAUSE THE RECOMMENDATION, EITHER VERBALLY OR IN WRITING, AND I CAN'T RECALL WHICH, HAD BEEN, IN FACT, PASSED TO HIM THROUGH A MEETING, AND ON ADVICE OF THOSE HE CONSIDERED TO BE APPROPRIATE, IN FACT DID CONCUR IN THIS RECOMMENDATION.

Q IS THAT THE MEETING THAT YOU TESTIFIED TO A FEW MINUTES AGO?

A THAT'S CORRECT.

Q AND DID YOU THINK IT WAS IMPORTANT FOR MR. TWINING TO KNOW THAT ADMIRAL WATKINS CONCURRED?

A YES.

Q WHY?

A BECAUSE AT THE TIME THERE WAS -- AS THE RECORD STATES, THERE WAS A LOT OF REFLECTION IN THE HEADQUARTERS ABOUT THE AWARD FEE PROCESS IN GENERAL AND, QUOTE, CHANGING PHILOSOPHIES.

SO IT WAS APPROPRIATE THAT THAT WOULD -- THAT BRUCE WOULD BE INFORMED THAT, INDEED, THE HEADQUARTERS ALL THE WAY UP TO THE TOP HAD CONCURRED.