# In the United States Court of Federal Claims

**No. 91-1362 C**

**THE BOEING COMPANY, SUCCESSOR-IN-INTEREST TO ROCKWELL INTERNATIONAL CORPORATION,**

**v.**

**THE UNITED STATES**

**JUDGMENT**

Pursuant to the Published Opinion and Order, filed January 17, 2007, granting-in-part plaintiff's motion for summary judgment and denying the government's cross motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff recover of and from the United States damages in the amount of $911,998.00 for the 89-1 period and $2,163,580.00 for the 89-2 period, totaling $3,075,586.00, plus interest at the rate specified in 41 U.S.C. § 611, calculated from June 12, 1991, until receipt of payment from the government. No costs.

Brian Bishop
Clerk of Court

**January 18, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.