United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 22, 2007

Richard Joseph Ney, Esq.

Chadbourne & Parke

350 South Grand Avenue

Suite 3300

Los Angeles, CA 90071

In re: The Boeing Co., Successor-in-interest to Rockwell Int'l Corp.v. United States, No. 91-1362 C

Dear Mr. Ney:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated January 18, 2007, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: John Arthur Kolar, Esq.