IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 91-1362 C

(Filed: May 7, 2007)

| | |
|---|---|
| THE BOEING COMPANY, SUCCESSOR-IN-INTEREST TO ROCKWELL INTERNATIONAL CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER AMENDING JUDGMENT

Pending before the court is the parties' Joint Motion for Amended Judgment, filed May 4, 2007 by leave of court because the joint motion was filed in paper form in this electronic case.[1] The joint motion recites that the judgment entered on January 18, 2007 reflects the amount specified in the court's opinion and order issued January 17, 2007. *See Boeing Co. v. United States*, 75 Fed. Cl. 34, 53 (2007). The joint motion also notes, however, that the judgment also reflects a typographical error in one of the predicate amounts comprising the total, *i.e.*, the amount shown in the judgment for the "89-2 period" is stated as $2,163,580.00, not $2,163,588.00, as it should be. Because of the typographical error, the parties are concerned that delays may potentially occur in the processing of payment of the judgment.

For good cause shown, and in accord with Rule 60(a) of the Rules of the Court of Federal Claims, the judgment entered on January 18, 2007, shall be amended to correct the clerical error and thus provide –

> that plaintiff recover of and from the United States damages in the amount of $911,998.00 for the 89-1 period and $2,163,588.00 for the 89-2 period, totaling $3,075,586.00, plus interest at the rate

[1]In addition, one of the signatures on the joint motion was a facsimile copy. The court has verified that this signature is valid.

specified in 41 U.S.C. § 611, calculated from June 12, 1991, until receipt of payment from the government. No costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge